## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Vincent Lawrence, et al.

                              Plaintiff,

v.                                                                          Case No.: 1:22–cv–05660

                                                                         Honorable Gary Feinerman

Trax Records, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 21, 2022:

      MINUTE entry before the Honorable Gary Feinerman:Motion for voluntary dismissal [3] is granted. Any claims by Plaintiff Adonis Smith are dismissed. The Clerk is directed to terminate Adonis Smith as a party plaintiff. By 11/28/2022, Attorneys Sean Mulroney and Anderson Duff shall file their appearances identifying which individual(s) they are representing. By 12/5/2022, Attorney Sean Mulroney shall file a memorandum addressing the matters set forth by Mr. Smith in his motion [3]. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.