AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Vince Lawrence, Jesse Saunders et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:22-cv-5660

V.

ASSIGNED JUDGE: Honorable John J. Tharp

Rachael Sherman, Trax Records Ltd., et. al.

DESIGNATED
MAGISTRATE JUDGE: Honorable Young B. Kim

TO: (Name and address of Defendant) The Sherman Estate
c/o Irene Mayzels Barnes
10300 Southwest Highway
Chicago Ridge, IL 60415

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sean Mulroney
Sean Mulroney & Associates
516 N. Ogden Ave, Suite 191
Chicago, IL 60642
sean@seanmulroney.com

an answer to the complaint which is herewith served upon you, ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE: **13 FEBRUARY 2023** |
| NAME OF SERVER (PRINT): **William F Kazupski** | TITLE: **Illinois License 129.118112   Exp 31 MAY 2024** |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: **Avantara Chicago Ridge Assisted Living 10300 Southwest Highway, Chicago Ridge, IL 60415   1st Floor Hallway**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

**Defendant(s)**

[X] Other (specify): **Sandyee Sherman a.k.a. Irene Mayzels Barnes (The Sherman Estate) a.k.a. Irene Mayzels Barnes (Trax Records Inc.)**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **11:28AM 13 FEB 2023**     _____(signature)_____
                Date                                    Signature of Server

**10801 S Pulaski Road #6  Chicago, IL 60655**
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

Vince Lawrence, Jesse Saunders et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:22-cv-5660

V.

ASSIGNED JUDGE: Honorable John J. Tharp

Rachael Sherman, Trax Records Ltd., et. al.

DESIGNATED
MAGISTRATE JUDGE: Honorable Young B. Kim

TO: (Name and address of Defendant)  TRAX RECORDS INC.
c/o Irene Mayzels Barnes
10300 Southwest Highway
Chicago Ridge, IL 60415

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sean Mulroney
Sean Mulroney & Associates
516 N. Ogden Ave, Suite 191
Chicago, IL 60642
sean@seanmulroney.com

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE **13 FEBRUARY 2023** |
| NAME OF SERVER (PRINT) **William F Kazupski** | TITLE **Illinois License 129.118112   Exp 31 MAY 2024** |

Check one box below to indicate appropriate method of service

- [X] Served personally upon the defendant. Place where served: **Avantara Chicago Ridge Assisted Living 10300 Southwest Highway, Chicago Ridge, IL 60415   1st Floor Hallway**

- [ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- [ ] Returned unexecuted: _____

**Defendant(s)**

- [X] Other (specify): **Sandyee Sherman a.k.a. Irene Mayzels Barnes (The Sherman Estate) a.k.a. Irene Mayzels Barnes (Trax Records Inc.)**

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **13 FEB 2023   1128 AM**         _[signature] W F Kazupski_
         Date                                                Signature of Server

**10801 S Pulaski Road #6  Chicago, IL 60655**
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Vince Lawrence, Jesse Saunders et.al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:22-cv-5660

V.

ASSIGNED JUDGE: Honorable John J. Tharp

Rachael Sherman, Trax Records Ltd., et. al.

DESIGNATED
MAGISTRATE JUDGE: Honorable Young B. Kim

TO: (Name and address of Defendant) Sandyee Sherman
10300 Southwest Highway
Chicago Ridge, IL 60415

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Sean Mulroney
Sean Mulroney & Associates
516 N. Ogden Ave, Suite 191
Chicago, IL 60642
sean@seanmulroney.com

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | **13 FEBRUARY 2023** |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| **William F Kazupski** | **Illinois License 129.118112  Exp 31 MAY 2024** |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: **Avantara Chicago Ridge Assisted Living 10300 Southwest Highway, Chicago Ridge, IL 60415   1st Floor Hallway**

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

**Defendant(s)**

[X] Other (specify): **Sandyee Sherman a.k.a. Irene Mayzels Barnes (The Sherman Estate) a.k.a. Irene Mayzels Barnes (Trax Records Inc.)**

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1128AM  **13 FEB 2023**
                Date

Signature of Server

**10801 S Pulaski Road #6  Chicago, IL 60655**
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.