# EXHIBIT

# A

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77315356**
**Filing Date: 10/28/2007**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| TEAS Plus | YES |
| **MARK INFORMATION** | |
| *MARK | TRAX RECORDS |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | TRAX RECORDS |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Cain Rachael |
| DBA/AKA/TA/FORMERLY | Phuture Trax Records |
| *STREET | 505 N Lakeshore Dr #3009 |
| *CITY | Chicago |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 60611 |
| PHONE | 312-923-9273 |
| EMAIL ADDRESS | XXXX |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | INDIVIDUAL |
| * COUNTRY OF CITIZENSHIP | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| FIRST USE ANYWHERE DATE | |

| FIRST USE ANYWHERE DATE | At least as early as 00/00/1984 |
|---|---|
| FIRST USE IN COMMERCE DATE | At least as early as 08/02/1985 |
| *IDENTIFICATION | Audio and video recordings featuring music and documentaries, dramas, comedies, and cartoons, based on the inspiration, and unity, created by dance, and the unique sound and unity among people of all nations through the original Trax Records House Music sound. |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 00/00/1984 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/02/1985 |
| SPECIMEN FILE NAME(S) | \\TICRS2\EXPORT14\773\153\77315356\xml1\FTK0003.JPG |
| SPECIMEN DESCRIPTION | A promotional sheet about an original documentary movie based on the culture, heritage, and sound, of Trax Records, the label known internationally as the original home of Chicago House Music. |

## ADDITIONAL STATEMENTS INFORMATION

| *TRANSLATION (if applicable) | |
|---|---|
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| *NAME | Cain Rachael |
|---|---|
| FIRM NAME | Phuture Trax Records |
| *STREET | 505 N Lakeshore Dr #3009 |
| *CITY | Chicago |
| *STATE (Required for U.S. applicants) | Illinois |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 60611 |
| PHONE | 312-923-9273 |
| *EMAIL ADDRESS | phuturetraxrecords@yahoo.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /Rachael Cain/ |
|---|---|
| * SIGNATORY'S NAME | /Rachael Cain/ |
| * SIGNATORY'S POSITION | OWNER |
| * DATE SIGNED | 10/27/2007 |

PTO Form 1478 (Rev 9/06)
OMB No. 0651-0009 (Exp 12/31/2005)

## Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 77315356**
**Filing Date: 10/28/2007**

## To the Commissioner for Trademarks:

**MARK: TRAX RECORDS** (Standard Characters, see mark)
The literal element of the mark consists of TRAX RECORDS.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Cain Rachael, Phuture Trax Records, a citizen of United States, having an address of
    505 N Lakeshore Dr #3009
    Chicago, Illinois 60611
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 009:  Audio and video recordings featuring music and documentaries, dramas, comedies, and cartoons, based on the inspiration, and unity, created by dance, and the unique sound and unity among people of all nations through the original Trax Records House Music sound.

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 009, the mark was first used at least as early as 00/00/1984, and first used in commerce at least as early as 08/02/1985, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) A promotional sheet about an original documentary movie based on the culture, heritage, and sound, of Trax Records, the label known internationally as the original home of Chicago House Music..
Specimen File1

Correspondence Information: Cain Rachael
                505 N Lakeshore Dr #3009
                Chicago, Illinois 60611
                312-923-9273(phone)
                phuturetraxrecords@yahoo.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Rachael Cain/  Date Signed: 10/27/2007

Signatory's Name: /Rachael Cain/
Signatory's Position: OWNER

RAM Sale Number: 4875
RAM Accounting Date: 10/29/2007

Serial Number: 77315356
Internet Transmission Date: Sun Oct 28 13:22:52 EDT 2007
TEAS Stamp: USPTO/FTK-XXX.XX.XX.XXX-2007102813225263
7902-77315356-400a61b917c89c09bd0779b19c
8ffbdb784-CC-4875-20071028121839679817



# TRAX RECORDS

**Press Release - Trax's Return to Midem in 2006**

# WWW.TRAXHOUSE.NET

SCREAMIN RACHAEL PRESENTS THE HOUSE THAT TRAX BUILT A Documentary DVD Soundtrack of The House Generation! Experience the Real story behind Trax Records the Chicago label that is known as the Motown of the House Music Generation, based on the screenplay The House That Trax Built, written by Rachael Cain also known as Screamin' Rachael, President of the label and international Queen of the House Music scene. Rachael is producer, writer, and vocalist of many House classics including, Fantasy, Fun with Bad Boys, and her recent top ten single, Please Don't Make Me Lonely. This year she opened the prestigious Estrojam Tour in Chicago with a slamming House DJ set, and Delivered House Unity Day on August 10th complete with proclamations from the Mayor and Governor of the State. Get to know her posse of controversial characters, including Godfather Larry Sherman, protégé of Phil Spector, and the owner of the infamous Trax vinyl pressing plant located in Bridgeport on Chicago's Southside, home of The World Champion White Sox, Mayor Daley, and House Music. Get inside the party with Superstar DJ Keoki, notorious DJ's, Club Kids, and Scene Makers. Rachael's got all of the actual players... Michael Alig, with the Party Monsters at Outlaw parties, Afrika Bambaataa, and the Zulu Nation, Marshall Jefferson in Amsterdam, Jesse Saunders on House Unity Day, Tony Wilson, at The New Music Seminar, Frankie Knuckles, Mixin' Mickie Oliver, Hot Mix 5, and many others. The Revolution will be televised in its full glory, raw, real, and underground...Feel the spirit of the Trax that changed the world forever! This Is The House That Trax Built! Directed by Nino Ramos, Produced by Screamin' Rachael. Including classics and unreleased titles by Frankie Knuckles, Marshall Jefferson, Afrika Bambaataa, George Clinton, Tupac, Screamin' Rachael, Paul Johnson, Mr. Fingers, Phuture, Joe Smooth, Maurice, Farley Jackmaster Funk, Melle Mel available for worldwide license and distribution screamdiva@tmail.com ** Also seeking investors for the feature film production***

### TRAX Records

**505 N. Lakeshore Dr. #3009**
**Chicago, IL 60611 USA**
**Ph: +1 312 832 1018**
**Fax: +1 312 832 1208**
**Email: traxhouse@aol.com or screamdiva@tmail.com**
**Web: www.traxhouse.net and www.screaminrachael.com**



THE HOUSE THAT TRAX BUILT