# EXHIBIT

# B



**Press Release:**
**Not For Release until: September 6, 2022**

### The Label that launched a Movement

TRAX is the iconic label that launched a movement. TRAX is also the label that is known for never having paid royalties to its recording artists.

Now, 40 years after Larry Sherman founded TRAX, a new initiative called The Warehouse Alliance (TWA) has been set up to recognise and compensate Chicago artists and take the label, its library and its artists into the Web 3.0 space where technology meets artistic freedom and where the world of art and music lets creators own digital copyrights (NFTs) whilst still allowing these works free access to the global community. It's the flipside of peer-2-peer file sharing.

TWA will create a new TRAX label which will be run by one of its founding artists, DJ Pierre of Phuture. DJ Pierre is recognised by both artists and fans around the world and is credited with creating Acid House leading to the rave / dance scene that swept England in the mid-nineties. DJ Pierre will lead TRAX as Label Manager/Creative Director at board level with an equity stake in TRAX.

DJ Pierre commented, "After looking back over my professional career of 35 or so years I've realized that most of my highest highs and lowest lows have been connected to TRAX Records. I wanted this label destroyed and dismantled for how they treated the artist. Everyone knows about the history of this label not paying artists their royalties. After long thought after Larry Sherman's passing I realized that true justice for the most notorious label in electronic music would be for this iconic label to be taken over by the very artists that it took so much from. TRAX RECORDS is the MOTOWN of House Music, the label that started a musical movement. We want to make sure that TRAX RECORDS will be remembered that way, and that it will live up to its iconic musical roots therefore sending TRAX 2 THE PHUTURE by correcting the past!"

The Sherman Estate and Cain each control 50% of the TRAX library. There is no single TRAX operating company. TWA will have management control over the Sherman 50%. Rachael Cain has no involvement whatsoever in TWA and TWA does not include the Cain 50% interest which she acquired from Sherman in 2005 following their divorce after a 5-year marriage.

Sandyee Sherman, Larry Sherman's widow, said: "It's time the artists that have been the foundation of house music are recognised and compensated for their work. I want the label to be part of the future of music as well as the past."

TWA is set up to manage underlying rights and maximise traditional, digital and vinyl distribution along with Web 3.0 opportunities. DJ Pierre will be supported by an international management team consisting of Swiss based Hypery AG for distribution and marketing along with Rights Incorporated Ltd, London for legal, business affairs and rights management.

Rights Incorporated has already successfully negotiated the termination of onerous distribution agreements which unlocked an artist royalty pool of just under $100,000 which is now being distributed to the artists.

The more complex problem is the financial structure of the digital music industry. Since the launch of Napster by Shawn Fanning, the music business has been completely transformed to the detriment of the artist. Musicians receive on average only 12% of the music industry's $43 billion in revenue. Despite being the foundation of the industry, the artists have been cut out of the revenue equation. This stops now for the TRAX artists.

TWA will manage the TRAX assets under the TRAX logo and brand. In spite of its notorious past, TRAX remains an important brand up there with Motown, STAX and Island Records and has built a community and loyal fanbase over the years. By incentivising and reconnecting this TRAX community TWA will create a whole new ecosystem for TRAX artists and its fans.

Karl Oliver Goedicke, CEO and Founder of Hypery said, "TRAX has been a part of my life since the 80's. I have nearly every vinyl release in my collection. Hypery looks forward to working with TWA, TRAX and its artists on the new opportunities in the metaverse and this crypto brave new world."

Greg Roselli, Director of Rights Incorporated said, "We look to structure more equity-based relationships with the artists that have made TRAX synonymous with Chicago, house, rave and dance. Artists and copyright owners need to contact us at rights@rightsinc.com."

**For further press enquiries:** Rights Incorporated Ltd
Greg Roselli
44 (0)7974 644 981
rights@rightsinc.com