# EXHIBIT C

# CURTIS McCLAIN

| ID | Title | | | Party |
|---|---|---|---|---|
| 13856549 | ON THE HOUSE | P | O | SANLAR PUBLISHING |
| 13856549 | ON THE HOUSE | P | O | SCREAMING RACHAEL CAIN |
| 13856549 | ON THE HOUSE | W | | MCCLAIN CURTISS |
| 13856698 | HOUSE YOUR BODY | W | | JEFFERSON MARSHALL JULI |
| 13856698 | HOUSE YOUR BODY | P | O | SANLAR PUBLISHING |
| 13856698 | HOUSE YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 13856698 | HOUSE YOUR BODY | P | O | CASABLANCA MEDIA PUBLIS |
| 13856698 | HOUSE YOUR BODY | W | | FORBES RUDY |
| 13856698 | HOUSE YOUR BODY | W | | MCCLAIN CURTISS |
| 13856698 | HOUSE YOUR BODY | P | O | SANLAR SONGS |

| | Title | Party | % | % |
|---|---|---|---|---|
| SCREAM GEMS | HOUSE YOUR BODY | FORBES, RUDY | 33.33% | 33.33% |
| SCREAM GEMS | HOUSE YOUR BODY | JEFFERSON, MARSHALL JULIUS | 16.67% | 16.67% |
| SCREAM GEMS | HOUSE YOUR BODY | MCCLAIN, CURTISS | 16.67% | 16.67% |
| SCREAM GEMS | HOUSE YOUR BODY | SANLAR PUBLISHING | 8.34% | 8.34% |
| SCREAM GEMS | HOUSE YOUR BODY | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | HOUSE YOUR BODY | STEVE PETER MUSIC | 0.00% | 8.34% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HOUSE YOUR BODY | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | HOUSE YOUR BODY | ULTRA TUNES | 0.00% | 8.34% |
| SCREAM GEMS | HOUSE YOUR BODY | SCREAMING RACHAEL CAIN MUSIC | 8.33% | 0.00% |
| SCREAM GEMS | HOUSE YOUR BODY | SONGS OF STEVE PETER | 0.00% | 8.33% |

| | | | | |
|---|---|---|---|---|
| 138568 56 | DUB YOUR BODY | W | | JEFFERSON MARSHALL JULI |
| 138568 56 | DUB YOUR BODY | P | O | SANLAR PUBLISHING |
| 138568 56 | DUB YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 138568 56 | DUB YOUR BODY | P | O | CASABLANCA MEDIA PUBLIS |
| 138568 56 | DUB YOUR BODY | W | | FORBES RUDY |
| 138568 56 | DUB YOUR BODY | W | | MCCLAIN CURTISS |
| 138568 56 | DUB YOUR BODY | P | O | SANLAR SONGS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DUB YOUR BODY | FORBES, RUDY | 33.33% | 33.33% |
| SCREAM GEMS | DUB YOUR BODY | JEFFERSON, MARSHALL JULIUS | 16.67% | 16.67% |
| SCREAM GEMS | DUB YOUR BODY | MCCLAIN, CURTISS | 16.67% | 16.67% |
| SCREAM GEMS | DUB YOUR BODY | SANLAR PUBLISHING | 8.34% | 8.34% |
| SCREAM GEMS | DUB YOUR BODY | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | DUB YOUR BODY | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | DUB YOUR BODY | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | DUB YOUR BODY | ULTRA TUNES | 0.00% | 8.34% |

| SCREAM GEMS | DUB YOUR BODY | SCREAMING RACHAEL CAIN MUSIC | 8.33% | 0.00% |
|---|---|---|---|---|
| SCREAM GEMS | DUB YOUR BODY | SONGS OF STEVE PETER | 0.00% | 8.33% |
| SCREAM GEMS | DUB YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DUB YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DUB YOUR BODY | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | DUB YOUR BODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DUB YOUR BODY | ULTRA TUNES | 0.00% | 25.00% |

| 13856857 | DRUM YOUR BODY | W | | JEFFERSON MARSHALL JULI |
|---|---|---|---|---|
| 13856857 | DRUM YOUR BODY | P | O | SANLAR PUBLISHING |
| 13856857 | DRUM YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 13856857 | DRUM YOUR BODY | P | O | CASABLANCA MEDIA PUBLIS |
| 13856857 | DRUM YOUR BODY | W | | FORBES RUDY |
| 13856857 | DRUM YOUR BODY | W | | MCCLAIN CURTISS |
| 13856857 | DRUM YOUR BODY | P | O | SANLAR SONGS |

| SCREAM GEMS | DRUM YOUR BODY | FORBES, RUDY | 33.33% | 33.33% |
|---|---|---|---|---|
| SCREAM GEMS | DRUM YOUR BODY | JEFFERSON, MARSHALL JULIUS | 16.68% | 16.68% |
| SCREAM GEMS | DRUM YOUR BODY | MCCLAIN, CURTISS | 16.67% | 16.67% |
| SCREAM GEMS | DRUM YOUR BODY | SANLAR PUBLISHING | 8.34% | 8.34% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DRUM YOUR BODY | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | DRUM YOUR BODY | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | ULTRA TUNES | 0.00% | 8.34% |
| SCREAM GEMS | DRUM YOUR BODY | SCREAMING RACHAEL CAIN MUSIC | 8.33% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | SONGS OF STEVE PETER | 0.00% | 8.33% |
| SCREAM GEMS | DRUM YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DRUM YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DRUM YOUR BODY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DRUM YOUR BODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 13856549 | ON THE HOUSE | P | O | SANLAR PUBLISHING |
| 13856549 | ON THE HOUSE | P | O | SCREAMING RACHAEL CAIN |
| 13856549 | ON THE HOUSE | W | | MCCLAIN CURTISS |