# EXHIBIT D

# WAYNE WILLIAMS

| Number | Title | Type | | Party |
|---|---|---|---|---|
| 272396 | DANCE DOCTOR | P | O | SANLAR PUBLISHING |
| 272396 | DANCE DOCTOR | P | O | SCREAMING RACHAEL CAIN |
| 272396 | DANCE DOCTOR | W | | WILLIAMS WAYNE |
| 1517734 | TIME TO PARTY | W | | LAWRENCE VINCENT GREGO |
| 1517734 | TIME TO PARTY | P | O | SANLAR PUBLISHING |
| 1517734 | TIME TO PARTY | P | O | SCREAMING RACHAEL CAIN |
| 1517734 | TIME TO PARTY | W | | WILLIAMS WAYNE |
| 1517734 | TIME TO PARTY | W | | CAMP EVELYN ROSE |
| 1570655 | UNDER COVER | P | O | SANLAR PUBLISHING |
| 1570655 | UNDER COVER | P | O | SCREAMING RACHAEL CAIN |
| 1570655 | UNDER COVER | W | | WILLIAMS WAYNE |
| 1570656 | UNDER COVER | W | | LAWRENCE VINCENT GREGO |
| 1570656 | UNDER COVER | P | O | SANLAR PUBLISHING |

| | | | | |
|---|---|---|---|---|
| 15706 56 | UNDER COVER | W | | SAUNDERS JESSE I |
| 15706 56 | UNDER COVER | P | O | SCREAMING RACHAEL CAIN |