# EXHIBIT

# E

# VINCE LAWRENCE

| | | | | | |
|---|---|---|---|---|---|
| 892 92 | BASE SITUATION | | W | | LAWRENCE VINCENT GREGO |
| 892 92 | BASE SITUATION | | P | O | SANLAR PUBLISHING |
| 892 92 | BASE SITUATION | | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BASE SITUATION | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | BASE SITUATION | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | BASE SITUATION | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BASE SITUATION | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BASE SITUATION | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BASE SITUATION | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 901 11 | BAT TRAX | | W | | LAWRENCE VINCENT GREGO |
| 901 11 | BAT TRAX | | P | O | SANLAR PUBLISHING |
| 901 11 | BAT TRAX | | P | O | SCREAMING RACHAEL CAIN |
| 901 11 | BAT TRAX | | W | | HENNINGS ARNOLD WALKE |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BAT TRAX | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | BAT TRAX | SANLAR SONGS | 25.00% | 0.00% |

| SCREAM GEMS | BAT TRAX | STEVE PETER MUSIC | 0.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | BAT TRAX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BAT TRAX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BAT TRAX | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | BAT TRAX | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | BAT TRAX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BAT TRAX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BAT TRAX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BAT TRAX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BAT TRAX | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | BAT TRAX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BAT TRAX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BAT TRAX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BAT TRAX | ULTRA TUNES | 0.00% | 25.00% |

| 1024 85 | BELIEVE | W | | LAWRENCE VINCENT GREGO |
|---|---|---|---|---|
| 1024 85 | BELIEVE | P | O | SANLAR PUBLISHING |
| 1024 85 | BELIEVE | P | O | SCREAMING RACHAEL CAIN |

| SCREAM GEMS | BELIEVE | BUFORD, DUANE WILFRID | 25.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | BELIEVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | BELIEVE | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | BELIEVE | SANLAR SONGS | 12.50% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BELIEVE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BELIEVE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BELIEVE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | BELIEVE | BUFORD, DUANE WILFRID | 25.00% | 25.00% |
| SCREAM GEMS | BELIEVE | BUFORD, DUANE WILFRID | 25.00% | 25.00% |
| SCREAM GEMS | BELIEVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | BELIEVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | BELIEVE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | BELIEVE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BELIEVE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BELIEVE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BELIEVE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | BELIEVE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | BELIEVE | SONGS OF STEVE PETER | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| 2327 25 | COME TO ME | W | | LAWRENCE VINCENT GREGO |
| 2327 25 | COME TO ME | P | O | SANLAR PUBLISHING |
| 2327 25 | COME TO ME | W | | SAUNDERS JESSE I |
| 2327 25 | COME TO ME | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | COME TO ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | COME TO ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | COME TO ME | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 4095 46 | FEEL THE NEED | W | | OSBORNE JONES SHARON L |
| 4095 46 | FEEL THE NEED | W | | LAWRENCE VINCENT GREGO |
| 4095 46 | FEEL THE NEED | P | O | SANLAR PUBLISHING |
| 4095 46 | FEEL THE NEED | P | O | SCREAMING RACHAEL CAIN |
| 4095 46 | FEEL THE NEED | W | | SMITH KEVON |
| 4095 46 | FEEL THE NEED | W | | HENNINGS ARNOLD WALKE |

| | | | | |
|---|---|---|---|---|
| 6109 49 | I CAN T TAKE | W | | LAWRENCE VINCENT GREGO |
| 6109 49 | I CAN T TAKE | P | O | SANLAR PUBLISHING |
| 6109 49 | I CAN T TAKE | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I CAN'T TAKE | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T TAKE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 12783 64 | RUSH | W | | LAWRENCE VINCENT GREGO |
| 12783 64 | RUSH | P | O | SANLAR PUBLISHING |

| 12783 64 | RUSH | | P | O | | SCREAMING RACHAEL CAIN |
|---|---|---|---|---|---|---|
| 12783 64 | RUSH | | W | | | CAMP EVELYN ROSE |

