# EXHIBIT F

# STEVE POINDEXTER

| | | | | |
|---|---|---|---|---|
| 63638 13 | SHORT CIRCUIT | P | O | SANLAR PUBLISHING |
| 63638 13 | SHORT CIRCUIT | P | O | SCREAMING RACHAEL CAIN |
| 63638 13 | SHORT CIRCUIT | W | | POINDEXTER STEVE PHILLIP |
| 63638 15 | COMPUTER MADNESS | P | O | SANLAR PUBLISHING |
| 63638 15 | COMPUTER MADNESS | P | O | SCREAMING RACHAEL CAIN |
| 63638 15 | COMPUTER MADNESS | W | | POINDEXTER STEVE PHILLIP |
| 63638 16 | CHILLIN WITH THE P | P | O | SANLAR PUBLISHING |
| 63638 16 | CHILLIN WITH THE P | P | O | SCREAMING RACHAEL CAIN |
| 63638 16 | CHILLIN WITH THE P | W | | POINDEXTER STEVE PHILLIP |
| 637190 6 | I NEED A FREAK | P | O | SANLAR PUBLISHING |
| 637190 6 | I NEED A FREAK | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 6371906 | I NEED A FREAK | W | | POINDEXTER STEVE PHILLIP |
| 13848695 | B BOY DISCO | P | O | SANLAR PUBLISHING |
| 13848695 | B BOY DISCO | P | O | SCREAMING RACHAEL CAIN |
| 13848695 | B BOY DISCO | W | | POINDEXTER STEVE PHILLIP |
| 13848726 | EAST 67TH STREET | P | O | SANLAR PUBLISHING |
| 13848726 | EAST 67TH STREET | P | O | SCREAMING RACHAEL CAIN |
| 13848726 | EAST 67TH STREET | W | | POINDEXTER STEVE PHILLIP |
| 13856586 | HAPPY STICK | P | O | SANLAR PUBLISHING |
| 13856586 | HAPPY STICK | P | O | SCREAMING RACHAEL CAIN |
| 13856586 | HAPPY STICK | W | | POINDEXTER STEVE PHILLIP |
| 13856658 | DESTINY | P | O | SANLAR PUBLISHING |
| 13856658 | DESTINY | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 13856658 | DESTINY | W | | POINDEXTER STEVE PHILLIP |
| 13856741 | NIGHT FLIGHT | P | O | SANLAR PUBLISHING |
| 13856741 | NIGHT FLIGHT | P | O | SCREAMING RACHAEL CAIN |
| 13856741 | NIGHT FLIGHT | W | | POINDEXTER STEVE PHILLIP |
| 13856772 | STATE OF SHOCK | P | O | SANLAR PUBLISHING |
| 13856772 | STATE OF SHOCK | P | O | SCREAMING RACHAEL CAIN |
| 13856772 | STATE OF SHOCK | W | | POINDEXTER STEVE PHILLIP |
| 13856795 | RHYTHM THE | P | O | SANLAR PUBLISHING |
| 13856795 | RHYTHM THE | P | O | SCREAMING RACHAEL CAIN |
| 13856795 | RHYTHM THE | W | | POINDEXTER STEVE PHILLIP |
| 13856818 | WORK THAT MUTHA LJS CLEAN MIX | P | O | SANLAR PUBLISHING |
| 13856818 | WORK THAT MUTHA LJS CLEAN MIX | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 138568 18 | WORK THAT MUTHA LJS CLEAN MIX | W | | POINDEXTER STEVE PHILLIP |
| 138568 27 | WORD TO THE MONKEY | P | O | SANLAR PUBLISHING |
| 138568 27 | WORD TO THE MONKEY | P | O | SCREAMING RACHAEL CAIN |
| 138568 27 | WORD TO THE MONKEY | W | | POINDEXTER STEVE PHILLIP |
| 138572 58 | DOPE ON THE MIC | P | O | SANLAR PUBLISHING |
| 138572 58 | DOPE ON THE MIC | P | O | SCREAMING RACHAEL CAIN |
| 138572 58 | DOPE ON THE MIC | W | | POINDEXTER STEVE PHILLIP |
| 138572 90 | MANIAC | P | O | SANLAR PUBLISHING |
| 138572 90 | MANIAC | P | O | SCREAMING RACHAEL CAIN |
| 138572 90 | MANIAC | W | | POINDEXTER STEVE PHILLIP |
| 138572 91 | MENTAL PROBLEMS | P | O | SANLAR PUBLISHING |
| 138572 91 | MENTAL PROBLEMS | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 13857291 | MENTAL PROBLEMS | W | | POINDEXTER STEVE PHILLIP |
| 13857292 | PITCH UP | P | O | SANLAR PUBLISHING |
| 13857292 | PITCH UP | P | O | SCREAMING RACHAEL CAIN |
| 13857292 | PITCH UP | W | | POINDEXTER STEVE PHILLIP |
| 13857293 | REMINISCE | P | O | SANLAR PUBLISHING |
| 13857293 | REMINISCE | P | O | SCREAMING RACHAEL CAIN |
| 13857293 | REMINISCE | W | | POINDEXTER STEVE PHILLIP |
| 13857294 | TIME S UP | P | O | SANLAR PUBLISHING |
| 13857294 | TIME S UP | P | O | SCREAMING RACHAEL CAIN |
| 13857294 | TIME S UP | W | | POINDEXTER STEVE PHILLIP |
| 13857295 | FEEN FOR RHYTHM | P | O | SANLAR PUBLISHING |
| 13857295 | FEEN FOR RHYTHM | P | O | SCREAMING RACHAEL CAIN |

| | | | |
|---|---|---|---|
| 138572 95 | FEEN FOR RHYTHM | W | POINDEXTER STEVE PHILLIP |