# EXHIBIT G

## Sidney Cornell Winters
## (aka Dezz 7)

| | | | | |
|---|---|---|---|---|
| 32323 | AM A DOG | W | | FROST JACK |
| 32323 | AM A DOG | P | O | SANLAR PUBLISHING |
| 32323 | AM A DOG | P | O | SCREAMING RACHAEL CAIN |
| 32323 | AM A DOG | W | | WINTERS SIDNEY CORNELL |
| 73437 | BABY MY LOVE IS | P | O | SANLAR PUBLISHING |
| 73437 | BABY MY LOVE IS | P | O | SCREAMING RACHAEL CAIN |
| 73437 | BABY MY LOVE IS | W | | WINTERS SIDNEY CORNELL |
| 94906 | BEAT ME TILL I JACK | P | O | SANLAR PUBLISHING |
| 94906 | BEAT ME TILL I JACK | P | O | SCREAMING RACHAEL CAIN |
| 94906 | BEAT ME TILL I JACK | W | | WINTERS SIDNEY CORNELL |

| | | | | |
|---|---|---|---|---|
| 4065 52 | FAT ALBERT RAP | P | O | SANLAR PUBLISHING |
| 4065 52 | FAT ALBERT RAP | P | O | SCREAMING RACHAEL CAIN |
| 4065 52 | FAT ALBERT RAP | W | | WINTERS SIDNEY CORNELL |
| 7969 03 | KEEP ON TRYIN | P | O | SANLAR PUBLISHING |
| 7969 03 | KEEP ON TRYIN | P | O | SCREAMING RACHAEL CAIN |
| 7969 03 | KEEP ON TRYIN | W | | WINTERS SIDNEY CORNELL |
| 10937 03 | NUMBER NINE | P | O | SANLAR PUBLISHING |
| 10937 03 | NUMBER NINE | P | O | SCREAMING RACHAEL CAIN |
| 10937 03 | NUMBER NINE | W | | WINTERS SIDNEY C |
| 17330 53 | YOU RE TOO GOOD | W | | GRANT DWAYNE LAMONTE |
| 17330 53 | YOU RE TOO GOOD | P | O | SANLAR PUBLISHING |
| 17330 53 | YOU RE TOO GOOD | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 1733053 | YOU RE TOO GOOD | W | | WINTERS SIDNEY CORNELL |
| 1751482 | 60 60 | P | O | SANLAR PUBLISHING |
| 1751482 | 60 60 | P | O | SCREAMING RACHAEL CAIN |
| 1751482 | 60 60 | W | | WINTERS SIDNEY CORNELL |
| 2466940 | I AIN T LYIN | P | O | SANLAR PUBLISHING |
| 2466940 | I AIN T LYIN | P | O | SCREAMING RACHAEL CAIN |
| 2466940 | I AIN T LYIN | W | | WINTERS SIDNEY CORNELL |
| 13856310 | BOOM BOOM | P | O | SANLAR PUBLISHING |
| 13856310 | BOOM BOOM | P | O | SCREAMING RACHAEL CAIN |
| 13856310 | BOOM BOOM | W | | WINTERS SIDNEY CORNELL |

| | | | | |
|---|---|---|---|---|
| 13856399 | MY MAMA TOLD ME | W | | GRANT DWAYNE LAMONTE |
| 13856399 | MY MAMA TOLD ME | P | O | SANLAR PUBLISHING |
| 13856399 | MY MAMA TOLD ME | P | O | SCREAMING RACHAEL CAIN |
| 13856399 | MY MAMA TOLD ME | W | | WINTERS SIDNEY CORNELL |
| 13856687 | GO GO AGAIN | P | O | SANLAR PUBLISHING |
| 13856687 | GO GO AGAIN | P | O | SCREAMING RACHAEL CAIN |
| 13856687 | GO GO AGAIN | W | | WINTERS SIDNEY CORNELL |
| 13856702 | IF YOU ONLY KNEW | P | O | SANLAR PUBLISHING |
| 13856702 | IF YOU ONLY KNEW | P | O | SCREAMING RACHAEL CAIN |
| 13856702 | IF YOU ONLY KNEW | W | | WINTERS SIDNEY CORNELL |
| 13856746 | ONCE AND AWHILE DICK | P | O | SANLAR PUBLISHING |
| 13856746 | ONCE AND AWHILE DICK | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 138567 46 | ONCE AND AWHILE DICK | W | | WINTERS SIDNEY CORNELL |
| 138567 71 | STARS ON NUMBER NINE | P | O | SANLAR PUBLISHING |
| 138567 71 | STARS ON NUMBER NINE | P | O | SCREAMING RACHAEL CAIN |
| 138567 71 | STARS ON NUMBER NINE | W | | WINTERS SIDNEY CORNELL |
| 138567 85 | THANK YOU PART 2 | P | O | SANLAR PUBLISHING |
| 138567 85 | THANK YOU PART 2 | P | O | SCREAMING RACHAEL CAIN |
| 138567 85 | THANK YOU PART 2 | W | | WINTERS SIDNEY CORNELL |
| 138568 60 | FUNNY LOVE | P | O | SANLAR PUBLISHING |
| 138568 60 | FUNNY LOVE | P | O | SCREAMING RACHAEL CAIN |
| 138568 60 | FUNNY LOVE | W | | WINTERS SIDNEY CORNELL |

