# EXHIBIT H

# RICK BARNES
## (aka RICHARD ALAN BARNES)

| | | | | |
|---|---|---|---|---|
| 249796 05 | NO JACKING ALLOWED TURN THE BE | W | | BRAND DEREK WADE |
| 249796 05 | NO JACKING ALLOWED TURN THE BE | P | O | SANLAR PUBLISHING |
| 249796 05 | NO JACKING ALLOWED TURN THE BE | P | O | SCREAMING RACHAEL CAIN |
| 249796 05 | NO JACKING ALLOWED TURN THE BE | W | | BARNES RICHARD ALAN |
| 249796 06 | NO JACKING ALLOWED THIS OLD HO | W | | BRAND DEREK WADE |
| 249796 06 | NO JACKING ALLOWED THIS OLD HO | P | O | SANLAR PUBLISHING |
| 249796 06 | NO JACKING ALLOWED THIS OLD HO | P | O | SCREAMING RACHAEL CAIN |
| 249796 06 | NO JACKING ALLOWED THIS OLD HO | W | | BARNES RICHARD ALAN |
| 1071319 | NO JACKING ALLOWED | W | | BRAND DEREK WADE |
| 1071319 | NO JACKING ALLOWED | P | O | SANLAR PUBLISHING |
| 1071319 | NO JACKING ALLOWED | P | O | SCREAMING RACHAEL CAIN |
| 1071319 | NO JACKING ALLOWED | W | | BARNES RICHARD ALAN |