# EXHIBIT

# I

# RALPHI ROSARIO

| | | | | | |
|---|---|---|---|---|---|
| 138564 32 | RUNNING AWAY | P | O | | SANLAR PUBLISHING |
| 138564 32 | RUNNING AWAY | P | O | | SCREAMING RACHAEL CAIN |
| 138564 32 | RUNNING AWAY | W | | | IRVING KEVIN |
| 138564 32 | RUNNING AWAY | W | | | ROSARIO RAFAEL ANGEL |
| 138564 32 | RUNNING AWAY | P | O | | DASH RIPROCK MUSIC |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RUNNING AWAY | ROSARIO, RAFAEL | 25.00% | 25.00% |
| SCREAM GEMS | RUNNING AWAY | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | RUNNING AWAY | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | RUNNING AWAY | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | RUNNING AWAY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RUNNING AWAY | ULTRA TUNES | 0.00% | 25.00% |

**The following titles (provided by the artist) do not appear in the SANLAR PUBLISHING documents provided:**

"Anything associated with the below BOLD tiles; Anything associated or LISTED as **Rafael Rosario, Rosario Rafael,** I'm requesting ownership revert back from Trax to me; **Ralphi Rosario/Ralphi Rosario Inc.**

SCREAM GEMS G **SUAVEITO**
SCREAM GEMS G **SUDANDO BAILANDO**
SCREAM GEMS G **TAKE ME UP**
SCREAM GEMS G **UNA COSA DE AMOUR**
SCREAM GEMS G **DADDY DADDY**

SCREAM GEMS G **DASH RIPROCK MIX**
SCREAM GEMS G **GET UP GET OUT**
SCREAM GEMS G **I WANT EVERYTHING**
SCREAM GEMS G **I WANT YOU**
SCREAM GEMS G **I WANT YOUR LOVE**
SCREAM GEMS G **IN THE NIGHT**
SCREAM GEMS G **INSTRUMENTAL NEED**
SCREAM GEMS G **LA ARIA LATINA**
SCREAM GEMS G **RAZ MIX**
SCREAM GEMS G **RUNNING AWAY**
SCREAM GEMS G **SALSATHON**
SCREAM GEMS G **A TRACKY HOLD**
SCREAM GEMS G **YOU USED TO HOLD ME**
SCREAM GEMS G **YOU USED TO HOLD ME (KENNY JASON MIX)**
SCREAM GEMS G **YOU USED TO HOLD ME (RIVERA MIX)**
SCREAM GEMS G **YOU USED TO HOLD ME (BONUS BEATS)**
SCREAM GEMS G **YOU USED TO HOLD ME (ORIGINAL MIX)**
SCREAM GEMS G **YOU USED TO HOLD ME (ACCAPELLA MIX)"**

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | THIS IS ACID | JOSHUA MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | THIS IS ACID | JOSHUA MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | THIS IS ACID | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | JOSHUA, MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | THIS IS ACID | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DADDY DADDY | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | DADDY DADDY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DADDY DADDY | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DADDY DADDY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DADDY DADDY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DASH RIPROCK MIX | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | DASH RIPROCK MIX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DASH RIPROCK MIX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DASH RIPROCK MIX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DASH RIPROCK MIX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET UP GET OUT | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | GET UP GET OUT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET UP GET OUT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET UP GET OUT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET UP GET OUT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GINSENG BEATS | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | GINSENG BEATS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GINSENG BEATS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GINSENG BEATS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GINSENG BEATS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I NEED YOUR LOVE | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | I NEED YOUR LOVE | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I NEED YOUR LOVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I NEED YOUR LOVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I NEED YOUR LOVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I WANT EVERYTHING | ROSARIO, RALPHI | 50.00% | 50.00% |
| SCREAM GEMS | I WANT EVERYTHING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT EVERYTHING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I WANT EVERYTHING | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT EVERYTHING | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | I WANT YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | IN THE DARK (DREAMIN') | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | IN THE DARK (DREAMIN') | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | IN THE DARK (DREAMIN') | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | IN THE DARK (DREAMIN') | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | IN THE DARK (DREAMIN') | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | INSTRUMENTAL NEED | ROSARIO, RAFAEL | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | INSTRUMENTAL NEED | STOLL, STEVE | 25.00% | 25.00% |
| SCREAM GEMS | INSTRUMENTAL NEED | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | INSTRUMENTAL NEED | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | INSTRUMENTAL NEED | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | INSTRUMENTAL NEED | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | INSTRUMENTAL NEED | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LA ARIA LATINA | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | LA ARIA LATINA | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LA ARIA LATINA | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LA ARIA LATINA | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LA ARIA LATINA | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PIECES/ REVOKED | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | PIECES/ REVOKED | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PIECES/ REVOKED | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PIECES/ REVOKED | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PIECES/ REVOKED | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PLAY THE PIANO | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | PLAY THE PIANO | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PLAY THE PIANO | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PLAY THE PIANO | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PLAY THE PIANO | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SALSATHON | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | SALSATHON | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SALSATHON | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SALSATHON | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SALSATHON | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SEXY SAX | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | SEXY SAX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SEXY SAX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SEXY SAX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SEXY SAX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SUAVESITO | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | SUAVESITO | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SUAVESITO | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SUAVESITO | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SUAVESITO | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SUDANDO BAILANDO | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | SUDANDO BAILANDO | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SUDANDO BAILANDO | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SUDANDO BAILANDO | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SUDANDO BAILANDO | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TAKE ME UP | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | TAKE ME UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TAKE ME UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TAKE ME UP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TAKE ME UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | UNA COSA DE AMOUR | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | UNA COSA DE AMOUR | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | UNA COSA DE AMOUR | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | UNA COSA DE AMOUR | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNA COSA DE AMOUR | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | A TRACKY HOLD | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | A TRACKY HOLD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | A TRACKY HOLD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | A TRACKY HOLD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | A TRACKY HOLD | ULTRA TUNES | 0.00% | 25.00% |