# EXHIBIT

# J

```
Type of Work:        Music

Registration Number / Date:
                     PAu000415608 / 1982-04-28
                     Supplement to: EU0000711504 / 1976

Application Title:   Mitchbal; Love is the answer (on original appl.: The Old
                     old fool) (title change)

Title:               The Old old fool.  By Nemiah Mitchell, Jr.

Notes:               Statement re address.
                     C.O. corres.

Copyright Claimant:
                     Nemiah Mitchell, Jr.

Supplement to Registration:
                     EU711504, 1976

Variant title:       The Old old fool.

Other Title:         Mitchbal
                     Love is the answer

Names:               Mitchell, Nemiah, Jr.

==============================================================================

Type of Work:        Sound Recording and Music

Registration Number / Date:
                     SR0000053859 / 1984-05-07

Application Title:   Fantasy.

Title:               Z-Factor.

Imprint:             c1984.

Publisher Number:    Mitchbal Records MB8400

Description:         1 sound disc : 33 1/3 rpm, stereo. ; 12 in.

Notes:               Featuring Jesse Saunders.
                     Collection.

Copyright Claimant:
                     © Nemiah Mitchell, Jr.

Date of Creation:    1984

Date of Publication:
                     1984-02-06

Authorship on Application:
                     words & music: Vincent Lawrence & Jesse Saunders.

Names:               Saunders, Jesse
```

```
                    Mitchell, Nemiah, Jr.
                    Lawrence, Vincent, 1964-.
                    Saunders, Jesse, 1963-.
                    Z-Factor.
                    Mitchbal Records.
```

===========================================================================

| | |
|---|---|
| Type of Work: | Sound Recording and Music |
| Registration Number / Date: | SR0000043189 / 1982-12-09 |
| Title: | Fast cars ; I synthesize / Nemiah Mitchell, Jr., Vincent Lawrence. |
| Imprint: | [s.l. : s.n., 1982?] |
| Description: | 1 sound cassette. |
| Copyright Claimant: | © ℗ Nemiah Mitchell, Jr. & Vincent Lawrence |
| Date of Creation: | 1982 |
| Date of Publication: | 1982-08-11 |
| Authorship on Application: | words, music, performance, recording, arr.: Nemiah Mitchell, Jr. & Vincent Lawrence. |
| Copyright Note: | C.O. correspondence. |
| Variant title: | Fast cars |
| Other Title: | I synthesize |
| Names: | Mitchell, Nemiah, Jr., 1944-<br>Lawrence, Vincent, 1964- |

===========================================================================