# EXHIBIT K

# MERWYN SANDERS

| | | | | |
|---|---|---|---|---|
| 155 19 | AIN T THAT SOMETHIN | P | O | SANLAR PUBLISHING |
| 155 19 | AIN T THAT SOMETHIN | P | O | SCREAMING RACHAEL CAIN |
| 155 19 | AIN T THAT SOMETHIN | W | | LEWIS ERIC (US - CNTRY) |
| 155 19 | AIN T THAT SOMETHIN | W | | SANDERS MERWYN |
| 189 12 | ALIBI | P | O | SANLAR PUBLISHING |
| 189 12 | ALIBI | P | O | SCREAMING RACHAEL CAIN |
| 189 12 | ALIBI | W | | LEWIS ERIC (US - CNTRY) |
| 189 12 | ALIBI | W | | SANDERS MERWYN |
| 260 21 | ALL THE TIME | P | O | SANLAR PUBLISHING |
| 260 21 | ALL THE TIME | P | O | SCREAMING RACHAEL CAIN |
| 260 21 | ALL THE TIME | W | | LEWIS ERIC (US - CNTRY) |
| 260 21 | ALL THE TIME | W | | SANDERS MERWYN |

| | | | | |
|---|---|---|---|---|
| 175344 | CAN T GET ENOUGH | P | O | SANLAR PUBLISHING |
| 175344 | CAN T GET ENOUGH | P | O | SCREAMING RACHAEL CAIN |
| 175344 | CAN T GET ENOUGH | W | | LEWIS ERIC (US - CNTRY) |
| 175344 | CAN T GET ENOUGH | W | | SANDERS MERWYN |
| 311920 | DO YOU KNOW WHO U R | P | O | SANLAR PUBLISHING |
| 311920 | DO YOU KNOW WHO U R | P | O | SCREAMING RACHAEL CAIN |
| 311920 | DO YOU KNOW WHO U R | W | | LEWIS ERIC (US - CNTRY) |
| 311920 | DO YOU KNOW WHO U R | W | | SANDERS MERWYN |
| 463578 | GET IT UP | P | O | SANLAR PUBLISHING |
| 463578 | GET IT UP | P | O | SCREAMING RACHAEL CAIN |
| 463578 | GET IT UP | W | | LEWIS ERIC (US - CNTRY) |
| 463578 | GET IT UP | W | | SANDERS MERWYN |
| 487304 | GOIN THRU LIFE | P | O | SANLAR PUBLISHING |

| | | | | |
|---|---|---|---|---|
| 1249971 | RIDE | P | O | SCREAMING RACHAEL CAIN |
| 1249971 | RIDE | W | | LEWIS ERIC (US - CNTRY) |
| 1249971 | RIDE | W | | SANDERS MERWYN |
| 1299066 | SCHOOL HALL | P | O | SANLAR PUBLISHING |
| 1299066 | SCHOOL HALL | P | O | SCREAMING RACHAEL CAIN |
| 1299066 | SCHOOL HALL | W | | LEWIS ERIC (US - CNTRY) |
| 1299066 | SCHOOL HALL | W | | SANDERS MERWYN |
| 1318929 | SHAKIN ROOM | P | O | SANLAR PUBLISHING |
| 1318929 | SHAKIN ROOM | P | O | SCREAMING RACHAEL CAIN |
| 1318929 | SHAKIN ROOM | W | | LEWIS ERIC (US - CNTRY) |
| 1318929 | SHAKIN ROOM | W | | SANDERS MERWYN |
| 1450245 | TAKE ME HIGHER | P | O | SANLAR PUBLISHING |
| 1450245 | TAKE ME HIGHER | P | O | SCREAMING RACHAEL CAIN |
| 1450245 | TAKE ME HIGHER | W | | LEWIS ERIC (US - CNTRY) |

| | | | | |
|---|---|---|---|---|
| 1450245 | TAKE ME HIGHER | W | | SANDERS MERWYN |
| 1680881 | WINTER DAYS SUMMERNIGHTS | P | O | SANLAR PUBLISHING |
| 1680881 | WINTER DAYS SUMMERNIGHTS | P | O | SCREAMING RACHAEL CAIN |
| 1680881 | WINTER DAYS SUMMERNIGHTS | W | | LEWIS ERIC (US - CNTRY) |
| 1680881 | WINTER DAYS SUMMERNIGHTS | W | | SANDERS MERWYN |
| 9375900 | ELEVATOR HOUSE MUSIC | P | O | SANLAR PUBLISHING |
| 9375900 | ELEVATOR HOUSE MUSIC | P | O | SCREAMING RACHAEL CAIN |
| 9375900 | ELEVATOR HOUSE MUSIC | W | | SANDERS MERWYN |
| 13856737 | MR GOODSTUFF | P | O | SANLAR PUBLISHING |
| 13856737 | MR GOODSTUFF | P | O | SCREAMING RACHAEL CAIN |
| 13856737 | MR GOODSTUFF | W | | SANDERS MERWYN |
| 23546159 | WINTER DAYS AND SUMMER NIGHT | P | O | SANLAR PUBLISHING |

