# EXHIBIT L

## MAURICE JOSHUA

| | | | | | |
|---|---|---|---|---|---|
| 4095 22 | FEEL THE MOOD | W | | JOSHUA MAURICE W | |
| 4095 22 | FEEL THE MOOD | P | O | SANLAR PUBLISHING | |
| 4095 22 | FEEL THE MOOD | P | O | SCREAMING RACHAEL CAIN | |
| SCREAM GEMS | FEEL THE MOOD | JOSHUA, MAURICE W | | 50.00% | 50.00% |
| SCREAM GEMS | FEEL THE MOOD | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | FEEL THE MOOD | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | FEEL THE MOOD | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | FEEL THE MOOD | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | FEEL THE MOOD | JOSHUA MAURICE | | 50.00% | 50.00% |
| SCREAM GEMS | FEEL THE MOOD | JOSHUA MAURICE | | 50.00% | 50.00% |
| SCREAM GEMS | FEEL THE MOOD | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | FEEL THE MOOD | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | FEEL THE MOOD | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | FEEL THE MOOD | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | FEEL THE MOOD | JOSHUA, MAURICE | | 50.00% | 50.00% |
| SCREAM GEMS | FEEL THE MOOD | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | FEEL THE MOOD | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | FEEL THE MOOD | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | FEEL THE MOOD | ULTRA TUNES | | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 463298 | GET INTO THE DANCE | W | | JOSHUA MAURICE W |
| 463298 | GET INTO THE DANCE | W | | MAHONE LOUIS |
| 463298 | GET INTO THE DANCE | P | O | SANLAR PUBLISHING |
| 463298 | GET INTO THE DANCE | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GET INTO THE DANCE | JOSHUA, MAURICE W | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | MAHONE, LAMAR HULA | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET INTO THE DANCE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET INTO THE DANCE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | JOSHUA MAURICE | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | JOSHUA MAURICE | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | MAHONE, LAMAR HULA | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | MAHONE, LAMAR HULA | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET INTO THE DANCE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET INTO THE DANCE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | JOSHUA, MAURICE | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | MAHONE, LAMAR | 25.00% | 25.00% |
| SCREAM GEMS | GET INTO THE DANCE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET INTO THE DANCE | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GET INTO THE DANCE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET INTO THE DANCE | ULTRA TUNES | 0.00% | 25.00% |
| 6833 08 | I VE GOT A BIG DICK | W | | JOSHUA MAURICE W |
| 6833 08 | I VE GOT A BIG DICK | P    O | | SANLAR PUBLISHING |
| 6833 08 | I VE GOT A BIG DICK | P    O | | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | I GOTTA BIG DICK | JOSHUA, MAURICE W | 50.00% | 50.00% |
| SCREAM GEMS | I GOTTA BIG DICK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I GOTTA BIG DICK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I GOTTA BIG DICK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I GOTTA BIG DICK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I GOTTA BIG DICK | JOSHUA MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | I GOTTA BIG DICK | JOSHUA MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | I GOTTA BIG DICK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I GOTTA BIG DICK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I GOTTA BIG DICK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I GOTTA BIG DICK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I GOTTA BIG DICK | JOSHUA, MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | I GOTTA BIG DICK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I GOTTA BIG DICK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I GOTTA BIG DICK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I GOTTA BIG DICK | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 11362 14 | OTHER SIDE | | W | | JOSHUA MAURICE W |
| 11362 14 | OTHER SIDE | | P | O | SANLAR PUBLISHING |
| 11362 14 | OTHER SIDE | | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | THE OTHER SIDE | JOSHUA MAURICE | | 50.00% | 50.00% |
| SCREAM GEMS | THE OTHER SIDE | JOSHUA MAURICE | | 50.00% | 50.00% |
| SCREAM GEMS | THE OTHER SIDE | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | THE OTHER SIDE | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | THE OTHER SIDE | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | THE OTHER SIDE | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | THE OTHER SIDE | JOSHUA, MAURICE | | 50.00% | 50.00% |
| SCREAM GEMS | THE OTHER SIDE | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | THE OTHER SIDE | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | THE OTHER SIDE | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | THE OTHER SIDE | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | JOSHUA, MAURICE W | | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | MAHONE, LAMAR HULA | | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | OPEN MELODY | STEVE PETER MUSIC | | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | OPEN MELODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | OPEN MELODY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | JOSHUA MAURICE | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | JOSHUA MAURICE | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | MAHONE, LAMAR HULA | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | MAHONE, LAMAR HULA | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | OPEN MELODY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | OPEN MELODY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | JOSHUA, MAURICE | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | MAHONE, LAMAR | 25.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | OPEN MELODY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | OPEN MELODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | OPEN MELODY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | JOSHUA MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | THIS IS ACID | JOSHUA MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | THIS IS ACID | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | JOSHUA, MAURICE | 50.00% | 50.00% |
| SCREAM GEMS | THIS IS ACID | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THIS IS ACID | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THIS IS ACID | SCREAM GEMS | 25.00% | 0.00% |

| SCREAM GEMS | THIS IS ACID | ULTRA TUNES | 0.00% | 25.00% |