# EXHIBIT

# M

# MARSHALL JEFFERSON

| | | | | | |
|---|---|---|---|---|---|
| 7808 49 | JUNGLE | | W | | DENNIS HAROLD |
| 7808 49 | JUNGLE | | W | | JEFFERSON MARSHALL JULI |
| 7808 49 | JUNGLE | | P | O | SANLAR PUBLISHING |
| 7808 49 | JUNGLE | | P | O | SCREAMING RACHAEL CAIN |
| 7808 49 | JUNGLE | | P | O | ULTRA EMPIRE MUSIC |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | JUNGLE, THE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | JUNGLE, THE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | JUNGLE, THE | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | JUNGLE, THE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | JUNGLE, THE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | JUNGLE, THE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | JUNGLE, THE | ULTRA TUNES | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| 138565 89 | BIRD IN A GUILDED CAGE | W | | DENNIS HAROLD |
| 138565 89 | BIRD IN A GUILDED CAGE | W | | JEFFERSON MARSHALL JULI |
| 138565 89 | BIRD IN A GUILDED CAGE | P | O | SANLAR PUBLISHING |
| 138565 89 | BIRD IN A GUILDED CAGE | P | O | SCREAMING RACHAEL CAIN |

138565 89 · BIRD IN A GUILDED CAGE · P · O · SCREAM GEMS

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BIRD IN A GUILDED CAGE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | ULTRA EMPIRE MUSIC | 0.00% | 6.25% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR PUBLISHING | 12.50% | 12.50% |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR SONGS | 12.50% | 0.00% | |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | STEVE PETER MUSIC | 0.00% | 12.50% | |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAM GEMS | 12.50% | 0.00% | |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | ULTRA TUNES | 0.00% | 12.50% | |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% | |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SONGS OF STEVE PETER | 0.00% | 12.50% | |

| | | | | |
|---|---|---|---|---|
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | HARTMAN DANIEL E |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | JEFFERSON MARSHALL JULI |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | JONES MARK DUNCAN |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | P | O | SANLAR PUBLISHING |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | P | O | SCREAMING RACHAEL CAIN |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | THORNALLEY PHIL |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | P | O | UNKNOWN PUBLISHER |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | NEWMAN LEE JULIE ANN |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | WELLS MICHAEL JOHN (GB 1 |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | P | O | CASABLANCA MEDIA PUBLIS |

| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | P | O | SANLAR SONGS | |
| 13856598 | GOTTA HAVE HOUSE RHYTHM FLOW | W | | FLAVOURS DJ | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | NEWMAN, LEE JULIE-ANN | 2.00% | 2.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | FLAVOURS, DJ | 2.00% | 2.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | HARTMAN, DANIEL E. | 2.00% | 2.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | JEFFERSON, MARSHALL JULIUS | 10.00% | 10.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | JONES, MARK DUNCAN | 5.00% | 5.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | THORNALLEY, PHIL | 5.00% | 5.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | WELLS, MICHAEL JOHN | 2.00% | 2.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | PUBLISHER UNKNOWN | 2.00% | 2.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | SANLAR PUBLISHING | 10.00% | 10.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | SANLAR SONGS | 5.00% | 0.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | STEVE PETER MUSIC | 0.00% | 5.00% |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | SCREAM GEMS | 5.00% | | 0.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | ULTRA TUNES | 0.00% | | 5.00% |
| SCREAM GEMS | GOTTA HAVE HOUSE (RHYTHM FLOW) | ULTRA EMPIRE MUSIC | 50.00% | | 50.00% |

| | | | | |
|---|---|---|---|---|
| 138566 10 | 50 FIFTY | W | | JEFFERSON MARSHALL JULI |
| 138566 10 | 50 FIFTY | P | O | SANLAR PUBLISHING |
| 138566 10 | 50 FIFTY | P | O | SCREAMING RACHAEL CAIN |
| 138566 10 | 50 FIFTY | P | O | UNKNOWN PUBLISHER |
| 138566 10 | 50 FIFTY | W | | MUMFORD MARK |
| 138566 10 | 50 FIFTY | P | O | CASABLANCA TRAX PUBLISH |
| 138566 10 | 50 FIFTY | W | | SIMMONS GRAHAM |
| 138566 10 | 50 FIFTY | W | | HARRISON ALUN GEORGE |
| 138566 10 | 50 FIFTY | P | O | SANLAR SONGS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | 50/FIFTY | HARRISON, ALUN | 12.50% | 12.50% |
| SCREAM GEMS | 50/FIFTY | JEFFERSON, MARSHALL JULIUS | 12.50% | 12.50% |

