# EXHIBIT N

# MARIO DIAZ

There are no entries for Mario Diaz in the Sanlar Publishing document.

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HIP HOUSE | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | HIP HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HIP HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HIP HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HIP HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HIP HOUSE | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | HIP HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HIP HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HIP HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HIP HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LET'S DO THIS | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | LET'S DO THIS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LET'S DO THIS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LET'S DO THIS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LET'S DO THIS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LET'S DO THIS | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | LET'S DO THIS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LET'S DO THIS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LET'S DO THIS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LET'S DO THIS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LET'S ROCK | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | LET'S ROCK | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | LET'S ROCK | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | LET'S ROCK | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | LET'S ROCK | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | LET'S ROCK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SHOULD HAVE NEVER BEEN | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | SHOULD HAVE NEVER BEEN | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | SHOULD HAVE NEVER BEEN | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | SHOULD HAVE NEVER BEEN | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | SHOULD HAVE NEVER BEEN | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SHOULD HAVE NEVER BEEN | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SPANK ME | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | SPANK ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SPANK ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SPANK ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SPANK ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SPANK ME | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | SPANK ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SPANK ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SPANK ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SPANK ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK THAT BASS | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | TRACK THAT BASS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK THAT BASS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK THAT BASS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK THAT BASS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK THAT BASS | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | TRACK THAT BASS | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TRACK THAT BASS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK THAT BASS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK THAT BASS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID E.P. | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | ACID E.P. | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | ACID E.P. | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | ACID E.P. | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | ACID E.P. | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID E.P. | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | CAN YOU FEEL IT | HEARD, LARRY | 50.00% | 50.00% |
| SCREAM GEMS | CAN YOU FEEL IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | CAN YOU FEEL IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | CAN YOU FEEL IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | CAN YOU FEEL IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | CAN YOU FEEL IT | HEARD, LARRY | 50.00% | 50.00% |
| SCREAM GEMS | CAN YOU FEEL IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | CAN YOU FEEL IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | CAN YOU FEEL IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | CAN YOU FEEL IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | CAN YOU FEEL IT | DIAZ, MARIO | 50.00% | 50.00% |
| SCREAM GEMS | CAN YOU FEEL IT | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | CAN YOU FEEL IT | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | CAN YOU FEEL IT | STEVE PETER MUSIC | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | CAN YOU FEEL IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | CAN YOU FEEL IT | ULTRA TUNES | 0.00% | 25.00% |