# EXHIBIT

# O

# LIDDELL TOWNSELL

| | | | | |
|---|---|---|---|---|
| 4790 | ACID HOLE | P | O | SANLAR PUBLISHING |
| 4790 | ACID HOLE | P | O | SCREAMING RACHAEL CAIN |
| 4790 | ACID HOLE | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | ACID HOLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 46927 | ANOTHER LOVER | W | | ANDERSON RONALD MAURI |

| 469 27 | ANOTHER LOVER | | P | O | | SANLAR PUBLISHING |
|---|---|---|---|---|---|---|
| 469 27 | ANOTHER LOVER | | P | O | | SCREAMING RACHAEL CAIN |
| 469 27 | ANOTHER LOVER | | W | | | TOWNSELL WILLIE LIDELL |
| 469 27 | ANOTHER LOVER | | W | | | TURNER EMMANUEL SHABA |

| SCREAM GEMS | ANOTHER LOVER | ANDERSON, RONALD MAURICE | 16.67% | 16.67% |
|---|---|---|---|---|
| SCREAM GEMS | ANOTHER LOVER | ANDERSON, RONALD MAURICE | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | TOWNSELL, WILLIE LIDELL | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | TOWNSELL, WILLIE LIDELL | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | TURNER, EMMANUEL SHABAZZ | 16.66% | 16.66% |
| SCREAM GEMS | ANOTHER LOVER | TURNER, EMMANUEL SHABAZZ | 16.66% | 16.66% |
| SCREAM GEMS | ANOTHER LOVER | SANLAR PUBLISHING | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | SANLAR SONGS | 8.33% | 0.00% |
| SCREAM GEMS | ANOTHER LOVER | STEVE PETER MUSIC | 0.00% | 8.33% |
| SCREAM GEMS | ANOTHER LOVER | SCREAM GEMS | 8.33% | 0.00% |
| SCREAM GEMS | ANOTHER LOVER | ULTRA TUNES | 0.00% | 8.33% |
| SCREAM GEMS | ANOTHER LOVER | SCREAMING RACHAEL CAIN MUSIC | 16.67% | 0.00% |
| SCREAM GEMS | ANOTHER LOVER | SONGS OF STEVE PETER | 0.00% | 16.67% |

| 579 43 | AS ACID TURNS | | P | O | | SANLAR PUBLISHING |
|---|---|---|---|---|---|---|

| 579 43 | AS ACID TURNS | P | O | SCREAMING RACHAEL CAIN |
|---|---|---|---|---|
| 579 43 | AS ACID TURNS | W | | TOWNSELL WILLIE LIDELL |
| 579 43 | AS ACID TURNS | P | O | LIDELL TOWNSELL PUB |

| SCREAM GEMS | AS ACID TURNS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
|---|---|---|---|---|
| SCREAM GEMS | AS ACID TURNS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AS ACID TURNS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AS ACID TURNS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AS ACID TURNS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AS ACID TURNS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | AS ACID TURNS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | AS ACID TURNS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AS ACID TURNS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AS ACID TURNS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AS ACID TURNS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AS ACID TURNS | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | AS ACID TURNS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AS ACID TURNS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AS ACID TURNS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AS ACID TURNS | ULTRA TUNES | 0.00% | 25.00% |

| 4649 19 | GET THE HOLE | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|

| 4649 19 | GET THE HOLE | | P | O | | SCREAMING RACHAEL CAIN | |
|---|---|---|---|---|---|---|---|
| 4649 19 | GET THE HOLE | | W | | | TOWNSELL WILLIE LIDELL | |

| SCREAM GEMS | GET THE HOLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
|---|---|---|---|---|
| SCREAM GEMS | GET THE HOLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE HOLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET THE HOLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE HOLE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET THE HOLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GET THE HOLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GET THE HOLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE HOLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET THE HOLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE HOLE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET THE HOLE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | GET THE HOLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE HOLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET THE HOLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE HOLE | ULTRA TUNES | 0.00% | 25.00% |

| 5103 82 | GROOVE | | P | O | | SANLAR PUBLISHING | |
|---|---|---|---|---|---|---|---|
| 5103 82 | GROOVE | | P | O | | SCREAMING RACHAEL CAIN | |
| 5103 82 | GROOVE | | W | | | TOWNSELL WILLIE LIDELL | |

| SCREAM GEMS | GROOVE, THE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GROOVE, THE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GROOVE, THE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GROOVE, THE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GROOVE, THE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 522283 | HAPPINESS | P | O | SANLAR PUBLISHING |
| 522283 | HAPPINESS | P | O | SCREAMING RACHAEL CAIN |
| 522283 | HAPPINESS | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HAPPINESS | BOSTON | 16.67% | 16.67% |
| SCREAM GEMS | HAPPINESS | STOVER, WILLIAM CARTER | 16.66% | 16.66% |
| SCREAM GEMS | HAPPINESS | TOWNSELL, WILLIE LIDELL | 16.67% | 16.67% |
| SCREAM GEMS | HAPPINESS | SANLAR PUBLISHING | 33.33% | 33.33% |
| SCREAM GEMS | HAPPINESS | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | HAPPINESS | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | HAPPINESS | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | HAPPINESS | ULTRA TUNES | 0.00% | 8.34% |

