# EXHIBIT P

# LEE HAGGARD

| ID | Title | Role | | Party |
|---|---|---|---|---|
| 13856848 | COME TO HOUSE | P | O | SANLAR PUBLISHING |
| 13856848 | COME TO HOUSE | P | O | SCREAMING RACHAEL CAIN |
| 13856848 | COME TO HOUSE | W | | SMITH R |
| 13856848 | COME TO HOUSE | P | O | CASABLANCA MEDIA PUBLIS |
| 13856848 | COME TO HOUSE | W | | HAGGARD LEE RICKY |
| 13856848 | COME TO HOUSE | P | O | SANLAR SONGS |
| 4797 | ACID OVERTURE | W | | GALLOP ARMANDO |
| 4797 | ACID OVERTURE | W | | HAGGARD LEROY RICKY JR |
| 4797 | ACID OVERTURE | P | O | SANLAR PUBLISHING |
| 4797 | ACID OVERTURE | P | O | SCREAMING RACHAEL CAIN |
| 4797 | ACID OVERTURE | W | | HAGGARD LEROY |
| 4803 | ACID PUMP UP | W | | HAGGARD LEROY RICKY JR |
| 4803 | ACID PUMP UP | P | O | SANLAR PUBLISHING |
| 4803 | ACID PUMP UP | P | O | SCREAMING RACHAEL CAIN |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4804 | ACID PUMP UP LONDON | | W | | HAGGARD LEROY RICKY JR | |
| 4804 | ACID PUMP UP LONDON | | P | O | SANLAR PUBLISHING | |
| 4804 | ACID PUMP UP LONDON | | P | O | SCREAMING RACHAEL CAIN | |
| 57470 | ART OF ACID | | W | | HAGGARD LEROY RICKY JR | |
| 57470 | ART OF ACID | | P | O | SANLAR PUBLISHING | |
| 57470 | ART OF ACID | | P | O | SCREAMING RACHAEL CAIN | |
| SCREAM GEMS | ART OF ACID | | HAGGARD LEROY RICKY JR | | 50.00% | 50.00% |
| SCREAM GEMS | ART OF ACID | | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | ART OF ACID | | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | ART OF ACID | | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | ART OF ACID | | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | ART OF ACID | | HAGGARD LEROY RICKY JR | | 50.00% | 50.00% |
| SCREAM GEMS | ART OF ACID | | HAGGARD LEROY RICKY JR | | 50.00% | 50.00% |
| SCREAM GEMS | ART OF ACID | | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | ART OF ACID | | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | ART OF ACID | | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | ART OF ACID | | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | ART OF ACID | | HAGGARD JR, LEROY | | 50.00% | 50.00% |
| SCREAM GEMS | ART OF ACID | | SANLAR SONGS | | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | ART OF ACID | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ART OF ACID | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ART OF ACID | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 232477 | COME TO HOUSE | W | | HAGGARD LEROY RICKY JR |
| 232477 | COME TO HOUSE | P | O | SANLAR PUBLISHING |
| 232477 | COME TO HOUSE | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | COME TO HOUSE | HAGGARD LEROY RICKY JR | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | SMITH, R | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | COME TO HOUSE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | SONGS OF STEVE PETER | 0.00% | 6.25% |
| SCREAM GEMS | COME TO HOUSE | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | HAGGARD LEROY RICKY JR | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | HAGGARD LEROY RICKY JR | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | SMITH, R | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | COME TO HOUSE | SMITH, R | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | HAGGARD JR, LEROY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | SMITH, R | 25.00% | 25.00% |
| SCREAM GEMS | COME TO HOUSE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | COME TO HOUSE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 410769 | FEELS GOOD | | W | | HAGGARD LEROY RICKY JR |
| 410769 | FEELS GOOD | | P | O | SANLAR PUBLISHING |
| 410769 | FEELS GOOD | | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | FEELS GOOD | HAGGARD LEROY RICKY JR | | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | FEELS GOOD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FEELS GOOD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FEELS GOOD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FEELS GOOD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | FEELS GOOD | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | FEELS GOOD | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | FEELS GOOD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FEELS GOOD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FEELS GOOD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FEELS GOOD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | FEELS GOOD | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | FEELS GOOD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FEELS GOOD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FEELS GOOD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FEELS GOOD | ULTRA TUNES | 0.00% | 25.00% |
| 589281 | HOUSE THIS HOUSE | W | | HAGGARD LEROY RICKY JR |
| 589281 | HOUSE THIS HOUSE | P O | | SANLAR PUBLISHING |
| 589281 | HOUSE THIS HOUSE | P O | | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | HOUSE THIS HOUSE | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HOUSE THIS HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOUSE THIS HOUSE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 608354 | I CAN T FORGET | W | | HAGGARD LEROY RICKY JR |
| 608354 | I CAN T FORGET | P | O | SANLAR PUBLISHING |
| 608354 | I CAN T FORGET | P | O | SCREAMING RACHAEL CAIN |
| 608355 | I CAN T FORGET | P | O | SANLAR PUBLISHING |
| 608355 | I CAN T FORGET | P | O | SCREAMING RACHAEL CAIN |
