# EXHIBIT

# Q

# K' ALEXI SHELBY

| 138572 62 | HOT SUMMER FUN | P | O | SANLAR PUBLISHING |
| 138572 62 | HOT SUMMER FUN | P | O | SCREAMING RACHAEL CAIN |
| 138572 62 | HOT SUMMER FUN | P | O | CASABLANCA MEDIA PUBLIS |
| 138572 62 | HOT SUMMER FUN | W | | SHELBY KEITH ALEXI |
| 138572 62 | HOT SUMMER FUN | P | O | SANLAR SONGS |
| 138572 62 | HOT SUMMER FUN | W | | GREY W |

| SCREAM GEMS | HOT SUMMER FUN | GREY, W | 25.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER FUN | SHELBY, KEITH ALEXI | 25.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER FUN | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | HOT SUMMER FUN | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | HOT SUMMER FUN | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | HOT SUMMER FUN | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | HOT SUMMER FUN | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | HOT SUMMER FUN | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | HOT SUMMER FUN | SONGS OF STEVE PETER | 0.00% | 6.25% |
| SCREAM GEMS | HOT SUMMER FUN | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | HOT SUMMER FUN | GREY, W | 25.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER FUN | SHELBY, KEITH ALEXI | 25.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER FUN | SANLAR PUBLISHING | 12.50% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HOT SUMMER FUN | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | HOT SUMMER FUN | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | HOT SUMMER FUN | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER FUN | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SUMMER SWING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER SWING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER SWING | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER SWING | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SUMMER SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SUMMER SWING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER SWING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER SWING | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER SWING | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SUMMER SWING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER SWING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOT SUMMER SWING | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SUMMER SWING | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | BLUNT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BLUNT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BLUNT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BLUNT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | BLUNT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BLUNT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BLUNT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BLUNT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | BLUNT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BLUNT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BLUNT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BLUNT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DRUMS, THE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | DRUMS, THE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DRUMS, THE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DRUMS, THE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DRUMS, THE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HIT IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HIT IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HIT IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HIT IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HIT IT | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | HIT IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HIT IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HIT IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HIT IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HIT IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HIT IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HIT IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HIT IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HIT IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HIT IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HIT IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOT SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SWING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SWING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOT SWING | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SWING | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOT SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SWING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SWING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOT SWING | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SWING | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HOT SWING | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | HOT SWING | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HOT SWING | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HOT SWING | SCREAM GEMS | 25.00% | 0.00% |

| SCREAM GEMS | HOT SWING | ULTRA TUNES | 0.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | I FEEL | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I FEEL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I FEEL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I FEEL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I FEEL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I FEEL | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I FEEL | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I FEEL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I FEEL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I FEEL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I FEEL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I FEEL | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I FEEL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I FEEL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I FEEL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I FEEL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I GOT A BIG BLACK DICK FOR YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I WANT YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I WANT YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I WANT YOU | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I WANT YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | I WANT YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | ROSARIO, RAFAEL | 50.00% | 50.00% |
| SCREAM GEMS | I WANT YOU | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I WANT YOU | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I WANT YOU | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | JAZZ ME UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ ME UP FASTER | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ TRACK PT. 1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ TRACK PT. 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ TRACK PT. 1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ TRACK PT. 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ TRACK PT. 1 | ULTRA TUNES | 0.00% | 25.00% |

