# EXHIBIT R

# JOHNNY FIASCO
# (aka LOPEZ J)

| | | | | |
|---|---|---|---|---|
| 235460 21 | GET UP OFF YOUR ASS DJ FIASCO S B | W | | LOPEZ J |
| 235460 21 | GET UP OFF YOUR ASS DJ FIASCO S B | P | O | SANLAR PUBLISHING |
| 235460 21 | GET UP OFF YOUR ASS DJ FIASCO S B | P | O | SCREAMING RACHAEL CAIN |
| 235460 22 | GET UP OFF YOUR ASS DJ FIASCO S R | W | | LOPEZ J |
| 235460 22 | GET UP OFF YOUR ASS DJ FIASCO S R | P | O | SANLAR PUBLISHING |
| 235460 22 | GET UP OFF YOUR ASS DJ FIASCO S R | P | O | SCREAMING RACHAEL CAIN |
| 235460 23 | GET UP OFF YOU ASS ORIGINAL FRE | W | | LOPEZ J |
| 235460 23 | GET UP OFF YOU ASS ORIGINAL FRE | P | O | SANLAR PUBLISHING |
| 235460 23 | GET UP OFF YOU ASS ORIGINAL FRE | P | O | SCREAMING RACHAEL CAIN |
| 138563 12 | CALL THE DOCTOR | W | | LOPEZ J |
| 138563 12 | CALL THE DOCTOR | P | O | SANLAR PUBLISHING |
| 138563 12 | CALL THE DOCTOR | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 138566 32 | AMOUR | W | | LOPEZ J |
| 138566 32 | AMOUR | P | O | SANLAR PUBLISHING |
| 138566 32 | AMOUR | P | O | SCREAMING RACHAEL CAIN |
| 138566 46 | COME 2 GETHER | W | | LOPEZ J |
| 138566 46 | COME 2 GETHER | P | O | SANLAR PUBLISHING |
| 138566 46 | COME 2 GETHER | P | O | SCREAMING RACHAEL CAIN |
| 138566 47 | COMIN FOR LOVE | W | | LOPEZ J |
| 138566 47 | COMIN FOR LOVE | P | O | SANLAR PUBLISHING |
| 138566 47 | COMIN FOR LOVE | P | O | SCREAMING RACHAEL CAIN |
| 138566 50 | COM N ON STRONG | W | | LOPEZ J |
| 138566 50 | COM N ON STRONG | P | O | SANLAR PUBLISHING |
| 138566 50 | COM N ON STRONG | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 13856686 | GIVE IT AWAY | W | | LOPEZ J |
| 13856686 | GIVE IT AWAY | P | O | SANLAR PUBLISHING |
| 13856686 | GIVE IT AWAY | P | O | SCREAMING RACHAEL CAIN |
| 13856691 | GOTTA BOP | W | | LOPEZ J |
| 13856691 | GOTTA BOP | P | O | SANLAR PUBLISHING |
| 13856691 | GOTTA BOP | P | O | SCREAMING RACHAEL CAIN |
| 13856706 | IZ YOU IZ BANG MIX | W | | LOPEZ J |
| 13856706 | IZ YOU IZ BANG MIX | P | O | SANLAR PUBLISHING |
| 13856706 | IZ YOU IZ BANG MIX | P | O | SCREAMING RACHAEL CAIN |
| 13856707 | IZ YOU IZ OR IZ YOU AIN T MY BABY | W | | LOPEZ J |
| 13856707 | IZ YOU IZ OR IZ YOU AIN T MY BABY | P | O | SANLAR PUBLISHING |
| 13856707 | IZ YOU IZ OR IZ YOU AIN T MY BABY | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 13856715 | LIFE GOES ON | W | | LOPEZ J |
| 13856715 | LIFE GOES ON | P | O | SANLAR PUBLISHING |
| 13856715 | LIFE GOES ON | P | O | SCREAMING RACHAEL CAIN |
| 13856759 | RED DOG | W | | LOPEZ J |
| 13856759 | RED DOG | P | O | SANLAR PUBLISHING |
| 13856759 | RED DOG | P | O | SCREAMING RACHAEL CAIN |
| 13856768 | SOLO MELLO | W | | LOPEZ J |
| 13856768 | SOLO MELLO | P | O | SANLAR PUBLISHING |
| 13856768 | SOLO MELLO | P | O | SCREAMING RACHAEL CAIN |
| 13856774 | SUBLIME | W | | LOPEZ J |
| 13856774 | SUBLIME | P | O | SANLAR PUBLISHING |
| 13856774 | SUBLIME | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 13856778 | SWEET N SOUR | W | | LOPEZ J |
