# EXHIBIT S

# JIM MARCUS

| | | | | | |
|---|---|---|---|---|---|
| 2164 33 | CITY HALL | W | | CHRISTIE CARLISLE | |
| 2164 33 | CITY HALL | W | | MARCUS JAMES | |
| 2164 33 | CITY HALL | P | O | SANLAR PUBLISHING | |
| 2164 33 | CITY HALL | P | O | SCREAMING RACHAEL CAIN | |
| SCREAM GEMS | CITY HALL | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | CITY HALL | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | CITY HALL | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | CITY HALL | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | CITY HALL | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | CHRISTIE, CARLISLE | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | MARCUS, JAMES | 25.00% | 25.00% | |
| SCREAM GEMS | CITY HALL | SANLAR SONGS | 25.00% | 0.00% | |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | CITY HALL | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | CITY HALL | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | CITY HALL | ULTRA TUNES | | 0.00% | 25.00% |
| 2959 41 | DESIRE | W | | | CHRISTIE CARLISLE |
| 2959 41 | DESIRE | W | | | MARCUS JAMES |
| 2959 41 | DESIRE | P | O | | SANLAR PUBLISHING |
| 2959 41 | DESIRE | P | O | | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | DESIRE | CHRISTIE, CARLISLE VAN DYKE | | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | MARCUS, JAMES B | | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | DESIRE | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | DESIRE | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | DESIRE | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | DESIRE | CHRISTIE, CARLISLE VAN DYKE | | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | CHRISTIE, CARLISLE VAN DYKE | | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | MARCUS, JAMES B | | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | MARCUS, JAMES B | | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | DESIRE | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | DESIRE | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | DESIRE | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | DESIRE | CHRISTIE, CARLISLE | | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DESIRE | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | DESIRE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DESIRE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DESIRE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DESIRE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 346915 | DRUG STORE | W | | CHRISTIE CARLISLE |
| 346915 | DRUG STORE | W | | MARCUS JAMES |
| 346915 | DRUG STORE | P | O | SANLAR PUBLISHING |
| 346915 | DRUG STORE | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 466888 | GHETTO RATZ | W | | CHRISTIE CARLISLE |
| 466888 | GHETTO RATZ | W | | MARCUS JAMES |
| 466888 | GHETTO RATZ | P | O | SANLAR PUBLISHING |
| 466888 | GHETTO RATZ | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 553949 | HELLO LOVER | W | | CHRISTIE CARLISLE |
| 553949 | HELLO LOVER | W | | MARCUS JAMES |

| | | | | | |
|---|---|---|---|---|---|
| 553949 | HELLO LOVER | | P | O | SANLAR PUBLISHING |
| 553949 | HELLO LOVER | | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | HELLO LOVER | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | HELLO LOVER | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | HELLO LOVER | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | HELLO LOVER | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | HELLO LOVER | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | CHRISTIE, CARLISLE | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | MARCUS, JAMES | 25.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | HELLO LOVER | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | HELLO LOVER | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | HELLO LOVER | ULTRA TUNES | 0.00% | 25.00% | |
| 611081 | I CAN T TAKE THE HEARTBREAK | | W | | CHRISTIE CARLISLE |

