# EXHIBIT T

# JESSE SAUNDERS

| | | | | |
|---|---|---|---|---|
| 4769 | ACID BEAT | P | O | SANLAR PUBLISHING |
| 4769 | ACID BEAT | W | | SAUNDERS JESSE I |
| 4769 | ACID BEAT | P | O | SCREAMING RACHAEL CAIN |
| 194719 | CERTAINLY | P | O | SANLAR PUBLISHING |
| 194719 | CERTAINLY | W | | SAUNDERS JESSE I |
| 194719 | CERTAINLY | P | O | SCREAMING RACHAEL CAIN |
| 232725 | COME TO ME | W | | LAWRENCE VINCENT GREGO |
| 232725 | COME TO ME | P | O | SANLAR PUBLISHING |
| 232725 | COME TO ME | W | | SAUNDERS JESSE I |
| 232725 | COME TO ME | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAM GEMS | 12.50% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | COME TO ME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | COME TO ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SAUNDERS, JESSE | 25.00% | 25.00% |
| SCREAM GEMS | COME TO ME | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | COME TO ME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | COME TO ME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | COME TO ME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | COME TO ME | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 349595 | DUM DUM | P | O | SANLAR PUBLISHING |
| 349595 | DUM DUM | W | | SAUNDERS JESSE I |
| 349595 | DUM DUM | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 464271 | GET OUT | P | O | SANLAR PUBLISHING |
| 464271 | GET OUT | W | | SAUNDERS JESSE I |
| 464271 | GET OUT | P | O | SCREAMING RACHAEL CAIN |
| 588858 | HOUSE OF JAPANESE | P | O | SANLAR PUBLISHING |
| 588858 | HOUSE OF JAPANESE | W | | SAUNDERS JESSE I |
| 588858 | HOUSE OF JAPANESE | P | O | SCREAMING RACHAEL CAIN |
| 664441 | I M SCARED | W | | BUFORD DUANE WILFRID |
| 664441 | I M SCARED | P | O | SANLAR PUBLISHING |
| 664441 | I M SCARED | W | | SAUNDERS JESSE I |
| 664441 | I M SCARED | P | O | SCREAMING RACHAEL CAIN |
| 743476 | IT S GOT TO BE FUNKY | P | O | SANLAR PUBLISHING |
| 743476 | IT S GOT TO BE FUNKY | W | | SAUNDERS JESSE I |
| 743476 | IT S GOT TO BE FUNKY | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| 1311264 | SENSUOUS WOMAN GOES DISCO | P | O | SANLAR PUBLISHING |
| 1311264 | SENSUOUS WOMAN GOES DISCO | W | | SAUNDERS JESSE I |
| 1311264 | SENSUOUS WOMAN GOES DISCO | P | O | SCREAMING RACHAEL CAIN |
| 1433129 | SUPER RYTHM AGAIN | P | O | SANLAR PUBLISHING |
| 1433129 | SUPER RYTHM AGAIN | W | | SAUNDERS JESSE I |
| 1433129 | SUPER RYTHM AGAIN | P | O | SCREAMING RACHAEL CAIN |
| 1570655 | UNDER COVER | P | O | SANLAR PUBLISHING |
| 1570655 | UNDER COVER | P | O | SCREAMING RACHAEL CAIN |
| 1570655 | UNDER COVER | W | | WILLIAMS WAYNE |
| 1570656 | UNDER COVER | W | | LAWRENCE VINCENT GREGO |
| 1570656 | UNDER COVER | P | O | SANLAR PUBLISHING |
| 1570656 | UNDER COVER | W | | SAUNDERS JESSE I |
| 1570656 | UNDER COVER | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | UNDER COVER | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SAUNDERS, JESSE | 25.00% | 25.00% |
| SCREAM GEMS | UNDER COVER | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | UNDER COVER | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | UNDER COVER | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | UNDER COVER | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | UNDER COVER | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 1604624 | WANNA DANCE | P | O | SANLAR PUBLISHING |
| 1604624 | WANNA DANCE | W | | SAUNDERS JESSE I |
| 1604624 | WANNA DANCE | P | O | SCREAMING RACHAEL CAIN |
| 1611793 | WAY TO GO HOMER | P | O | SANLAR PUBLISHING |
| 1611793 | WAY TO GO HOMER | W | | SAUNDERS JESSE I |
| 1611793 | WAY TO GO HOMER | P | O | SCREAMING RACHAEL CAIN |
| 1611793 | WAY TO GO HOMER | W | | SHERMAN LARRY |
| 13856433 | SUPER RHYTHM AGAIN | P | O | SANLAR PUBLISHING |
| 13856433 | SUPER RHYTHM AGAIN | W | | SAUNDERS JESSE I |
| 13856433 | SUPER RHYTHM AGAIN | P | O | SCREAMING RACHAEL CAIN |
| 28600671 | GURLZ AND BOYZ | P | O | SANLAR PUBLISHING |
| 28600671 | GURLZ AND BOYZ | W | | SAUNDERS JESSE I |

| 286006 71 | GURLZ AND BOYZ | W | | VELEZ JESSE | |
|---|---|---|---|---|---|
| SCREAM GEMS | FANTASY | SAUNDERS, JESSE | 50.00% | 50.00% | |
| SCREAM GEMS | FANTASY | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | FANTASY | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | FANTASY | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | FANTASY | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | FUNK U UP | BUFORD, DUANE | 16.67% | 16.67% | |
| SCREAM GEMS | FUNK U UP | LAWRENCE, VINCE | 16.67% | 16.67% | |
| SCREAM GEMS | FUNK U UP | SAUNDERS, JESSE | 16.66% | 16.66% | |
| SCREAM GEMS | FUNK U UP | SANLAR SONGS | 25.00% | 0.00% | |
| SCREAM GEMS | FUNK U UP | STEVE PETER MUSIC | 0.00% | 25.00% | |
| SCREAM GEMS | FUNK U UP | SCREAM GEMS | 25.00% | 0.00% | |
| SCREAM GEMS | FUNK U UP | ULTRA TUNES | 0.00% | 25.00% | |
| SCREAM GEMS | NIGHT FLIGHT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% | |
| SCREAM GEMS | NIGHT FLIGHT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% | |
| SCREAM GEMS | NIGHT FLIGHT | SAUNDERS, JESSE I | 25.00% | 25.00% | |
| SCREAM GEMS | NIGHT FLIGHT | SAUNDERS, JESSE I | 25.00% | 25.00% | |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR PUBLISHING | 12.50% | 12.50% | |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR SONGS | 12.50% | 0.00% | |
| SCREAM GEMS | NIGHT FLIGHT | STEVE PETER MUSIC | 0.00% | 12.50% | |
| SCREAM GEMS | NIGHT FLIGHT | SCREAM GEMS | 12.50% | 0.00% | |
| SCREAM GEMS | NIGHT FLIGHT | ULTRA TUNES | 0.00% | 12.50% | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | NIGHT FLIGHT | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SAUNDERS, JESSE | 25.00% | 25.00% |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | NIGHT FLIGHT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | NIGHT FLIGHT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | LAWRENCE, VINCENT GREGORY | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | SAUNDERS, JESSE I | 25.00% | 25.00% |
| SCREAM GEMS | REAL LOVE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | REAL LOVE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | REAL LOVE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | REAL LOVE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | REAL LOVE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | REAL LOVE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | REAL LOVE | SONGS OF STEVE PETER | 0.00% | 12.50% |