# EXHIBIT U

## JAMIE PRINCIPLE
## (aka BYRON WALTON, BRYAN J WALTON)

| ID | Title | | | Name |
|---|---|---|---|---|
| 738637 | IT S A COLD WORLD | P | O | SANLAR PUBLISHING |
| 738637 | IT S A COLD WORLD | P | O | SCREAMING RACHAEL CAIN |
| 738637 | IT S A COLD WORLD | W | | WALTON BRYAN J |
| 738637 | IT S A COLD WORLD | W | | KNUCKLES FRANKIE |
| 1741897 | YOUR LOVE | W | | BELL ERIC |
| 1741897 | YOUR LOVE | P | O | SANLAR PUBLISHING |
| 1741897 | YOUR LOVE | P | O | SCREAMING RACHAEL CAIN |
| 1741898 | YOUR LOVE | P | O | SANLAR PUBLISHING |
| 1741898 | YOUR LOVE | P | O | SCREAMING RACHAEL CAIN |
| 1741898 | YOUR LOVE | W | | WALTON BRYAN J |
| 30590570 | WAITING ON MY ANGEL | P | O | SANLAR PUBLISHING |

| | | | | | |
|---|---|---|---|---|---|
| 30590570 | WAITING ON MY ANGEL | P | O | | UNKNOWN PUBLISHER |
| 30590570 | WAITING ON MY ANGEL | W | | | KNUCKLES FRANKIE |
| 30590570 | WAITING ON MY ANGEL | P | O | | SILKTONE SONGS INC |
| 30590570 | WAITING ON MY ANGEL | W | | | WALTON BYRON |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | WAITING ON MY ANGEL | KNUCKLES, FRANKIE | 25.00% | 25.00% |
| SCREAM GEMS | WAITING ON MY ANGEL | WALTON BRYAN J | 6.25% | 6.25% |
| SCREAM GEMS | WAITING ON MY ANGEL | WALTON, BYRON | 25.00% | 25.00% |
| SCREAM GEMS | WAITING ON MY ANGEL | ECHO MUSIC GROUP | 6.25% | 6.25% |
| SCREAM GEMS | WAITING ON MY ANGEL | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | WAITING ON MY ANGEL | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | WAITING ON MY ANGEL | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | WAITING ON MY ANGEL | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | WAITING ON MY ANGEL | ULTRA TUNES | 0.00% | 12.50% |

| | | | | | |
|---|---|---|---|---|---|
| 74444 | BABY WANTS TO RIDE | P | O | | SANLAR PUBLISHING |
| 74444 | BABY WANTS TO RIDE | P | O | | SCREAMING RACHAEL CAIN |
| 74444 | BABY WANTS TO RIDE | W | | | WALTON BRYAN J |
| 74444 | BABY WANTS TO RIDE | W | | | KNUCKLES FRANKIE |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BABY WANTS TO RIDE | KNUCKLES, FRANKIE | 25.00% | 25.00% |
| SCREAM GEMS | BABY WANTS TO RIDE | WALTON BRYAN J | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BABY WANTS TO RIDE | MUSIC SALES CORP | 12.50% | 12.50% |
| SCREAM GEMS | BABY WANTS TO RIDE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BABY WANTS TO RIDE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BABY WANTS TO RIDE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BABY WANTS TO RIDE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | BABY WANTS TO RIDE | SILKTONE SONGS INC | 12.50% | 12.50% |

| | | | | |
|---|---|---|---|---|
| 79102 | BAD BOY | P O | | SANLAR PUBLISHING |
| 79102 | BAD BOY | P O | | SCREAMING RACHAEL CAIN |
| 79102 | BAD BOY | W | | WALTON BRYAN J |
| 79102 | BAD BOY | W | | KNUCKLES FRANKIE |
| SCREAM GEMS | BAD BOY | KNUCKLES, FRANKIE | 25.00% | 25.00% |
| SCREAM GEMS | BAD BOY | KNUCKLES, FRANKIE | 25.00% | 25.00% |
| SCREAM GEMS | BAD BOY | WALTON, BRYAN | 25.00% | 25.00% |
| SCREAM GEMS | BAD BOY | MUSIC SALES CORP | 12.50% | 12.50% |
| SCREAM GEMS | BAD BOY | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BAD BOY | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BAD BOY | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BAD BOY | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | BAD BOY | SILKTONE SONGS INC | 12.50% | 12.50% |