# EXHIBIT V

# DEAN ANDERSON

| | | | | |
|---|---|---|---|---|
| 7563 53 | JACKIN ME AROUND | W | | ANDERSON DEAN HUGH |
| 7563 53 | JACKIN ME AROUND | P | O | MUSIC AND PICTURES |
| 7563 53 | JACKIN ME AROUND | P | O | SANLAR PUBLISHING |
| 7563 53 | JACKIN ME AROUND | P | O | SCREAMING RACHAEL CAIN |
| 7563 53 | JACKIN ME AROUND | P | O | WAHKEND MUSIC |
| 7563 53 | JACKIN ME AROUND | W | | WATKINS DAVID R |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | JACKIN' ME AROUND | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | JACKIN' ME AROUND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACKIN' ME AROUND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACKIN' ME AROUND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACKIN' ME AROUND | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JACKIN' ME AROUND | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | JACKIN' ME AROUND | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | JACKIN' ME AROUND | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | JACKIN' ME AROUND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACKIN' ME AROUND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACKIN' ME AROUND | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | JACKIN' ME AROUND | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | JACKIN' ME AROUND | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | JACKIN' ME AROUND | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | JACKIN' ME AROUND | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | JACKIN' ME AROUND | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 13856341 | GAMETIME | W | | ANDERSON DEAN H |
| 13856341 | GAMETIME | W | | COOPER M |
| 13856341 | GAMETIME | P | O | SANLAR PUBLISHING |
| 13856341 | GAMETIME | P | O | SCREAMING RACHAEL CAIN |
| 13856341 | GAMETIME | P | O | SANLAR SONGS |
| SCREAM GEMS | GAMETIME | ANDERSON, DEAN H | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | COOPER, M | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | GAMETIME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | GAMETIME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | GAMETIME | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | GAMETIME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | GAMETIME | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | GAMETIME | SONGS OF STEVE PETER | 0.00% | 6.25% |
| SCREAM GEMS | GAMETIME | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | GAMETIME | ANDERSON DEAN | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | ANDERSON DEAN | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | COOPER, M | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | COOPER, M | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | SANLAR PUBLISHING | 12.50% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GAMETIME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | GAMETIME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | GAMETIME | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | GAMETIME | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | GAMETIME | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | GAMETIME | SONGS OF STEVE PETER | 0.00% | 12.50% |
| SCREAM GEMS | GAMETIME | ANDERSON, DEAN | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | COOPER, M | 25.00% | 25.00% |
| SCREAM GEMS | GAMETIME | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | GAMETIME | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | GAMETIME | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | GAMETIME | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME | ULTRA TUNES | 0.00% | 25.00% |
| | | | | |
| 328276 04 | HOLY COW | W | | ANDERSON DEAN H |
| 328276 04 | HOLY COW | P O | | SANLAR PUBLISHING |
| | | | | |
| SCREAM GEMS | HOLY COW | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | HOLY COW | MUSIC AND PICTURES MUSIC | 25.00% | 25.00% |
| SCREAM GEMS | HOLY COW | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | HOLY COW | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | HOLY COW | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | HOLY COW | ULTRA TUNES | 0.00% | 12.50% |
| | | | | |
| SCREAM GEMS | SEX SELLS | ANDERSON, DEAN H | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | SEX SELLS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SEX SELLS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SEX SELLS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SEX SELLS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SEX SELLS | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | SEX SELLS | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | SEX SELLS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SEX SELLS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SEX SELLS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SEX SELLS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SEX SELLS | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | SEX SELLS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | SEX SELLS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | SEX SELLS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | SEX SELLS | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | WHAT'S UP ROCKY | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | WHAT'S UP ROCKY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | ANOTHER LOVER | ANDERSON, RONALD MAURICE | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | ANDERSON, RONALD MAURICE | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | TOWNSELL, WILLIE LIDELL | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | TOWNSELL, WILLIE LIDELL | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | TURNER, EMMANUEL SHABAZZ | 16.66% | 16.66% |
| SCREAM GEMS | ANOTHER LOVER | TURNER, EMMANUEL SHABAZZ | 16.66% | 16.66% |
| SCREAM GEMS | ANOTHER LOVER | SANLAR PUBLISHING | 16.67% | 16.67% |
| SCREAM GEMS | ANOTHER LOVER | SANLAR SONGS | 8.33% | 0.00% |
| SCREAM GEMS | ANOTHER LOVER | STEVE PETER MUSIC | 0.00% | 8.33% |
| SCREAM GEMS | ANOTHER LOVER | SCREAM GEMS | 8.33% | 0.00% |
| SCREAM GEMS | ANOTHER LOVER | ULTRA TUNES | 0.00% | 8.33% |
| SCREAM GEMS | ANOTHER LOVER | SCREAMING RACHAEL CAIN MUSIC | 16.67% | 0.00% |
| SCREAM GEMS | ANOTHER LOVER | SONGS OF STEVE PETER | 0.00% | 16.67% |
| SCREAM GEMS | DON'T DIE | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | DON'T DIE | MUSIC AND PICTURES MUSIC | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DON'T DIE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | DON'T DIE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | DON'T DIE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | DON'T DIE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | DON'T STOP | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | DON'T STOP | MUSIC AND PICTURES MUSIC | 25.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | DON'T STOP | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | DON'T STOP | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | DON'T STOP | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | DON'T STOP | CHUDZIK, CHRISTOPHER | 50.00% | 50.00% |
| SCREAM GEMS | DON'T STOP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | CHUDZIK, CHRISTOPHER | 50.00% | 50.00% |
| SCREAM GEMS | DON'T STOP | CHUDZIK, CHRISTOPHER | 50.00% | 50.00% |
| SCREAM GEMS | DON'T STOP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | CHUDZIK, CHRISTOPHER | 50.00% | 50.00% |
| SCREAM GEMS | DON'T STOP | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | DON'T STOP | SANLAR SONGS | 25.00% | 0.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | DON'T STOP | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DON'T STOP | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DON'T STOP | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DREAM TEAM | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | DREAM TEAM | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DREAM TEAM | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DREAM TEAM | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DREAM TEAM | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DREAM TEAM | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | DREAM TEAM | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | DREAM TEAM | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DREAM TEAM | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DREAM TEAM | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DREAM TEAM | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | DREAM TEAM | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | DREAM TEAM | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | DREAM TEAM | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | DREAM TEAM | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | DREAM TEAM | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | GAMETIME (REMIX) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME (REMIX) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GAMETIME (REMIX) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ANDERSON DEAN | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GAMETIME (REMIX) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME (REMIX) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GAMETIME (REMIX) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | GAMETIME (REMIX) | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME (REMIX) | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GAMETIME (REMIX) | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GAMETIME (REMIX) | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HEY ROCKY | ANDERSON, DEAN H | 50.00% | 50.00% |
| SCREAM GEMS | HEY ROCKY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HEY ROCKY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HEY ROCKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HEY ROCKY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HEY ROCKY | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | HEY ROCKY | ANDERSON DEAN | 50.00% | 50.00% |
| SCREAM GEMS | HEY ROCKY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HEY ROCKY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HEY ROCKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HEY ROCKY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | HEY ROCKY | ANDERSON, DEAN | 50.00% | 50.00% |
| SCREAM GEMS | HEY ROCKY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | HEY ROCKY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | HEY ROCKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | HEY ROCKY | ULTRA TUNES | 0.00% | 25.00% |