# EXHIBIT W

# HARRY DENNIS

| | | | | | |
|---|---|---|---|---|---|
| 3334 70 | DONNIE | W | | DENNIS HAROLD | |
| 3334 70 | DONNIE | P | O | SANLAR PUBLISHING | |
| 3334 70 | DONNIE | P | O | SCREAMING RACHAEL CAIN | |
| 7808 49 | JUNGLE | W | | DENNIS HAROLD | |
| 7808 49 | JUNGLE | W | | JEFFERSON MARSHALL JULI | |
| 7808 49 | JUNGLE | P | O | SANLAR PUBLISHING | |
| 7808 49 | JUNGLE | P | O | SCREAMING RACHAEL CAIN | |
| 7808 49 | JUNGLE | P | O | ULTRA EMPIRE MUSIC | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | JUNGLE, THE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | JUNGLE, THE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | JUNGLE, THE | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | JUNGLE, THE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | JUNGLE, THE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | JUNGLE, THE | SCREAM GEMS | 12.50% | 0.00% |

| | | | | | |
|---|---|---|---|---|---|
| 1516779 | TIME MARCHES ON | W | | DENNIS HAROLD | |
| 1516779 | TIME MARCHES ON | P | O | SANLAR PUBLISHING | |
| 1516779 | TIME MARCHES ON | P | O | SCREAMING RACHAEL CAIN | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TIME MARCHES ON | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | TIME MARCHES ON | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | TIME MARCHES ON | SONGS OF STEVE PETER | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| 1862577 | BIRD IN A GILDED CAGE | W | | DENNIS HAROLD |
| 1862577 | BIRD IN A GILDED CAGE | P | O | SANLAR PUBLISHING |
| 1862577 | BIRD IN A GILDED CAGE | P | O | SCREAMING RACHAEL CAIN |
| 13856589 | BIRD IN A GUILDED CAGE | W | | DENNIS HAROLD |
| 13856589 | BIRD IN A GUILDED CAGE | W | | JEFFERSON MARSHALL JULI |
| 13856589 | BIRD IN A GUILDED CAGE | P | O | SANLAR PUBLISHING |
| 13856589 | BIRD IN A GUILDED CAGE | P | O | SCREAMING RACHAEL CAIN |
| 13856589 | BIRD IN A GUILDED CAGE | P | O | SCREAM GEMS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BIRD IN A GUILDED CAGE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAM GEMS | 12.50% | 0.00% |

| SCREAM GEMS | BIRD IN A GUILDED CAGE | ULTRA TUNES | 0.00% | 12.50% |
|---|---|---|---|---|
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | ULTRA EMPIRE MUSIC | 0.00% | 6.25% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | DENNIS, HAROLD | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | JEFFERSON, MARSHALL JULIUS | 25.00% | 25.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SCREAMING RACHAEL CAIN MUSIC | 12.50% | 0.00% |
| SCREAM GEMS | BIRD IN A GUILDED CAGE | SONGS OF STEVE PETER | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| 13856683 | GALAMOREFREE GALERY | W | | DENNIS HAROLD |
| 13856683 | GALAMOREFREE GALERY | P | O | SANLAR PUBLISHING |
| 13856683 | GALAMOREFREE GALERY | P | O | SCREAMING RACHAEL CAIN |