# EXHIBIT

# Y

# DJ Pierre
# (aka Nathaniel P Jones)

| | | | | |
|---|---|---|---|---|
| 4768 | ACID BASS | W | | JONES NATHANIEL P |
| 4768 | ACID BASS | P | O | SANLAR PUBLISHING |
| 4768 | ACID BASS | P | O | SCREAMING RACHAEL CAIN |
| 4768 | ACID BASS | W | | SMITH EARL JR |
| | | | | |
| 4800 | ACID POP | W | | JONES NATHANIEL P |
| 4800 | ACID POP | P | O | SANLAR PUBLISHING |
| 4800 | ACID POP | P | O | SCREAMING RACHAEL CAIN |
| 4800 | ACID POP | W | | SMITH EARL JR |
| | | | | |
| 4833 | ACID ROUTE | W | | JONES NATHANIEL P |
| 4833 | ACID ROUTE | P | O | SANLAR PUBLISHING |
| 4833 | ACID ROUTE | P | O | SCREAMING RACHAEL CAIN |
| 4833 | ACID ROUTE | W | | SMITH EARL JR |
| | | | | |
| 4844 | ACID TRACKS | W | | JACKSON HERBERT R JR |
| 4844 | ACID TRACKS | W | | JONES NATHANIEL P |

| 4844 | ACID TRACKS | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 4844 | ACID TRACKS | P | O | SCREAMING RACHAEL CAIN |
| 4844 | ACID TRACKS | W | | SMITH EARL JR |

| 140 32 | AIN T IT FUNKY | W | | JONES NATHANIEL P |
|---|---|---|---|---|
| 140 32 | AIN T IT FUNKY | W | | LESTER BYRON |
| 140 32 | AIN T IT FUNKY | P | O | SANLAR PUBLISHING |
| 140 32 | AIN T IT FUNKY | P | O | SCREAMING RACHAEL CAIN |

| SCREAM GEMS | AIN'T IT FUNKY | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
|---|---|---|---|---|
| SCREAM GEMS | AIN'T IT FUNKY | LESTER, BYRON | 25.00% | 25.00% |
| SCREAM GEMS | AIN'T IT FUNKY | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | AIN'T IT FUNKY | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | AIN'T IT FUNKY | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | AIN'T IT FUNKY | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | AIN'T IT FUNKY | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | AIN'T IT FUNKY | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | AIN'T IT FUNKY | LESTER, BYRON | 25.00% | 25.00% |
| SCREAM GEMS | AIN'T IT FUNKY | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | AIN'T IT FUNKY | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | AIN'T IT FUNKY | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | AIN'T IT FUNKY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | AIN'T IT FUNKY | ULTRA TUNES | 0.00% | 25.00% |

| 48798 | ANTI ACID | W | | JONES NATHANIEL P |
|---|---|---|---|---|
| 48798 | ANTI ACID | P | O | SANLAR PUBLISHING |
| 48798 | ANTI ACID | P | O | SCREAMING RACHAEL CAIN |
| 48798 | ANTI ACID | W | | SMITH EARL JR |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | ANTI ACID | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | ANTI ACID | SMITH, EARL JR | 25.00% | 25.00% |
| SCREAM GEMS | ANTI ACID | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | ANTI ACID | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | ANTI ACID | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | ANTI ACID | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | ANTI ACID | ULTRA TUNES | 0.00% | 12.50% |

| 90423 | BATTERY ACID | W | | JONES NATHANIEL P |
|---|---|---|---|---|
| 90423 | BATTERY ACID | P | O | SANLAR PUBLISHING |
| 90423 | BATTERY ACID | P | O | SCREAMING RACHAEL CAIN |
| 90423 | BATTERY ACID | W | | SMITH EARL JR |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BATTERY ACID | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | BATTERY ACID | SMITH, EARL JR | 25.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BATTERY ACID | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | BATTERY ACID | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | BATTERY ACID | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | BATTERY ACID | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | BATTERY ACID | ULTRA TUNES | 0.00% | 12.50% |

