# EXHIBIT CC





# TRAX RECORDS

## MARSHALL JEFFERSON

- THE HOUSE MUSIC ANTHEM
- MOVE YOUR BODY 7:32
- MACK THE PRODUCER – REMIX

MIXED BY RON HARDY

PRODUCED AND ARRANGED BY VIRGO

33 RPM

TRAX RECORDS