## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Vincent Lawrence, et al.
                    Plaintiff,

v.                               Case No.: 1:22−cv−05660
                                                      Honorable John J. Tharp Jr.

Trax Records, Inc., et al.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 15, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:Cross−claimant Sandyee Sherman's request for judicial notice [46] is taken under advisement. Any objection or response is due 5/26/23 and must be limited to two pages. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.