## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Vincent Lawrence, et al.
                    Plaintiff,

v.                                           Case No.: 1:22−cv−05660
                                              Honorable John J. Tharp Jr.

Trax Records, Inc., et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 2, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The Court takes the Cain Defendants' motion to dismiss [55] under advisement. The Court adopts the same briefing schedule as entered for the Sherman Defendants in its previous order [54]. Plaintiffs' response is due by 6/28/2023 and Cain Defendants' reply is due by 7/19/2023. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.