| SCREAM GEMS | RUSH | CAMP, EVELYN | 12.50% | 12.50% |
|---|---|---|---|---|
| SCREAM GEMS | RUSH | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | RUSH | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | RUSH | LAWRENCE, VINCENT GREGORY | 12.50% | 12.50% |
| SCREAM GEMS | RUSH | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | RUSH | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | RUSH | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | RUSH | SONGS OF STEVE PETER | 0.00% | 12.50% |

| 13110 73 | SENSATION | | W | | | HARDY RONALD CARL |
|---|---|---|---|---|---|---|
| 13110 73 | SENSATION | | W | | | LAWRENCE VINCENT GREGO |
| 13110 73 | SENSATION | | P | O | | SANLAR PUBLISHING |
| 13110 73 | SENSATION | | P | O | | SCREAMING RACHAEL CAIN |

| 14063 73 | STAY THE NIGHT | | W | | | LAWRENCE VINCENT GREGO |
|---|---|---|---|---|---|---|
| 14063 73 | STAY THE NIGHT | | P | O | | SANLAR PUBLISHING |
| 14063 73 | STAY THE NIGHT | | P | O | | SCREAMING RACHAEL CAIN |

| 14063 73 | STAY THE NIGHT | W | | CAMP EVELYN ROSE |
|---|---|---|---|---|
| 14941 42 | THEY LL GO | W | | LAWRENCE VINCENT GREGO |
| 14941 42 | THEY LL GO | W | | LOTT GAYLLOYD |
| 14941 42 | THEY LL GO | P | O | SANLAR PUBLISHING |
| 14941 42 | THEY LL GO | P | O | SCREAMING RACHAEL CAIN |
| 14941 42 | THEY LL GO | W | | HENNINGS ARNOLD WALKE |

| SCREAM GEMS | THEY'LL GO | HENNINGS, ARNOLD WALKER | 16.67% | 16.67% |
|---|---|---|---|---|
| SCREAM GEMS | THEY'LL GO | LAWRENCE, VINCENT GREGORY | 16.66% | 16.66% |
| SCREAM GEMS | THEY'LL GO | LOTT JR., SAYLOR | 16.67% | 16.67% |
| SCREAM GEMS | THEY'LL GO | SANLAR PUBLISHING | 16.67% | 16.67% |
| SCREAM GEMS | THEY'LL GO | SANLAR SONGS | 16.67% | 0.00% |
| SCREAM GEMS | THEY'LL GO | STEVE PETER MUSIC | 0.00% | 16.67% |
| SCREAM GEMS | THEY'LL GO | SCREAM GEMS | 16.67% | 0.00% |
| SCREAM GEMS | THEY'LL GO | ULTRA TUNES | 0.00% | 16.67% |

| TIME TO PARTY | W | | LAWRENCE VINCENT GREGO |
|---|---|---|---|
| TIME TO PARTY | P | O | SANLAR PUBLISHING |
| TIME TO PARTY | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| TIME TO PARTY | | W | | WILLIAMS WAYNE |
| TIME TO PARTY | | W | | CAMP EVELYN ROSE |
| 15268 50 | TOKEN | W | | LAWRENCE VINCENT GREGO |
| 15268 50 | TOKEN | P | O | SANLAR PUBLISHING |
| 15268 50 | TOKEN | P | O | SCREAMING RACHAEL CAIN |
| 15268 50 | TOKEN | W | | CAMP EVELYN ROSE |
| 15406 82 | TRANSMITTI | W | | LAWRENCE VINCENT GREGO |
| 15406 82 | TRANSMITTI | P | O | SANLAR PUBLISHING |
| 15406 82 | TRANSMITTI | P | O | SCREAMING RACHAEL CAIN |
| 15406 82 | TRANSMITTI | W | | CAMP EVELYN ROSE |
| 15706 55 | UNDER COVER | P | O | SANLAR PUBLISHING |
| 15706 55 | UNDER COVER | P | O | SCREAMING RACHAEL CAIN |
| 15706 55 | UNDER COVER | W | | WILLIAMS WAYNE |
| 15706 56 | UNDER COVER | W | | LAWRENCE VINCENT GREGO |