| | | | | |
|---|---|---|---|---|
| 13856960 | DEZZ A DUB | W | | GRANT DWAYNE LAMONTE |
| 13856960 | DEZZ A DUB | P | O | SANLAR PUBLISHING |
| 13856960 | DEZZ A DUB | P | O | SCREAMING RACHAEL CAIN |
| 13856960 | DEZZ A DUB | W | | WINTERS SIDNEY CORNELL |
| 13857018 | HIT THE BASS | P | O | SANLAR PUBLISHING |
| 13857018 | HIT THE BASS | P | O | SCREAMING RACHAEL CAIN |
| 13857018 | HIT THE BASS | W | | WINTERS SIDNEY CORNELL |
| 13857024 | HOUSE LIFE | P | O | SANLAR PUBLISHING |
| 13857024 | HOUSE LIFE | P | O | SCREAMING RACHAEL CAIN |
| 13857024 | HOUSE LIFE | W | | WINTERS SIDNEY CORNELL |
| 13857050 | KEEP ROCKIN | P | O | SANLAR PUBLISHING |

| | | | | |
|---|---|---|---|---|
| 138570 50 | KEEP ROCKIN | P | O | SCREAMING RACHAEL CAIN |
| 138570 50 | KEEP ROCKIN | W | | WINTERS SIDNEY CORNELL |
| 138570 60 | LONDON BUS STOP | P | O | SANLAR PUBLISHING |
| 138570 60 | LONDON BUS STOP | P | O | SCREAMING RACHAEL CAIN |
| 138570 60 | LONDON BUS STOP | W | | WINTERS SIDNEY CORNELL |
| 138570 74 | MEN ON FILM | P | O | SANLAR PUBLISHING |
| 138570 74 | MEN ON FILM | P | O | SCREAMING RACHAEL CAIN |
| 138570 74 | MEN ON FILM | W | | WINTERS SIDNEY CORNELL |
| 138570 83 | MUDHEN | P | O | SANLAR PUBLISHING |
| 138570 83 | MUDHEN | P | O | SCREAMING RACHAEL CAIN |
| 138570 83 | MUDHEN | W | | WINTERS SIDNEY CORNELL |