| | | | | |
|---|---|---|---|---|
| 4873 04 | GOIN THRU LIFE | P | O | SCREAMING RACHAEL CAIN |
| 4873 04 | GOIN THRU LIFE | W | | LEWIS ERIC (US - CNTRY) |
| 4873 04 | GOIN THRU LIFE | W | | SANDERS MERWYN |
| 4887 51 | GOING THROUGH LIFE | P | O | SANLAR PUBLISHING |
| 4887 51 | GOING THROUGH LIFE | P | O | SCREAMING RACHAEL CAIN |
| 4887 51 | GOING THROUGH LIFE | W | | LEWIS ERIC (US - CNTRY) |
| 4887 51 | GOING THROUGH LIFE | W | | SANDERS MERWYN |
| 5633 08 | HEY NOW HEY NOW | P | O | SANLAR PUBLISHING |
| 5633 08 | HEY NOW HEY NOW | P | O | SCREAMING RACHAEL CAIN |
| 5633 08 | HEY NOW HEY NOW | W | | LEWIS ERIC (US - CNTRY) |
| 5633 08 | HEY NOW HEY NOW | W | | SANDERS MERWYN |
| 7126 95 | ILLUSIONS | P | O | SANLAR PUBLISHING |
| 7126 95 | ILLUSIONS | P | O | SCREAMING RACHAEL CAIN |
| 7126 95 | ILLUSIONS | W | | LEWIS ERIC (US - CNTRY) |

| | | | | |
|---|---|---|---|---|
| 712695 | ILLUSIONS | W | | SANDERS MERWYN |
| 715153 | IN A VISION | P | O | SANLAR PUBLISHING |
| 715153 | IN A VISION | P | O | SCREAMING RACHAEL CAIN |
| 715153 | IN A VISION | W | | LEWIS ERIC (US - CNTRY) |
| 715153 | IN A VISION | W | | SANDERS MERWYN |
| 744063 | IT S HOT | P | O | SANLAR PUBLISHING |
| 744063 | IT S HOT | P | O | SCREAMING RACHAEL CAIN |
| 744063 | IT S HOT | W | | LEWIS ERIC (US - CNTRY) |
| 744063 | IT S HOT | W | | SANDERS MERWYN |
| 862232 | LET YOUR BODY TALK | P | O | SANLAR PUBLISHING |
| 862232 | LET YOUR BODY TALK | P | O | SCREAMING RACHAEL CAIN |
| 862232 | LET YOUR BODY TALK | W | | LEWIS ERIC (US - CNTRY) |
| 862232 | LET YOUR BODY TALK | W | | SANDERS MERWYN |

| | | | | |
|---|---|---|---|---|
| 916171 | LOVE HANGOVER | P | O | SANLAR PUBLISHING |
| 916171 | LOVE HANGOVER | P | O | SCREAMING RACHAEL CAIN |
| 916171 | LOVE HANGOVER | W | | LEWIS ERIC (US - CNTRY) |
| 916171 | LOVE HANGOVER | W | | SANDERS MERWYN |
| 943279 | MAGIC OF LOVE | P | O | SANLAR PUBLISHING |
| 943279 | MAGIC OF LOVE | P | O | SCREAMING RACHAEL CAIN |
| 943279 | MAGIC OF LOVE | W | | LEWIS ERIC (US - CNTRY) |
| 943279 | MAGIC OF LOVE | W | | SANDERS MERWYN |
| 1054356 | NEVER | P | O | SANLAR PUBLISHING |
| 1054356 | NEVER | P | O | SCREAMING RACHAEL CAIN |
| 1054356 | NEVER | W | | LEWIS ERIC (US - CNTRY) |
| 1054356 | NEVER | W | | SANDERS MERWYN |
| 1249971 | RIDE | P | O | SANLAR PUBLISHING |

| 235461 59 | WINTER DAYS AND SUMMER NIGHT | P | O | SCREAMING RACHAEL CAIN |
| 235461 59 | WINTER DAYS AND SUMMER NIGHT | W | | LEWIS ERIC (US - CNTRY) |
| 235461 59 | WINTER DAYS AND SUMMER NIGHT | W | | SANDERS MERWYN |