| SCREAM GEMS | 50/FIFTY | MUMFORD, MARK | 8.33% | 8.33% |
|---|---|---|---|---|
| SCREAM GEMS | 50/FIFTY | SIMMONS, GRAHAM | 8.33% | 8.33% |
| SCREAM GEMS | 50/FIFTY | PUBLISHER UNKNOWN | 8.33% | 8.33% |
| SCREAM GEMS | 50/FIFTY | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | 50/FIFTY | SANLAR SONGS | 6.25% | 0.00% |
| SCREAM GEMS | 50/FIFTY | STEVE PETER MUSIC | 0.00% | 6.25% |
| SCREAM GEMS | 50/FIFTY | SCREAM GEMS | 6.25% | 0.00% |
| SCREAM GEMS | 50/FIFTY | ULTRA TUNES | 0.00% | 6.25% |
| SCREAM GEMS | 50/FIFTY | ULTRA TUNES | 25.00% | 25.00% |

| 13856698 | HOUSE YOUR BODY | W | | JEFFERSON MARSHALL JULI |
|---|---|---|---|---|
| 13856698 | HOUSE YOUR BODY | P | O | SANLAR PUBLISHING |
| 13856698 | HOUSE YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 13856698 | HOUSE YOUR BODY | P | O | CASABLANCA MEDIA PUBLIS |
| 13856698 | HOUSE YOUR BODY | W | | FORBES RUDY |
| 13856698 | HOUSE YOUR BODY | W | | MCCLAIN CURTISS |
| 13856698 | HOUSE YOUR BODY | P | O | SANLAR SONGS |

| SCREAM GEMS | HOUSE YOUR BODY | FORBES, RUDY | 33.33% | 33.33% |
|---|---|---|---|---|
| SCREAM GEMS | HOUSE YOUR BODY | JEFFERSON, MARSHALL JULIUS | 16.67% | 16.67% |
| SCREAM GEMS | HOUSE YOUR BODY | MCCLAIN, CURTISS | 16.67% | 16.67% |
| SCREAM GEMS | HOUSE YOUR BODY | SANLAR PUBLISHING | 8.34% | 8.34% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HOUSE YOUR BODY | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | HOUSE YOUR BODY | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | HOUSE YOUR BODY | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | HOUSE YOUR BODY | ULTRA TUNES | 0.00% | 8.34% |
| SCREAM GEMS | HOUSE YOUR BODY | SCREAMING RACHAEL CAIN MUSIC | 8.33% | 0.00% |
| SCREAM GEMS | HOUSE YOUR BODY | SONGS OF STEVE PETER | 0.00% | 8.33% |

| | | | | |
|---|---|---|---|---|
| 138568 56 | DUB YOUR BODY | W | | JEFFERSON MARSHALL JULI |
| 138568 56 | DUB YOUR BODY | P | O | SANLAR PUBLISHING |
| 138568 56 | DUB YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 138568 56 | DUB YOUR BODY | P | O | CASABLANCA MEDIA PUBLIS |
| 138568 56 | DUB YOUR BODY | W | | FORBES RUDY |
| 138568 56 | DUB YOUR BODY | W | | MCCLAIN CURTISS |
| 138568 56 | DUB YOUR BODY | P | O | SANLAR SONGS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DUB YOUR BODY | FORBES, RUDY | 33.33% | 33.33% |
| SCREAM GEMS | DUB YOUR BODY | JEFFERSON, MARSHALL JULIUS | 16.67% | 16.67% |
| SCREAM GEMS | DUB YOUR BODY | MCCLAIN, CURTISS | 16.67% | 16.67% |
| SCREAM GEMS | DUB YOUR BODY | SANLAR PUBLISHING | 8.34% | 8.34% |
| SCREAM GEMS | DUB YOUR BODY | SANLAR SONGS | 8.34% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DUB YOUR BODY | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | DUB YOUR BODY | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | DUB YOUR BODY | ULTRA TUNES | 0.00% | 8.34% |
| SCREAM GEMS | DUB YOUR BODY | SCREAMING RACHAEL CAIN MUSIC | 8.33% | 0.00% |
| SCREAM GEMS | DUB YOUR BODY | SONGS OF STEVE PETER | 0.00% | 8.33% |
| SCREAM GEMS | DUB YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DUB YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DUB YOUR BODY | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | DUB YOUR BODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DUB YOUR BODY | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 138568 57 | DRUM YOUR BODY | W | | JEFFERSON MARSHALL JULI |
| 138568 57 | DRUM YOUR BODY | P | O | SANLAR PUBLISHING |
| 138568 57 | DRUM YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 138568 57 | DRUM YOUR BODY | P | O | CASABLANCA MEDIA PUBLIS |
| 138568 57 | DRUM YOUR BODY | W | | FORBES RUDY |
| 138568 57 | DRUM YOUR BODY | W | | MCCLAIN CURTISS |
| 138568 57 | DRUM YOUR BODY | P | O | SANLAR SONGS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DRUM YOUR BODY | FORBES, RUDY | 33.33% | 33.33% |
| SCREAM GEMS | DRUM YOUR BODY | JEFFERSON, MARSHALL JULIUS | 16.68% | 16.68% |
| SCREAM GEMS | DRUM YOUR BODY | MCCLAIN, CURTISS | 16.67% | 16.67% |
| SCREAM GEMS | DRUM YOUR BODY | SANLAR PUBLISHING | 8.34% | 8.34% |
| SCREAM GEMS | DRUM YOUR BODY | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | DRUM YOUR BODY | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | ULTRA TUNES | 0.00% | 8.34% |
| SCREAM GEMS | DRUM YOUR BODY | SCREAMING RACHAEL CAIN MUSIC | 8.33% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | SONGS OF STEVE PETER | 0.00% | 8.33% |
| SCREAM GEMS | DRUM YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DRUM YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | DRUM YOUR BODY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DRUM YOUR BODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DRUM YOUR BODY | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 293572 40 | GO WILD | | P | O | SANLAR PUBLISHING |
| 293572 40 | GO WILD | | P | O | SCREAMING RACHAEL CAIN |
| 293572 40 | GO WILD | | W | | JEFFERSON MARSHALL |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | GO WILD | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% | |
| SCREAM GEMS | GO WILD | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | GO WILD | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | GO WILD | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | GO WILD | ULTRA TUNES | 0.00% | 25.00% | |