| | | | | |
|---|---|---|---|---|
| 589402 | HOUSEPIPE | P | O | SANLAR PUBLISHING |
| 589402 | HOUSEPIPE | P | O | SCREAMING RACHAEL CAIN |
| 589402 | HOUSEPIPE | W | | STOVER WILLIAM |
| 589402 | HOUSEPIPE | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HOUSEPIPE | STOVER, WILLIAM CARTER | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | TOWNSELL, WILLIE L | 25.00% | 25.00% |
| SCREAM GEMS | HOUSEPIPE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | HOUSEPIPE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSEPIPE | ULTRA TUNES | 0.00% | 25.00% |

| 6416 74 | I LL NEVER LET YOU GO | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 6416 74 | I LL NEVER LET YOU GO | P | O | SCREAMING RACHAEL CAIN |
| 6416 74 | I LL NEVER LET YOU GO | W | | STOVER WILLIAM CARTER |
| 6416 74 | I LL NEVER LET YOU GO | W | | TOWNSELL WILLIE LIDELL |

| 7559 74 | JACK N TALL HOUSE | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 7559 74 | JACK N TALL HOUSE | P | O | SCREAMING RACHAEL CAIN |
| 7559 74 | JACK N TALL HOUSE | W | | TOWNSELL WILLIE LIDELL |

| SCREAM GEMS | JACK'N TALL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
|---|---|---|---|---|
| SCREAM GEMS | JACK'N TALL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACK'N TALL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACK'N TALL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACK'N TALL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JACK'N TALL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | JACK'N TALL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | JACK'N TALL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACK'N TALL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACK'N TALL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACK'N TALL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JACK'N TALL | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | JACK'N TALL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACK'N TALL | STEVE PETER MUSIC | 0.00% | 25.00% |

| SCREAM GEMS | JACK'N TALL | SCREAM GEMS | 25.00% | 0.00% |
|---|---|---|---|---|
| SCREAM GEMS | JACK'N TALL | ULTRA TUNES | 0.00% | 25.00% |

| 872434 | LIKE THIS | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 872434 | LIKE THIS | P | O | SCREAMING RACHAEL CAIN |
| 872434 | LIKE THIS | W | | STOVER WILLIAM CARTER |
| 872434 | LIKE THIS | W | | TOWNSELL WILLIE LIDELL |

| SCREAM GEMS | LIKE THIS | STOVER, WILLIAM CARTER | 25.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | LIKE THIS | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | LIKE THIS | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | LIKE THIS | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | LIKE THIS | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | LIKE THIS | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | LIKE THIS | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | LIKE THIS | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | LIKE THIS | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | LIKE THIS | ULTRA TUNES | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | LIKE THIS | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | LIKE THIS | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | LIKE THIS | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | TOWNSELL, WILLIE L | 25.00% | 25.00% |
| SCREAM GEMS | LIKE THIS | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | LIKE THIS | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | LIKE THIS | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | LIKE THIS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LIKE THIS | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 11552 14 | PARTY PEOPLE JACK YOUR BODY | P | O | NOWADAYS MUSIC |
| 11552 14 | PARTY PEOPLE JACK YOUR BODY | P | O | SANLAR PUBLISHING |
| 11552 14 | PARTY PEOPLE JACK YOUR BODY | P | O | SCREAMING RACHAEL CAIN |
| 11552 14 | PARTY PEOPLE JACK YOUR BODY | W | | SMITH ADONIS M |
| 11552 14 | PARTY PEOPLE JACK YOUR BODY | W | | STOVER WILLIAM CARTER |
| 11552 14 | PARTY PEOPLE JACK YOUR BODY | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PARTY PEOPLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | PARTY PEOPLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PARTY PEOPLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PARTY PEOPLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PARTY PEOPLE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PARTY PEOPLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PARTY PEOPLE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | PARTY PEOPLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PARTY PEOPLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PARTY PEOPLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PARTY PEOPLE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PARTY PEOPLE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | PARTY PEOPLE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PARTY PEOPLE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PARTY PEOPLE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PARTY PEOPLE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1500300 | THIS IS ACID | W | | MAHONE LAMAR HULA |
| 1500300 | THIS IS ACID | P | O | SANLAR PUBLISHING |
| 1500300 | THIS IS ACID | P | O | SCREAMING RACHAEL CAIN |
| 1500300 | THIS IS ACID | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| 1570643 | UNDER CONTROL | P | O | SANLAR PUBLISHING |
| 1570643 | UNDER CONTROL | P | O | SCREAMING RACHAEL CAIN |
| 1570643 | UNDER CONTROL | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | UNDER CONTROL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | UNDER CONTROL | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | UNDER CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | UNDER CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | UNDER CONTROL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | UNDER CONTROL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | UNDER CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | UNDER CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | UNDER CONTROL | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | UNDER CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | UNDER CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER CONTROL | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 17289 93 | YOU RE KINDA LARGE | P | O | SANLAR PUBLISHING |
| 17289 93 | YOU RE KINDA LARGE | P | O | SCREAMING RACHAEL CAIN |
| 17289 93 | YOU RE KINDA LARGE | W | | STOVER WILLIAM CARTER |
| 17289 93 | YOU RE KINDA LARGE | W | | TOWNSELL WILLIE LIDELL |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | YOU'RE KINDA LARGE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | YOU'RE KINDA LARGE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | YOU'RE KINDA LARGE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 138564 42 | STEP TO IT | W | | CHRISTIE MARCO |
| 138564 42 | STEP TO IT | P | O | SANLAR PUBLISHING |
| 138564 42 | STEP TO IT | P | O | SCREAMING RACHAEL CAIN |
| 138564 42 | STEP TO IT | W | | TOWNSELL WILLIE LIDELL |
| 138564 42 | STEP TO IT | P | O | CASABLANCA MEDIA PUBLIS |
| 138564 42 | STEP TO IT | P | O | SANLAR SONGS |