| 608355 | I CAN T FORGET | W | | WOODWARD LEE |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I CAN'T FORGET | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T FORGET | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T FORGET | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T FORGET | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T FORGET | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T FORGET | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T FORGET | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T FORGET | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T FORGET | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T FORGET | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T FORGET | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T FORGET | WARREN, MATTHEW | 50.00% | 50.00% |
| SCREAM GEMS | I CAN'T FORGET | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T FORGET | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T FORGET | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T FORGET | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1055578 | NEVER GONNA CHANGE | W | | HAGGARD LEROY RICKY JR |
| 1055578 | NEVER GONNA CHANGE | P | O | SANLAR PUBLISHING |
| 1055578 | NEVER GONNA CHANGE | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | NEVER GONNA CHANGE | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | NEVER GONNA CHANGE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1210592 | PUMP UP CHICAGO | W | | HAGGARD LEROY RICKY JR |
| 1210592 | PUMP UP CHICAGO | P | O | SANLAR PUBLISHING |
| 1210592 | PUMP UP CHICAGO | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PUMP UP CHICAGO | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP CHICAGO | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP CHICAGO | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP CHICAGO | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP CHICAGO | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP CHICAGO | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP CHICAGO | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP CHICAGO | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP CHICAGO | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP CHICAGO | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP CHICAGO | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP CHICAGO | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP CHICAGO | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP CHICAGO | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP CHICAGO | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP CHICAGO | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 1210593 | PUMP UP LONDON | W | | | HAGGARD LEROY RICKY JR |
| 1210593 | PUMP UP LONDON | | P | O | SANLAR PUBLISHING |
| 1210593 | PUMP UP LONDON | | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PUMP UP LONDON | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP LONDON | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP LONDON | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP LONDON | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP LONDON | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP LONDON | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP LONDON | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP LONDON | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP LONDON | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP LONDON | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP LONDON | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP LONDON | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP LONDON | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP LONDON | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP LONDON | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP LONDON | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1210627 | PUMPIN NEW YORK | W | | HAGGARD LEROY RICKY JR |
| 1210627 | PUMPIN NEW YORK | P | O | SANLAR PUBLISHING |
| 1210627 | PUMPIN NEW YORK | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PUMP UP NEW YORK | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP NEW YORK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP NEW YORK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP NEW YORK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP NEW YORK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP NEW YORK | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP NEW YORK | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP NEW YORK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP NEW YORK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP NEW YORK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP NEW YORK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP NEW YORK | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | PUMP UP NEW YORK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP NEW YORK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PUMP UP NEW YORK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PUMP UP NEW YORK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | WHEN YOU HOLD ME | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | HAGGARD LEROY RICKY JR | 50.00% | 50.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | BIAS, CARL J | 25.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | JONES, JESSE JR | 25.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | WHEN YOU HOLD ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | WHEN YOU HOLD ME | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | WHEN YOU HOLD ME | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | ULTRA EMPIRE MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | WHEN YOU HOLD ME | HAGGARD JR, LEROY | 50.00% | 50.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WHEN YOU HOLD ME | ULTRA TUNES | 0.00% | 25.00% |