| SCREAM GEMS | JAZZ TRACK PT.1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
|---|---|---|---|---|
| SCREAM GEMS | JAZZ TRACK PT.1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JAZZ TRACK PT.1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE ME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | LOVE ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE ME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | LOVE ME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | LOVE ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | LOVE ME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | LOVE ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | LOVE ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | LOVE ME | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | LOVE ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MAD BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MAD BLUNT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MAD BLUNT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MAD BLUNT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MAD BLUNT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MAD BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MAD BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MAD BLUNT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MAD BLUNT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MAD BLUNT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MAD BLUNT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MAD BLUNT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MAD BLUNT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MAD BLUNT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MAD BLUNT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MAD BLUNT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MOONLIGHT SEX | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MOONLIGHT SEX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MOONLIGHT SEX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MOONLIGHT SEX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MOONLIGHT SEX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MOONLIGHT SEX | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MOONLIGHT SEX | SHELBY, KEITH ALEXI | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | MOONLIGHT SEX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MOONLIGHT SEX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MOONLIGHT SEX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MOONLIGHT SEX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | MOONLIGHT SEX | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | MOONLIGHT SEX | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | MOONLIGHT SEX | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | MOONLIGHT SEX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | MOONLIGHT SEX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PLANET KEEP UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | PLANET KEEP UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PLANET KEEP UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PLANET KEEP UP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PLANET KEEP UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PLANET KEEP UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | PLANET KEEP UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | PLANET KEEP UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PLANET KEEP UP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PLANET KEEP UP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PLANET KEEP UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PLANET KEEP UP | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | PLANET KEEP UP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PLANET KEEP UP | STEVE PETER MUSIC | 0.00% | 25.00% |

| SCREAM GEMS | PLANET KEEP UP | SCREAM GEMS | 25.00% | 0.00% |
|---|---|---|---|---|
| SCREAM GEMS | PLANET KEEP UP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RAGTIME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RAGTIME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RAGTIME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RAGTIME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RAGTIME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RAGTIME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RAGTIME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RAGTIME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RAGTIME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RAGTIME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RAGTIME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RAGTIME | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RAGTIME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RAGTIME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RAGTIME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RAGTIME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RELAX PT.1 & PT.2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RELAX PT.1 & PT.2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RELAX TRACK PT. 1 & PT. 2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RELAX TRACK PT. 1 & PT. 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RELAX TRACK PT. 1 & PT. 2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RELAX TRACK PT. 1 & PT. 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RELAX TRACK PT. 1 & PT. 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RIDE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RIDE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RIDE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RIDE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RIDE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RIDE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RIDE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | RIDE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | RIDE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | RIDE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | RIDE | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RIDE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STREETLIFE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | STREETLIFE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STREETLIFE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STREETLIFE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STREETLIFE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STREETLIFE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | STREETLIFE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | STREETLIFE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STREETLIFE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STREETLIFE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STREETLIFE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STREETLIFE | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | STREETLIFE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STREETLIFE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STREETLIFE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STREETLIFE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SWINGING WITH THE BIG BAND | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THE DREAMS | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | THE DREAMS | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | THE DREAMS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THE DREAMS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THE DREAMS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THE DREAMS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THE DREAMS | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | THE DREAMS | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | THE DREAMS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THE DREAMS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THE DREAMS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 1 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 1 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 1 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 1 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 1 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 2 | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TRACK 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 2 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 2 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 2 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 2 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 2 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 3 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 3 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 3 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 3 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 3 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 3 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 3 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 3 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 3 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 3 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 3 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 3 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 3 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 3 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 3 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 3 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 4 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 4 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 4 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 4 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 4 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 4 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 4 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 4 | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TRACK 4 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 4 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 4 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 4 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 4 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 4 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 4 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 4 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 5 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 5 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 5 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 5 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 5 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 5 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 5 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 5 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 5 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 5 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 5 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 5 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 5 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 5 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 5 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 5 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 6 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 6 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 6 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 6 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 6 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 6 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 6 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TRACK 6 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 6 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 6 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 6 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 6 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 6 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 6 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 6 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 6 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 7 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 7 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 7 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 7 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 7 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 7 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 7 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 7 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 7 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 7 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 7 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 7 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 7 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 7 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 7 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 7 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 8 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 8 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 8 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 8 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 8 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 8 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TRACK 8 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 8 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 8 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 8 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 8 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 8 | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | TRACK 8 | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 8 | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TRACK 8 | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TRACK 8 | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WORKIN' IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | WORKIN' IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WORKIN' IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WORKIN' IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WORKIN' IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WORKIN' IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | WORKIN' IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | WORKIN' IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WORKIN' IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WORKIN' IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WORKIN' IT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WORKIN' IT | SHELBY, KEITH ALEXI | 50.00% | 50.00% |
| SCREAM GEMS | WORKIN' IT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WORKIN' IT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WORKIN' IT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WORKIN' IT | ULTRA TUNES | 0.00% | 25.00% |