| 13856778 | SWEET N SOUR | P | O | SANLAR PUBLISHING |
| 13856778 | SWEET N SOUR | P | O | SCREAMING RACHAEL CAIN |
| 13856779 | SWING 290 | W | | LOPEZ J |
| 13856779 | SWING 290 | P | O | SANLAR PUBLISHING |
| 13856779 | SWING 290 | P | O | SCREAMING RACHAEL CAIN |
| 13856806 | TRANQUILIZE | W | | LOPEZ J |
| 13856806 | TRANQUILIZE | P | O | SANLAR PUBLISHING |
| 13856806 | TRANQUILIZE | P | O | SCREAMING RACHAEL CAIN |
| 13856831 | ZIG ZAG | W | | LOPEZ J |
| 13856831 | ZIG ZAG | P | O | SANLAR PUBLISHING |
| 13856831 | ZIG ZAG | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 138569 20 | BACKTRAX | W | | LOPEZ J |
| 138569 20 | BACKTRAX | P | O | SANLAR PUBLISHING |
| 138569 20 | BACKTRAX | P | O | SCREAMING RACHAEL CAIN |
| 138569 37 | BOOTY TALK | W | | LOPEZ J |
| 138569 37 | BOOTY TALK | P | O | SANLAR PUBLISHING |
| 138569 37 | BOOTY TALK | P | O | SCREAMING RACHAEL CAIN |
| 138569 59 | DARKNESS | W | | LOPEZ J |
| 138569 59 | DARKNESS | P | O | SANLAR PUBLISHING |
| 138569 59 | DARKNESS | P | O | SCREAMING RACHAEL CAIN |
| 138569 93 | FAT TRAX | W | | LOPEZ J |
| 138569 93 | FAT TRAX | P | O | SANLAR PUBLISHING |
| 138569 93 | FAT TRAX | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 13857014 | HERE I CUM | W | | LOPEZ J |
| 13857014 | HERE I CUM | P | O | SANLAR PUBLISHING |
| 13857014 | HERE I CUM | P | O | SCREAMING RACHAEL CAIN |
| 13857081 | MOTIVATE | W | | LOPEZ J |
| 13857081 | MOTIVATE | P | O | SANLAR PUBLISHING |
| 13857081 | MOTIVATE | P | O | SCREAMING RACHAEL CAIN |
| 13857091 | NAKED TRAK | W | | LOPEZ J |
| 13857091 | NAKED TRAK | P | O | SANLAR PUBLISHING |
| 13857091 | NAKED TRAK | P | O | SCREAMING RACHAEL CAIN |
| 13857100 | PHANTOMS | W | | LOPEZ J |
| 13857100 | PHANTOMS | P | O | SANLAR PUBLISHING |
| 13857100 | PHANTOMS | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 138571 11 | PSYCHO DRUMS | W | | LOPEZ J |
| 138571 11 | PSYCHO DRUMS | P | O | SANLAR PUBLISHING |
| 138571 11 | PSYCHO DRUMS | P | O | SCREAMING RACHAEL CAIN |
| 138571 34 | SEX TRAK | W | | LOPEZ J |
| 138571 34 | SEX TRAK | P | O | SANLAR PUBLISHING |
| 138571 34 | SEX TRAK | P | O | SCREAMING RACHAEL CAIN |
| 138571 38 | SHIFTED | W | | LOPEZ J |
| 138571 38 | SHIFTED | P | O | SANLAR PUBLISHING |
| 138571 38 | SHIFTED | P | O | SCREAMING RACHAEL CAIN |
| 138571 83 | WAR TRACK II | W | | LOPEZ J |
| 138571 83 | WAR TRACK II | P | O | SANLAR PUBLISHING |
| 138571 83 | WAR TRACK II | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 138572 07 | GET UP OFF YOUR ASS | W | | LOPEZ J |
| 138572 07 | GET UP OFF YOUR ASS | P | O | SANLAR PUBLISHING |
| 138572 07 | GET UP OFF YOUR ASS | P | O | SCREAMING RACHAEL CAIN |
| 138572 13 | HALLUCINATE | W | | LOPEZ J |
| 138572 13 | HALLUCINATE | P | O | SANLAR PUBLISHING |
| 138572 13 | HALLUCINATE | P | O | SCREAMING RACHAEL CAIN |
| 235460 11 | AMOUR | W | | LOPEZ J |
| 235460 11 | AMOUR | P | O | SANLAR PUBLISHING |
| 235460 11 | AMOUR | P | O | SCREAMING RACHAEL CAIN |