| | | | | | |
|---|---|---|---|---|---|
| 6110 81 | I CAN T TAKE THE HEARTBREAK | W | | MARCUS JAMES | |
| 6110 81 | I CAN T TAKE THE HEARTBREAK | P | O | SANLAR PUBLISHING | |
| 6110 81 | I CAN T TAKE THE HEARTBREAK | P | O | SCREAMING RACHAEL CAIN | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | I CAN'T TAKE THE HEARTBREAK | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1354091 | SLAVE TO LOVE | W | | CHRISTIE CARLISLE |
| 1354091 | SLAVE TO LOVE | W | | MARCUS JAMES |
| 1354091 | SLAVE TO LOVE | P | O | SANLAR PUBLISHING |
| 1354091 | SLAVE TO LOVE | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | SLAVE TO LOVE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE TO LOVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | SCREAM GEMS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SLAVE TO LOVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE TO LOVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE TO LOVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE TO LOVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE TO LOVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE TO LOVE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1423794 | SUBWAY BITCH | W | | CHRISTIE CARLISLE |
| 1423794 | SUBWAY BITCH | W | | MARCUS JAMES |
| 1423794 | SUBWAY BITCH | P | O | SANLAR PUBLISHING |
| 1423794 | SUBWAY BITCH | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SUBWAY BITCH | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SUBWAY BITCH | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SUBWAY BITCH | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SUBWAY BITCH | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SUBWAY BITCH | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SUBWAY BITCH | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SUBWAY BITCH | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SUBWAY BITCH | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1472852 | TEQUILLA | W | | CHRISTIE CARLISLE |
| 1472852 | TEQUILLA | W | | MARCUS JAMES |

| | | | | | | |
|---|---|---|---|---|---|---|
| 14728 52 | TEQUILLA | | P | O | | SANLAR PUBLISHING |
| 14728 52 | TEQUILLA | | P | O | | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | | TEQUILLA | CHRISTIE, CARLISLE VAN DYKE | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | MARCUS, JAMES B | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | | TEQUILLA | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | | TEQUILLA | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | CHRISTIE, CARLISLE VAN DYKE | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | CHRISTIE, CARLISLE VAN DYKE | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | MARCUS, JAMES B | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | MARCUS, JAMES B | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | | TEQUILLA | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | | TEQUILLA | ULTRA TUNES | | 0.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | CHRISTIE, CARLISLE | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | MARCUS, JAMES | | 25.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | | TEQUILLA | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | | TEQUILLA | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | | TEQUILLA | ULTRA TUNES | | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 14834 03 | THAT SHIT S WILD | W | | CHRISTIE CARLISLE |
| 14834 03 | THAT SHIT S WILD | W | | MARCUS JAMES |
| 14834 03 | THAT SHIT S WILD | P | O | SANLAR PUBLISHING |
| 14834 03 | THAT SHIT S WILD | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | THAT SHIT'S WILD | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THAT SHIT'S WILD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THAT SHIT'S WILD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | THAT SHIT'S WILD | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | THAT SHIT'S WILD | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | SANLAR SONGS | 25.00% | 0.00% |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | THAT SHIT'S WILD | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | THAT SHIT'S WILD | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | THAT SHIT'S WILD | ULTRA TUNES | | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 13856508 | ATOMIC | P | O | SANLAR PUBLISHING |
| 13856508 | ATOMIC | P | O | SCREAMING RACHAEL CAIN |
| 13856508 | ATOMIC | W | | MARCUS JAMES B |
| 13856508 | ATOMIC | W | | CHRISTIE CARLISLE VAN DYK |
| 13856508 | ATOMIC | P | O | CASABLANCA MEDIA PUBLIS |
| 13856508 | ATOMIC | P | O | SANLAR SONGS |
| 13856508 | ATOMIC | W | | WHIPLASS |
| 13856508 | ATOMIC | P | O | STEVE PETER MUSIC |
| 13856508 | ATOMIC | P | O | SCREAM GEMS |

| | | | | |
|---|---|---|---|---|
| 4787 | ACID HAZE | W | | CHRISTIE CARLISLE |
| 4787 | ACID HAZE | W | | MARCUS JAMES |
| 4787 | ACID HAZE | P | O | SANLAR PUBLISHING |
| 4787 | ACID HAZE | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | ACID HAZE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HAZE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HAZE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HAZE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HAZE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HAZE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | ACID HAZE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | ACID HAZE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 4795 | ACID MOTH | W | | CHRISTIE CARLISLE |
| 4795 | ACID MOTH | W | | MARCUS JAMES |
| 4795 | ACID MOTH | P | O | SANLAR PUBLISHING |