| | | | | | |
|---|---|---|---|---|---|
| 1441 86 | BOX ENERGY | | W | | JONES NATHANIEL P |
| 1441 86 | BOX ENERGY | | P | O | SANLAR PUBLISHING |
| 1441 86 | BOX ENERGY | | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | BOX ENERGY | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | BOX ENERGY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BOX ENERGY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BOX ENERGY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BOX ENERGY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BOX ENERGY | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | BOX ENERGY | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | BOX ENERGY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BOX ENERGY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BOX ENERGY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BOX ENERGY | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | BOX ENERGY | JONES, NATHANIEL | 50.00% | 50.00% |
| SCREAM GEMS | BOX ENERGY | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | BOX ENERGY | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | BOX ENERGY | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | BOX ENERGY | ULTRA TUNES | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 4544 04 | FUTURE WILL SURVIVE | W | | | JONES NATHANIEL P |
| 4544 04 | FUTURE WILL SURVIVE | P | O | | SANLAR PUBLISHING |
| 4544 04 | FUTURE WILL SURVIVE | P | O | | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PHUTURE WILL SURVIVE | JACKSON, HERBERT | 13.94% | 13.94% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | JONES, NATHANIEL PIERRE | 16.50% | 16.50% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | JUST L | 13.94% | 13.94% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | ATAL MUSIC LIMITED | 16.67% | 0.00% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | BMG GOLD SONGS | 0.00% | 16.67% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PHUTURE WILL SURVIVE | UNKNOWN PUBLISHER DESIGNEE CHARLES | 13.94% | 13.94% |

| | | | | | |
|---|---|---|---|---|---|
| 4639 56 | GET OFF YOUR BUTT | W | | | JONES NATHANIEL P |
| 4639 56 | GET OFF YOUR BUTT | P | O | | SANLAR PUBLISHING |
| 4639 56 | GET OFF YOUR BUTT | P | O | | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GET OFF YOUR BUTT | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GET OFF YOUR BUTT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | JONES, NATHANIEL | 50.00% | 50.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET OFF YOUR BUTT | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| 5010 62 | GOT THE BUG | W | | JONES NATHANIEL P |
| 5010 62 | GOT THE BUG | P | O | SANLAR PUBLISHING |
| 5010 62 | GOT THE BUG | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GOT THE BUG | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | GOT THE BUG | JONES, NATHANIEL PIERRE | | 50.00% | 50.00% |
| SCREAM GEMS | GOT THE BUG | SANLAR SONGS | | 25.00% | 0.00% |
| SCREAM GEMS | GOT THE BUG | STEVE PETER MUSIC | | 0.00% | 25.00% |
| SCREAM GEMS | GOT THE BUG | SCREAM GEMS | | 25.00% | 0.00% |
| SCREAM GEMS | GOT THE BUG | ULTRA TUNES | | 0.00% | 25.00% |

| | | | | | |
|---|---|---|---|---|---|
| 8612 49 | LET THE MUSIC PUMP YOU UP | W | | JONES NATHANIEL P | |
| 8612 49 | LET THE MUSIC PUMP YOU UP | P | O | SANLAR PUBLISHING | |
| 8612 49 | LET THE MUSIC PUMP YOU UP | P | O | SCREAMING RACHAEL CAIN | |
| 8612 49 | LET THE MUSIC PUMP YOU UP | W | | IRVING KEVIN | |

| | | | | | |
|---|---|---|---|---|---|
| 13537 81 | SLAM | W | | JACKSON HERBERT R JR | |
| 13537 81 | SLAM | W | | JONES NATHANIEL P | |
| 13537 81 | SLAM | P | O | SANLAR PUBLISHING | |
| 13537 81 | SLAM | P | O | SCREAMING RACHAEL CAIN | |
| 13537 81 | SLAM | W | | SMITH EARL JR | |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | SLAM | JACKSON JR., HERBERT R. | | 16.66% | 16.66% |
| SCREAM GEMS | SLAM | JONES, NATHANIEL PIERRE | | 16.67% | 16.67% |