| | | | | | |
|---|---|---|---|---|---|
| 15706 56 | UNDER COVER | | P | O | SANLAR PUBLISHING |
| 15706 56 | UNDER COVER | | W | | SAUNDERS JESSE I |
| 15706 56 | UNDER COVER | | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | UNDER COVER | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | UNDER COVER | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | UNDER COVER | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER COVER | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1589229 | VIRGO TRAX AGAIN | W | | LAWRENCE VINCENT GREGO |
| 1589229 | VIRGO TRAX AGAIN | P | O | SANLAR PUBLISHING |
| 1589229 | VIRGO TRAX AGAIN | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 3 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 4 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 5 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 6 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO TRACK AGAIN - TRACK 7 | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 16048 91 | WANT YA FEELING FILLING THE NEE | W | | LAWRENCE VINCENT GREGO |
| 16048 91 | WANT YA FEELING FILLING THE NEE | P | O | SANLAR PUBLISHING |
| 16048 91 | WANT YA FEELING FILLING THE NEE | P | O | SCREAMING RACHAEL CAIN |
| 16048 91 | WANT YA FEELING FILLING THE NEE | W | | SMITH KEVON |
| 16048 91 | WANT YA FEELING FILLING THE NEE | W | | HENNINGS ARNOLD WALKE |

| | | | | |
|---|---|---|---|---|
| 138565 69 | LACK OF LOVE | W | | LAWRENCE VINCENT GREGO |
| 138565 69 | LACK OF LOVE | P | O | SANLAR PUBLISHING |

| 13856569 | LACK OF LOVE | | P | O | | SCREAMING RACHAEL CAIN |
| 13856569 | LACK OF LOVE | | W | | | LADREA K |
| 13856569 | LACK OF LOVE | | P | O | | STEVE PETER MUSIC |
| 13856569 | LACK OF LOVE | | P | O | | SCREAM GEMS |

| SCREAM GEMS | LACK OF LOVE | HENNINGS, ARNOLD WALKER | 16.67% | 16.67% |
| SCREAM GEMS | LACK OF LOVE | LADREA, K | 16.67% | 16.67% |
| SCREAM GEMS | LACK OF LOVE | LAWRENCE, VINCENT GREGORY | 16.66% | 16.66% |
| SCREAM GEMS | LACK OF LOVE | SANLAR PUBLISHING | 4.16% | 4.16% |
| SCREAM GEMS | LACK OF LOVE | SANLAR SONGS | 16.66% | 0.00% |
| SCREAM GEMS | LACK OF LOVE | STEVE PETER MUSIC | 0.00% | 16.66% |
| SCREAM GEMS | LACK OF LOVE | SCREAM GEMS | 16.66% | 0.00% |
| SCREAM GEMS | LACK OF LOVE | ULTRA TUNES | 0.00% | 16.66% |
| SCREAM GEMS | LACK OF LOVE | SCREAMING RACHAEL CAIN MUSIC | 4.17% | 0.00% |
| SCREAM GEMS | LACK OF LOVE | SONGS OF STEVE PETER | 0.00% | 4.17% |
| SCREAM GEMS | LACK OF LOVE | UNKNOWN PUBLISHER | 8.34% | 8.34% |

| 13856570 | GRACE OF GOD | | W | | | LAWRENCE VINCENT GREGO |
| 13856570 | GRACE OF GOD | | P | O | | SANLAR PUBLISHING |
| 13856570 | GRACE OF GOD | | P | O | | SCREAMING RACHAEL CAIN |
| 13856570 | GRACE OF GOD | | W | | | CAMP EVELYN ROSE |