| | | | | |
|---|---|---|---|---|
| 13857096 | NUMBER ONE | P | O | SANLAR PUBLISHING |
| 13857096 | NUMBER ONE | P | O | SCREAMING RACHAEL CAIN |
| 13857096 | NUMBER ONE | W | | WINTERS SIDNEY CORNELL |
| 13857112 | PUMP IT TO THAT | P | O | SANLAR PUBLISHING |
| 13857112 | PUMP IT TO THAT | P | O | SCREAMING RACHAEL CAIN |
| 13857112 | PUMP IT TO THAT | W | | WINTERS SIDNEY CORNELL |
| 13857119 | RAZ MIX | P | O | SANLAR PUBLISHING |
| 13857119 | RAZ MIX | P | O | SCREAMING RACHAEL CAIN |
| 13857119 | RAZ MIX | W | | WINTERS SIDNEY CORNELL |
| 13857119 | RAZ MIX | W | | JONES NATHANIEL PIERRE |
| 13857119 | RAZ MIX | P | O | SANLAR SONGS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RAZ MIX | WINTERS, SIDNEY CORNELL | 25.00% | 25.00% |
| SCREAM GEMS | RAZ MIX | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | RAZ MIX | SANLAR SONGS | 12.50% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RAZ MIX | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | RAZ MIX | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | RAZ MIX | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | RAZ MIX | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | RAZ MIX | SONGS OF STEVE PETER | 0.00% | 6.25% |
| SCREAM GEMS | RAZ MIX | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | RAZ MIX | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | RAZ MIX | WINTERS, SIDNEY | 25.00% | 25.00% |
| SCREAM GEMS | RAZ MIX | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | RAZ MIX | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | RAZ MIX | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | RAZ MIX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RAZ MIX | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 13857132 | SEVENTH SIGN | P | O | SANLAR PUBLISHING |
| 13857132 | SEVENTH SIGN | P | O | SCREAMING RACHAEL CAIN |
| 13857132 | SEVENTH SIGN | W | | WINTERS SIDNEY CORNELL |
| 13857136 | SHA NAN NA | P | O | SANLAR PUBLISHING |
| 13857136 | SHA NAN NA | P | O | SCREAMING RACHAEL CAIN |
| 13857136 | SHA NAN NA | W | | WINTERS SIDNEY CORNELL |

| | | | | |
|---|---|---|---|---|
| 138571 52 | STREETFIGHTER | P | O | SANLAR PUBLISHING |
| 138571 52 | STREETFIGHTER | P | O | SCREAMING RACHAEL CAIN |
| 138571 52 | STREETFIGHTER | W | | WINTERS SIDNEY CORNELL |
| 138571 71 | TONE DEF MIX | W | | GRANT DWAYNE LAMONTE |
| 138571 71 | TONE DEF MIX | P | O | SANLAR PUBLISHING |
| 138571 71 | TONE DEF MIX | P | O | SCREAMING RACHAEL CAIN |
| 138571 71 | TONE DEF MIX | W | | WINTERS SIDNEY CORNELL |
| 138571 89 | WHAT S GOING ON | P | O | SANLAR PUBLISHING |
| 138571 89 | WHAT S GOING ON | P | O | SCREAMING RACHAEL CAIN |
| 138571 89 | WHAT S GOING ON | W | | WINTERS SIDNEY CORNELL |
| 138571 98 | 7 INCHES OR MORE | P | O | SANLAR PUBLISHING |

| | | | | |
|---|---|---|---|---|
| 13857198 | 7 INCHES OR MORE | P | O | SCREAMING RACHAEL CAIN |
| 13857198 | 7 INCHES OR MORE | W | | WINTERS SIDNEY CORNELL |
| 13857199 | 7 SIGNS | P | O | SANLAR PUBLISHING |
| 13857199 | 7 SIGNS | P | O | SCREAMING RACHAEL CAIN |
| 13857199 | 7 SIGNS | W | | WINTERS SIDNEY CORNELL |
| 13857202 | GET HIGH | P | O | SANLAR PUBLISHING |
| 13857202 | GET HIGH | P | O | SCREAMING RACHAEL CAIN |
| 13857202 | GET HIGH | W | | WINTERS SIDNEY CORNELL |
| 13857210 | GO GO | P | O | SANLAR PUBLISHING |
| 13857210 | GO GO | P | O | SCREAMING RACHAEL CAIN |
| 13857210 | GO GO | W | | WINTERS SIDNEY CORNELL |

| | | | | |
|---|---|---|---|---|
| 24979529 | BABY MY LOVE IS | P | O | SANLAR PUBLISHING |
| 24979529 | BABY MY LOVE IS | P | O | SCREAMING RACHAEL CAIN |
| 24979529 | BABY MY LOVE IS | W | | WINTERS SIDNEY CORNELL |
| 27705205 | LIFT YOURSELF | P | O | EMI BLACKWOOD MUSIC IN |
| 27705205 | LIFT YOURSELF | P | O | SANLAR PUBLISHING |
| 27705205 | LIFT YOURSELF | P | O | SCREAMING RACHAEL CAIN |
| 27705205 | LIFT YOURSELF | W | | WINTERS SIDNEY C |
| 27705205 | LIFT YOURSELF | W | | WEST KANYE |
| 27705205 | LIFT YOURSELF | P | O | PLEASE GIMME MY PUBLISH |