| | | | | | |
|---|---|---|---|---|---|
| 293572 66 | MOVE YOUR BODY THE HOUSE MUS | P | O | | SANLAR PUBLISHING |
| 293572 66 | MOVE YOUR BODY THE HOUSE MUS | P | O | | SCREAMING RACHAEL CAIN |
| 293572 66 | MOVE YOUR BODY THE HOUSE MUS | W | | | JEFFERSON MARSHALL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | BASS, RICO | 4.17% | 4.17% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | DETERT, THOMAS | 4.17% | 4.17% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | GRIESHEIMER, MIKE | 4.16% | 4.16% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | JEFFERSON, MARSHALL JULIUS | 37.50% | 37.50% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | AIRBASE PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | SANLAR SONGS | 18.75% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | STEVE PETER MUSIC | 0.00% | 18.75% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | SCREAM GEMS | 18.75% | 0.00% |
| SCREAM GEMS | MOVE YOUR BODY (PATRIC LA FUNK RE-MIX) | ULTRA TUNES | 0.00% | 18.75% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | JEFFERSON, MARSHALL JULIUS | 40.00% | 40.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | TAYLOR, MITCH | 10.00% | 10.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | GABRIELLE MUSIC | 5.00% | 5.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | PUBLISHER UNKNOWN | 5.00% | 5.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | SANLAR SONGS | 20.00% | 0.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | STEVE PETER MUSIC | 0.00% | 20.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | SCREAM GEMS | 20.00% | 0.00% |
| SCREAM GEMS | MOVE YOUR BODY (SOUL AVENGERZ CLUB MIX) | ULTRA TUNES | 0.00% | 20.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | MOVE YOUR BODY AGAIN | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MOVE YOUR BODY AGAIN | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 293573 29 | HOUSE MUSIC MOVE YOUR BODY | W | | | JEFFERSON MARSHALL JULI |
| 293573 29 | HOUSE MUSIC MOVE YOUR BODY | P | O | | SANLAR PUBLISHING |
| 293573 29 | HOUSE MUSIC MOVE YOUR BODY | P | O | | UNKNOWN PUBLISHER |
| 293573 29 | HOUSE MUSIC MOVE YOUR BODY | W | | | PEDERSEN BENJAMIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | 7 WAYS TO JACK | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | 7 WAYS TO JACK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | 7 WAYS TO JACK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | 7 WAYS TO JACK | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | 7 WAYS TO JACK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | 7 WAYS TO JACK | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | 7 WAYS TO JACK | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | 7 WAYS TO JACK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | 7 WAYS TO JACK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | 7 WAYS TO JACK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | 7 WAYS TO JACK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BILLY JACK | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | BILLY JACK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BILLY JACK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BILLY JACK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BILLY JACK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BILLY JACK | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | BILLY JACK | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | BILLY JACK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BILLY JACK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BILLY JACK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BILLY JACK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BLUE MOOD | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | BLUE MOOD | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BLUE MOOD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BLUE MOOD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BLUE MOOD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BLUE MOOD | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | BLUE MOOD | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | BLUE MOOD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BLUE MOOD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BLUE MOOD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BLUE MOOD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | FREE YOURSELF | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | FREE YOURSELF | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | FREE YOURSELF | SMITH, ADONIS M | 25.00% | 25.00% |
| SCREAM GEMS | FREE YOURSELF | SMITH, ADONIS M | 25.00% | 25.00% |
| SCREAM GEMS | FREE YOURSELF | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | FREE YOURSELF | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | FREE YOURSELF | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | FREE YOURSELF | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | FREE YOURSELF | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | FREE YOURSELF | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | FREE YOURSELF | SONGS OF STEVE PETER | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GIVE ME BACK THE LOVE | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GIVE ME BACK THE LOVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GIVE ME BACK THE LOVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GIVE ME BACK THE LOVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GIVE ME BACK THE LOVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GO WILD RHYTHM TRAX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GONA JACK YOUR BODY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK YOUR BODY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GROOVE APPELLA | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GROOVE APPELLA | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GROOVE APPELLA | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GROOVE APPELLA | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GROOVE APPELLA | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GROOVE APPELLA | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GROOVE APPELLA | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | GROOVE APPELLA | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GROOVE APPELLA | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GROOVE APPELLA | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GROOVE APPELLA | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T STAY AWAY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE GOT YOUR PLEASURE CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I'VE LOST CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I'VE