| 138564 42 | STEP TO IT | | W | | | BONET JAMIE |

| SCREAM GEMS | STEP TO IT | BONET, JAMIE | 16.66% | 16.66% |
| SCREAM GEMS | STEP TO IT | CHRISTIE, MARCO | 33.33% | 33.33% |
| SCREAM GEMS | STEP TO IT | TOWNSELL, WILLIE LIDELL | 16.66% | 16.66% |
| SCREAM GEMS | STEP TO IT | SANLAR PUBLISHING | 8.34% | 8.34% |
| SCREAM GEMS | STEP TO IT | SANLAR SONGS | 8.33% | 0.00% |
| SCREAM GEMS | STEP TO IT | STEVE PETER MUSIC | 0.00% | 8.33% |
| SCREAM GEMS | STEP TO IT | SCREAM GEMS | 8.33% | 0.00% |
| SCREAM GEMS | STEP TO IT | ULTRA TUNES | 0.00% | 8.33% |
| SCREAM GEMS | STEP TO IT | SCREAMING RACHAEL CAIN MUSIC | 8.34% | 0.00% |
| SCREAM GEMS | STEP TO IT | SONGS OF STEVE PETER | 0.00% | 8.34% |
| SCREAM GEMS | STEP TO IT | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | STEP TO IT | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | STEP TO IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STEP TO IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STEP TO IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STEP TO IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STEP TO IT | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | STEP TO IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STEP TO IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STEP TO IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STEP TO IT | ULTRA TUNES | 0.00% | 25.00% |

| 321150 74 | ANOTHER LOVER | | P | O | | SANLAR PUBLISHING |

| 321150 74 | ANOTHER LOVER | | W | | | TOWNSELL WILLIE LIDELL |

| 32115074 | ANOTHER LOVER | P | O | LIDELL TOWNSELL PUB |
|---|---|---|---|---|
| 35699072 | I LIKE THIS | P | O | SANLAR PUBLISHING |
| 35699072 | I LIKE THIS | W | | STOVER WILLIAM CARTER |
| 35699072 | I LIKE THIS | W | | TOWNSELL WILLIE LIDELL |
| 35699072 | I LIKE THIS | P | O | ULTRA TUNES |
| 35699072 | I LIKE THIS | P | O | SANLAR SONGS |
| 35699072 | I LIKE THIS | P | O | STEVE PETER MUSIC |
| 35699072 | I LIKE THIS | P | O | SCREAM GEMS |