| | | | | | |
|---|---|---|---|---|---|
| 4795 | ACID MOTH | | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | ACID MOTH | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | ACID MOTH | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | ACID MOTH | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | MARCUS, JAMES B | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | ACID MOTH | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | ACID MOTH | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | CHRISTIE, CARLISLE | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | MARCUS, JAMES | 25.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | ACID MOTH | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | ACID MOTH | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | ACID MOTH | ULTRA TUNES | 0.00% | 25.00% | |
| 12410 | AH FUCK ME | | W | | CHRISTIE CARLISLE |

| | | | | | |
|---|---|---|---|---|---|
| 124 10 | AH FUCK ME | | W | | MARCUS JAMES |
| 124 10 | AH FUCK ME | | P | O | SANLAR PUBLISHING |
| 124 10 | AH FUCK ME | | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | AH FUCK ME | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AH FUCK ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AH FUCK ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AH FUCK ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AH FUCK ME | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AH FUCK ME | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AH FUCK ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AH FUCK ME | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 635 61 | ATOMIC | | W | | CHRISTIE CARLISLE |
| 635 61 | ATOMIC | | W | | MARCUS JAMES |
| 635 61 | ATOMIC | | P | O | SANLAR PUBLISHING |
| 635 61 | ATOMIC | | P | O | SCREAMING RACHAEL CAIN |
| SCREAM GEMS | ATOMIC | CHRISTIE, CARLISLE VAN DYKE | 16.67% | 16.67% | |
| SCREAM GEMS | ATOMIC | MARCUS, JAMES B | 16.66% | 16.66% | |
| SCREAM GEMS | ATOMIC | WHIPLASS | 16.67% | 16.67% | |
| SCREAM GEMS | ATOMIC | SANLAR PUBLISHING | 4.16% | 4.16% | |
| SCREAM GEMS | ATOMIC | SANLAR SONGS | 16.67% | 0.00% | |
| SCREAM GEMS | ATOMIC | STEVE PETER MUSIC | 0.00% | 16.67% | |
| SCREAM GEMS | ATOMIC | SCREAM GEMS | 16.67% | 0.00% | |
| SCREAM GEMS | ATOMIC | ULTRA TUNES | 0.00% | 16.67% | |
| SCREAM GEMS | ATOMIC | SCREAMING RACHAEL CAIN MUSIC | 4.16% | 0.00% | |
| SCREAM GEMS | ATOMIC | SONGS OF STEVE PETER | 0.00% | 4.16% | |
| SCREAM GEMS | ATOMIC | UNKNOWN PUBLISHER | 8.34% | 8.34% | |
| SCREAM GEMS | ATOMIC | CHRISTIE, VAN | 12.50% | 12.50% | |
| SCREAM GEMS | ATOMIC | LAWRENCE | 12.50% | 12.50% | |
| SCREAM GEMS | ATOMIC | MARCUS, JAMES | 12.50% | 12.50% | |
| SCREAM GEMS | ATOMIC | WHIPLASS | 12.50% | 12.50% | |
| SCREAM GEMS | ATOMIC | SANLAR PUBLISHING | 12.50% | 12.50% | |
| SCREAM GEMS | ATOMIC | SANLAR SONGS | 12.50% | 0.00% | |
| SCREAM GEMS | ATOMIC | STEVE PETER MUSIC | 0.00% | 12.50% | |
| SCREAM GEMS | ATOMIC | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | ATOMIC | ULTRA TUNES | 0.00% | 25.00% | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SLAVE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SLAVE (ACID BITCH) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SLAVE (ACID BITCH) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AH METHERDINE | STEVE PETER MUSIC | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | AH METHERDINE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AH METHERDINE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | CHRISTIE, CARLISLE | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | MARCUS, JAMES | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AH METHERDINE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AH METHERDINE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AH METHERDINE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | AH METHERDRINE | CHRISTIE, CARLISLE VAN DYKE | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDRINE | MARCUS, JAMES B | 25.00% | 25.00% |
| SCREAM GEMS | AH METHERDRINE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | AH METHERDRINE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | AH METHERDRINE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AH METHERDRINE | ULTRA TUNES | 0.00% | 25.00% |