| | | | | | |
|---|---|---|---|---|---|
| SCREAM GEMS | SLAM | | SMITH, EARL JR | 16.66% | 16.66% |
| SCREAM GEMS | SLAM | | SANLAR PUBLISHING | 33.32% | 33.32% |
| SCREAM GEMS | SLAM | | SANLAR SONGS | 8.34% | 0.00% |
| SCREAM GEMS | SLAM | | STEVE PETER MUSIC | 0.00% | 8.34% |
| SCREAM GEMS | SLAM | | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | SLAM | | ULTRA TUNES | 0.00% | 8.34% |

| | | | | |
|---|---|---|---|---|
| 13563 71 | SLO MO ACID | W | | JONES NATHANIEL P |
| 13563 71 | SLO MO ACID | P | O | SANLAR PUBLISHING |
| 13563 71 | SLO MO ACID | P | O | SCREAMING RACHAEL CAIN |
| 13563 71 | SLO MO ACID | W | | SMITH EARL JR |

| | | | | |
|---|---|---|---|---|
| 14125 80 | STOMACH ACID | W | | JONES NATHANIEL P |
| 14125 80 | STOMACH ACID | P | O | SANLAR PUBLISHING |
| 14125 80 | STOMACH ACID | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | STOMACH ACID | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | STOMACH ACID | SMITH, EARL JR | 25.00% | 25.00% |
| SCREAM GEMS | STOMACH ACID | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | STOMACH ACID | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | STOMACH ACID | STEVE PETER MUSIC | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | STOMACH ACID | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | STOMACH ACID | ULTRA TUNES | 0.00% | 12.50% |

| | | | | |
|---|---|---|---|---|
| 16131 00 | WE ARE PHUTURE | W | | JACKSON HERBERT R JR |
| 16131 00 | WE ARE PHUTURE | W | | JONES NATHANIEL P |
| 16131 00 | WE ARE PHUTURE | P | O | SANLAR PUBLISHING |
| 16131 00 | WE ARE PHUTURE | P | O | SCREAMING RACHAEL CAIN |
| 16131 00 | WE ARE PHUTURE | W | | SMITH EARL JR |

| | | | | |
|---|---|---|---|---|
| 17433 89 | YOUR ONLY FRIEND | W | | JACKSON HERBERT R JR |
| 17433 89 | YOUR ONLY FRIEND | W | | JONES NATHANIEL P |
| 17433 89 | YOUR ONLY FRIEND | P | O | SANLAR PUBLISHING |
| 17433 89 | YOUR ONLY FRIEND | P | O | SCREAMING RACHAEL CAIN |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | YOUR ONLY FRIEND | JACKSON JR., HERBERT R. | 16.66% | 16.66% |
| SCREAM GEMS | YOUR ONLY FRIEND | JONES, NATHANIEL PIERRE | 16.67% | 16.67% |
| SCREAM GEMS | YOUR ONLY FRIEND | SMITH, EARL JR | 16.66% | 16.66% |
| SCREAM GEMS | YOUR ONLY FRIEND | SANLAR PUBLISHING | 33.32% | 33.32% |
| SCREAM GEMS | YOUR ONLY FRIEND | SANLAR SONGS | 8.34% | 0.00% |

| SCREAM GEMS | YOUR ONLY FRIEND | STEVE PETER MUSIC | 0.00% | 8.34% |
|---|---|---|---|---|
| SCREAM GEMS | YOUR ONLY FRIEND | SCREAM GEMS | 8.34% | 0.00% |
| SCREAM GEMS | YOUR ONLY FRIEND | ULTRA TUNES | 0.00% | 8.34% |