| 138565 70 | GRACE OF GOD | | P | O | SANLAR SONGS |
|---|---|---|---|---|---|

| SCREAM GEMS | GRACE OF GOD | CAMP, EVELYN | 12.50% | 12.50% |
|---|---|---|---|---|
| SCREAM GEMS | GRACE OF GOD | CAMP, EVELYN ROSE | 25.00% | 25.00% |
| SCREAM GEMS | GRACE OF GOD | LAWRENCE, VINCENT GREGORY | 12.50% | 12.50% |
| SCREAM GEMS | GRACE OF GOD | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | GRACE OF GOD | SANLAR PUBLISHING | 3.13% | 3.13% |
| SCREAM GEMS | GRACE OF GOD | SANLAR SONGS | 3.13% | 0.00% |
| SCREAM GEMS | GRACE OF GOD | STEVE PETER MUSIC | 0.00% | 3.13% |
| SCREAM GEMS | GRACE OF GOD | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | GRACE OF GOD | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | GRACE OF GOD | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | GRACE OF GOD | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | GRACE OF GOD | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | GRACE OF GOD | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | GRACE OF GOD | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | GRACE OF GOD | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | GRACE OF GOD | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | GRACE OF GOD | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | GRACE OF GOD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GRACE OF GOD | ULTRA TUNES | 0.00% | 25.00% |

| 138570 80 | MONSTER JAM | W | | LAWRENCE VINCENT GREGO |
|---|---|---|---|---|
| 138570 80 | MONSTER JAM | P | O | SANLAR PUBLISHING |
| 138570 80 | MONSTER JAM | P | O | SCREAMING RACHAEL CAIN |
| 138570 80 | MONSTER JAM | P | O | CASABLANCA MEDIA PUBLIS |
| 138570 80 | MONSTER JAM | P | O | SANLAR SONGS |
| 138570 80 | MONSTER JAM | W | | HENNINGS ARNOLD WALKE |

| SCREAM GEMS | MONSTER JAM | HENNINGS, ARNOLD WALKER | 16.66% | 16.66% |
|---|---|---|---|---|
| SCREAM GEMS | MONSTER JAM | KELLY, ILOWDE | 16.67% | 16.67% |
| SCREAM GEMS | MONSTER JAM | LAWRENCE, VINCENT GREGORY | 16.66% | 16.66% |
| SCREAM GEMS | MONSTER JAM | SANLAR PUBLISHING | 16.67% | 16.67% |
| SCREAM GEMS | MONSTER JAM | SANLAR SONGS | 16.66% | 0.00% |
| SCREAM GEMS | MONSTER JAM | STEVE PETER MUSIC | 0.00% | 16.66% |
| SCREAM GEMS | MONSTER JAM | SCREAM GEMS | 16.66% | 0.00% |
| SCREAM GEMS | MONSTER JAM | ULTRA TUNES | 0.00% | 16.66% |

| 138572 48 | BRING THE NOISE | W | | ILONDE KELLY |
|---|---|---|---|---|
| 138572 48 | BRING THE NOISE | W | | LAWRENCE VINCENT GREGO |
| 138572 48 | BRING THE NOISE | P | O | SANLAR PUBLISHING |
| 138572 48 | BRING THE NOISE | P | O | SCREAMING RACHAEL CAIN |

| 138572 48 | BRING THE NOISE | P | O | CASABLANCA MEDIA PUBLIS |
| 138572 48 | BRING THE NOISE | P | O | SANLAR SONGS |
| 138572 48 | BRING THE NOISE | W | | MORRISON BRADLY |

| SCREAM GEMS | BRING THE NOISE | LAWRENCE, VINCENT GREGORY | 16.66% | 16.66% |
| SCREAM GEMS | BRING THE NOISE | MORRISON, BRADLY | 16.67% | 16.67% |
| SCREAM GEMS | BRING THE NOISE | SANLAR PUBLISHING | 33.34% | 33.34% |
| SCREAM GEMS | BRING THE NOISE | SANLAR SONGS | 8.33% | 0.00% |
| SCREAM GEMS | BRING THE NOISE | STEVE PETER MUSIC | 0.00% | 8.33% |
| SCREAM GEMS | BRING THE NOISE | SCREAM GEMS | 8.33% | 0.00% |