LOST CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE LOST CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I'VE LOST CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE LOST CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I'VE LOST CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I'VE LOST CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | I'VE LOST CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I'VE LOST CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I'VE LOST CONTROL | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I'VE LOST CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOST CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | LOST CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOST CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOST CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOST CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOST CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | LOST CONTROL | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | LOST CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOST CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOST CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOST CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | LOST IN HOUSE MIX | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOST IN HOUSE MIX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOST IN THE GROOVE | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | LOST IN THE GROOVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOST IN THE GROOVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOST IN THE GROOVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOST IN THE GROOVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MY SPACE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | MY SPACE | SMITH, MICHAEL A | 25.00% | 25.00% |
| SCREAM GEMS | MY SPACE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MY SPACE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MY SPACE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MY SPACE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MY SPACE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | MY SPACE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | MY SPACE | SMITH, ADONIS M | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | MY SPACE | SMITH, ADONIS M | 25.00% | 25.00% |
| SCREAM GEMS | MY SPACE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | MY SPACE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | MY SPACE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | MY SPACE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | MY SPACE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | MY SPACE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | MY SPACE | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | R U HOT ENOUGH | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | R U HOT ENOUGH | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | R U HOT ENOUGH | SMITH, ADONIS M | 25.00% | 25.00% |
| SCREAM GEMS | R U HOT ENOUGH | SMITH, ADONIS M | 25.00% | 25.00% |
| SCREAM GEMS | R U HOT ENOUGH | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | R U HOT ENOUGH | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | R U HOT ENOUGH | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | R U HOT ENOUGH | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | R U HOT ENOUGH | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | R U HOT ENOUGH | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | R U HOT ENOUGH | SONGS OF STEVE PETER | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RIDE THE RHYTHM | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | RIDE THE RHYTHM | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE THE RHYTHM | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RIDE THE RHYTHM | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE THE RHYTHM | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RIDE THE RHYTHM | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | RIDE THE RHYTHM | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | RIDE THE RHYTHM | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE THE RHYTHM | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RIDE THE RHYTHM | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE THE RHYTHM | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | SHANNON, MARCUS | 12.50% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | ULTRA TUNES | 0.00% | 12.50% |

| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
|---|---|---|---|---|
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | ULTRA EMPIRE MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | ULTRA TUNES | 12.50% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | VIRGO ONE! PUBLISHING | 12.50% | 0.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (STAY AT HOME MIX) | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | CAIN, RACHAEL | 12.50% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | SHANNON, MARCUS | 12.50% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | ULTRA TUNES | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | ULTRA EMPIRE MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | ULTRA TUNES | 12.50% | 12.50% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | VIRGO ONE! PUBLISHING | 12.50% | 0.00% |
| SCREAM GEMS | STAY AT HOME MOVE YOUR BODY ANTHEM (WASH YOUR HANDS MIX) | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TIME MARCHES ON | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | UNDER YOU | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | UNDER YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | UNDER YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | UNDER YOU | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | UNDER YOU | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | UNDER YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | UNDER YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO EP | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | VIRGO EP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO EP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO EP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO EP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO EP | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO EP | JEFFERSON, MARSHALL JULIUS | 50.00% | 50.00% |
| SCREAM GEMS | VIRGO EP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO EP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | VIRGO EP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | VIRGO EP | ULTRA TUNES | 0.00% | 25.00% |