| SCREAM GEMS | I LIKE THIS | STOVER, WILLIAM CARTER | 25.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | I LIKE THIS | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | I LIKE THIS | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | I LIKE THIS | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | I LIKE THIS | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | I LIKE THIS | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | TOWNSELL, WILLIE LIDELL | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | SANLAR PUBLISHING | 12.50% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I LIKE THIS | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | I LIKE THIS | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | I LIKE THIS | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | I LIKE THIS | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | I LIKE THIS | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | I LIKE THIS | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | I LIKE THIS | STOVER, WILLIAM | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | TOWNSELL, WILLIE L | 25.00% | 25.00% |
| SCREAM GEMS | I LIKE THIS | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | I LIKE THIS | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | I LIKE THIS | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | I LIKE THIS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I LIKE THIS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLD | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLD | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLD | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | ACID HOLD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HOLD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HOLD | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DANCE DANCE | IVORY, CONSUELA | 12.50% | 12.50% |
| SCREAM GEMS | DANCE DANCE | TOWNSELL, WILLIE LIDELL | 37.50% | 37.50% |
| SCREAM GEMS | DANCE DANCE | PUBLISHER UNKNOWN | 12.50% | 12.50% |
| SCREAM GEMS | DANCE DANCE | SANLAR SONGS | 18.75% | 0.00% |
| SCREAM GEMS | DANCE DANCE | STEVE PETER MUSIC | 0.00% | 18.75% |
| SCREAM GEMS | DANCE DANCE | SCREAM GEMS | 18.75% | 0.00% |
| SCREAM GEMS | DANCE DANCE | ULTRA TUNES | 0.00% | 18.75% |
| SCREAM GEMS | DOING IT | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | DOING IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DOING IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DOING IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DOING IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DOING IT | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | DOING IT | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | DOING IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DOING IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DOING IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DOING IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DOING IT | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | DOING IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DOING IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DOING IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DOING IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DUB CONTROL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DUB CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DUB CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DUB CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DUB CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DUB CONTROL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | DUB CONTROL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | DUB CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DUB CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DUB CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DUB CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DUB CONTROL | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | DUB CONTROL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DUB CONTROL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DUB CONTROL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DUB CONTROL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GOING FOR HOUSE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GOING FOR HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GOING FOR HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GOING FOR HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GOING FOR HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GOING FOR HOUSE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GOING FOR HOUSE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GOING FOR HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GOING FOR HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GOING FOR HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GOING FOR HOUSE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GOING FOR HOUSE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | GOING FOR HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GOING FOR HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GOING FOR HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GOING FOR HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK '96 | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GONA JACK '96 | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | GONA JACK '96 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK '96 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK '96 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK '96 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK '96 | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | GONA JACK '96 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK '96 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GONA JACK '96 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GONA JACK '96 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HOUSE HALLUCINATIONS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE HALLUCINATIONS | ULTRA TUNES | 0.00% | 25.00% |
| | | | | |
| SCREAM GEMS | JACK THE HOUSE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | JACK THE HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACK THE HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACK THE HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACK THE HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JACK THE HOUSE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | JACK THE HOUSE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | JACK THE HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACK THE HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACK THE HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACK THE HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JACK THE HOUSE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | JACK THE HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACK THE HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACK THE HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACK THE HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | KING OF THE PARTY RECORDS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | KING OF THE PARTY RECORDS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LJO DANCE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | LJO DANCE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LJO DANCE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LJO DANCE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LJO DANCE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LJO DANCE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | LJO DANCE | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | LJO DANCE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LJO DANCE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LJO DANCE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LJO DANCE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LJO DANCE | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | LJO DANCE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LJO DANCE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LJO DANCE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LJO DANCE | ULTRA TUNES | 0.00% | 25.00% |

| SCREAM GEMS | NU NU (RADIO APELLA MIX) | MAHONE, LAMAR HULA | 12.50% | 12.50% |
|---|---|---|---|---|
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | MAYBERRY, KEITH D | 12.50% | 12.50% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | SIMPKINS, CRAIG | 12.50% | 12.50% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | TOWNSELL, WILLIE LIDELL | 12.50% | 12.50% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | POLYGRAM MUSIC PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | NU NU (RADIO APELLA MIX) | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | PARTYING WITH YOU | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | PARTYING WITH YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PARTYING WITH YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PARTYING WITH YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PARTYING WITH YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PARTYING WITH YOU | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | PARTYING WITH YOU | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | PARTYING WITH YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PARTYING WITH YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PARTYING WITH YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PARTYING WITH YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PARTYING WITH YOU | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | PARTYING WITH YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PARTYING WITH YOU | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PARTYING WITH YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PARTYING WITH YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SOMEWHERE IN WEST HELL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SOOTHE MY SOUL | DUNN; MICHAEL M | 50.00% | 50.00% |
| SCREAM GEMS | SOOTHE MY SOUL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SOOTHE MY SOUL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SOOTHE MY SOUL | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SOOTHE MY SOUL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SOOTHE MY SOUL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | SOOTHE MY SOUL | TOWNSELL, WILLIE LIDELL | 50.00% | 50.00% |
| SCREAM GEMS | SOOTHE MY SOUL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SOOTHE MY SOUL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SOOTHE MY SOUL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SOOTHE MY SOUL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SOOTHE MY SOUL | TOWNSELL, WILLIE L | 50.00% | 50.00% |
| SCREAM GEMS | SOOTHE MY SOUL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SOOTHE MY SOUL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SOOTHE MY SOUL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SOOTHE MY SOUL | ULTRA TUNES | 0.00% | 25.00% |