| 138565 85 | I LL BE YOUR ONLY FRIEND | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 138565 85 | I LL BE YOUR ONLY FRIEND | P | O | SCREAMING RACHAEL CAIN |
| 138565 85 | I LL BE YOUR ONLY FRIEND | W | | SMITH EARL JR |
| 138565 85 | I LL BE YOUR ONLY FRIEND | W | | FLAMMAN JEROEN |
| 138565 85 | I LL BE YOUR ONLY FRIEND | W | | PORTER JEFFREY V JEFF |
| 138565 85 | I LL BE YOUR ONLY FRIEND | W | | JONES NATHANIEL PIERRE |
| 138565 85 | I LL BE YOUR ONLY FRIEND | P | O | BMG TALPA MUSIC |
| 138565 85 | I LL BE YOUR ONLY FRIEND | P | S | CASABLANCA MEDIA USA |
| 138565 85 | I LL BE YOUR ONLY FRIEND | P | O | SANLAR SONGS |
| 138565 85 | I LL BE YOUR ONLY FRIEND | P | O | STEVE PETER MUSIC |
| 138565 85 | I LL BE YOUR ONLY FRIEND | W | | JACKSON JR HERBERT R |

| 138566 13 | L A S MUSIC | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 138566 13 | L A S MUSIC | P | O | SCREAMING RACHAEL CAIN |

| 138566 13 | L A S MUSIC | W | | SMITH EARL JR |
|---|---|---|---|---|
| 138566 13 | L A S MUSIC | W | | JONES NATHANIEL PIERRE |
| 138566 13 | L A S MUSIC | P | O | SANLAR SONGS |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | L.A.'S MUSIC | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | L.A.'S MUSIC | SMITH, EARL JR | 25.00% | 25.00% |
| SCREAM GEMS | L.A.'S MUSIC | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | L.A.'S MUSIC | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | L.A.'S MUSIC | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | L.A.'S MUSIC | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | L.A.'S MUSIC | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | L.A.'S MUSIC | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | L.A.'S MUSIC | SONGS OF STEVE PETER | 0.00% | 6.25% |
| SCREAM GEMS | L.A.'S MUSIC | UNKNOWN PUBLISHER | 12.50% | 12.50% |

| 138569 01 | ACID MAN | P | O | SANLAR PUBLISHING |
|---|---|---|---|---|
| 138569 01 | ACID MAN | P | O | SCREAMING RACHAEL CAIN |
| 138569 01 | ACID MAN | W | | SMITH EARL JR |
| 138569 01 | ACID MAN | W | | JONES NATHANIEL PIERRE |
| 138569 01 | ACID MAN | P | O | SANLAR SONGS |

| | | | | | |
|---|---|---|---|---|---|
| ACID SYNDROME | | P | O | SANLAR PUBLISHING | |
| ACID SYNDROME | | P | O | SCREAMING RACHAEL CAIN | |
| ACID SYNDROME | | W | | SMITH EARL JR | |
| ACID SYNDROME | | W | | JONES NATHANIEL PIERRE | |
| ACID SYNDROME | | P | O | ATAL MUSIC LIMITED | |
| ACID SYNDROME | | P | S | BMG GOLD SONGS | |