| SCREAM GEMS | ATOMIC | CHRISTIE, CARLISLE VAN DYKE | 16.67% | 16.67% |
| SCREAM GEMS | ATOMIC | MARCUS, JAMES B | 16.66% | 16.66% |
| SCREAM GEMS | ATOMIC | WHIPLASS | 16.67% | 16.67% |
| SCREAM GEMS | ATOMIC | SANLAR PUBLISHING | 4.16% | 4.16% |
| SCREAM GEMS | ATOMIC | SANLAR SONGS | 16.67% | 0.00% |
| SCREAM GEMS | ATOMIC | STEVE PETER MUSIC | 0.00% | 16.67% |
| SCREAM GEMS | ATOMIC | SCREAM GEMS | 16.67% | 0.00% |
| SCREAM GEMS | ATOMIC | ULTRA TUNES | 0.00% | 16.67% |
| SCREAM GEMS | ATOMIC | SCREAMING RACHAEL CAIN MUSIC | 4.16% | 0.00% |
| SCREAM GEMS | ATOMIC | SONGS OF STEVE PETER | 0.00% | 4.16% |
| SCREAM GEMS | ATOMIC | UNKNOWN PUBLISHER | 8.34% | 8.34% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | ATOMIC | CHRISTIE, VAN | 12.50% | 12.50% |
| SCREAM GEMS | ATOMIC | LAWRENCE | 12.50% | 12.50% |
| SCREAM GEMS | ATOMIC | MARCUS, JAMES | 12.50% | 12.50% |
| SCREAM GEMS | ATOMIC | WHIPLASS | 12.50% | 12.50% |
| SCREAM GEMS | ATOMIC | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | ATOMIC | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | ATOMIC | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | ATOMIC | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ATOMIC | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | FUNK U UP | BUFORD, DUANE | 16.67% | 16.67% |
| SCREAM GEMS | FUNK U UP | LAWRENCE, VINCE | 16.67% | 16.67% |
| SCREAM GEMS | FUNK U UP | SAUNDERS, JESSE | 16.66% | 16.66% |
| SCREAM GEMS | FUNK U UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FUNK U UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FUNK U UP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FUNK U UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE IT | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T TAKE IT | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T TAKE IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE IT | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T TAKE IT | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I CAN'T TAKE IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | FUNK, BUSTA | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | FUNK, BUSTA | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | FUNK, BUSTA | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | FUNK, BUSTA | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND | SCREAM GEMS | 25.00% | 0.00% |

| SCREAM GEMS | LOVE CAN'T TURN AROUND | ULTRA TUNES | 0.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | LAWRENCE, VINCENT GREGORY | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE CAN'T TURN AROUND (INSTRUMENTAL) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MISS YOU | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | MISS YOU | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | MISS YOU | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | MISS YOU | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | MISS YOU | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | MISS YOU | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | MISS YOU | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | MISS YOU | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | MISS YOU | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | MISS YOU | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | MISS YOU | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | NIGHT FLIGHT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SAUNDERS, JESSE | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | SANLAR PUBLISHING | 12.50% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | REAL LOVE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | REAL LOVE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | REAL LOVE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | REAL LOVE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | REAL LOVE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | REAL LOVE | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | SHOUT | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | SHOUT | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | SHOUT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | SHOUT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | SHOUT | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | SHOUT | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | SHOUT | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | SHOUT | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | SHOUT | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | SHOUT | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | SHOUT | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | SHOUT | CAMP, EVELYN | 25.00% | 25.00% |
| SCREAM GEMS | SHOUT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | SHOUT | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | SHOUT | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | SHOUT | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | SHOUT | SCREAM GEMS | 25.00% | 0.00% |

SCREAM GEMS   SHOUT          ULTRA TUNES    0.00%        25.00%