| | | | | | |
|---|---|---|---|---|---|
| 138571 19 | RAZ MIX | P | O | SANLAR PUBLISHING | |
| 138571 19 | RAZ MIX | P | O | SCREAMING RACHAEL CAIN | |
| 138571 19 | RAZ MIX | W | | WINTERS SIDNEY CORNELL | |
| 138571 19 | RAZ MIX | W | | JONES NATHANIEL PIERRE | |
| 138571 19 | RAZ MIX | P | O | SANLAR SONGS | |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RAZ MIX | WINTERS, SIDNEY CORNELL | 25.00% | 25.00% |
| SCREAM GEMS | RAZ MIX | SANLAR PUBLISHING | 6.25% | 6.25% |
| SCREAM GEMS | RAZ MIX | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | RAZ MIX | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | RAZ MIX | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | RAZ MIX | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | RAZ MIX | SCREAMING RACHAEL CAIN MUSIC | 6.25% | 0.00% |
| SCREAM GEMS | RAZ MIX | SONGS OF STEVE PETER | 0.00% | 6.25% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | RAZ MIX | UNKNOWN PUBLISHER | 12.50% | 12.50% |
| SCREAM GEMS | RAZ MIX | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | RAZ MIX | WINTERS, SIDNEY | 25.00% | 25.00% |
| SCREAM GEMS | RAZ MIX | SANLAR PUBLISHING | 12.50% | 12.50% |
| SCREAM GEMS | RAZ MIX | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | RAZ MIX | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | RAZ MIX | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | RAZ MIX | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | SPANK SPANK | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | SPANK SPANK | SMITH, EARL JR | 25.00% | 25.00% |
| SCREAM GEMS | SPANK SPANK | SANLAR PUBLISHING | 25.00% | 25.00% |
| SCREAM GEMS | SPANK SPANK | SANLAR SONGS | 12.50% | 0.00% |
| SCREAM GEMS | SPANK SPANK | STEVE PETER MUSIC | 0.00% | 12.50% |
| SCREAM GEMS | SPANK SPANK | SCREAM GEMS | 12.50% | 0.00% |
| SCREAM GEMS | SPANK SPANK | ULTRA TUNES | 0.00% | 12.50% |
| SCREAM GEMS | STRING FREE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | STRING FREE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STRING FREE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STRING FREE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STRING FREE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STRING FREE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | STRING FREE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | STRING FREE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STRING FREE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STRING FREE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STRING FREE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | STRING FREE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | STRING FREE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | STRING FREE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | STRING FREE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | STRING FREE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | TOTH AND KING DRIVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | TOTH AND KING DRIVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | JONES, NATHANIEL | 50.00% | 50.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | 70TH AND KING DRIVE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | FANTASY GIRL | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | FANTASY GIRL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FANTASY GIRL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FANTASY GIRL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FANTASY GIRL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | FASNTASY GIRL | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | FASNTASY GIRL | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | FASNTASY GIRL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FASNTASY GIRL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FASNTASY GIRL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FASNTASY GIRL | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | FASNTASY GIRL | JONES, NATHANIEL | 50.00% | 50.00% |
| SCREAM GEMS | FASNTASY GIRL | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | FASNTASY GIRL | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | FASNTASY GIRL | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | FASNTASY GIRL | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | GET THE BUG | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | GET THE BUG | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE BUG | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET THE BUG | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE BUG | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET THE BUG | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | GET THE BUG | JONES, NATHANIEL PIERRE | 50.00% | 50.00% |
| SCREAM GEMS | GET THE BUG | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE BUG | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET THE BUG | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE BUG | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | GET THE BUG | JONES, NATHANIEL | 50.00% | 50.00% |
| SCREAM GEMS | GET THE BUG | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE BUG | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | GET THE BUG | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | GET THE BUG | ULTRA TUNES | 0.00% | 25.00% |
| SCREAM GEMS | PHUTURE | JACKSON JR., HERBERT R. | 25.00% | 25.00% |
| SCREAM GEMS | PHUTURE | JONES, NATHANIEL PIERRE | 25.00% | 25.00% |
| SCREAM GEMS | PHUTURE | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PHUTURE | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PHUTURE | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PHUTURE | ULTRA TUNES | 0.00% | 25.00% |

| | | | | |
|---|---|---|---|---|
| SCREAM GEMS | PHUTURE JACKS | JACKSON JR., HERBERT R. | 16.67% | 16.67% |
| SCREAM GEMS | PHUTURE JACKS | JONES, NATHANIEL PIERRE | 16.66% | 16.66% |
| SCREAM GEMS | PHUTURE JACKS | SMITH, EARL JR | 16.67% | 16.67% |
| SCREAM GEMS | PHUTURE JACKS | SANLAR SONGS | 25.00% | 0.00% |
| SCREAM GEMS | PHUTURE JACKS | STEVE PETER MUSIC | 0.00% | 25.00% |
| SCREAM GEMS | PHUTURE JACKS | SCREAM GEMS | 25.00% | 0.00% |
| SCREAM GEMS | PHUTURE JACKS | ULTRA TUNES | 0.00% | 25.00% |