# EXHIBIT D

# JAMIE PRINCIPLE COMPOSITIONS SOUND RECORDINGS REGISTRATIONS

Type of Work: Music

Registration Number / Date:
PAu000443637 / 1982-10-05

Title: Your love--I can't get enough / by Bryan Walton.

Description: 1 score (1 leaflet) + lyrics (2 p.)

Notes: Title on lyrics: Your love--can't get enough.

Copyright Claimant:
Bryan Walton

Date of Creation: 1982

Authorship on Application:
words, music & arr.: Bryan Walton.

Other Title: Your love--can't get enough

Names: Walton, Bryan, 1960-

==================================================

| | |
|---|---|
| Type of Work: | Music |
| Registration Number / Date: | PAu000764112 / 1985-09-04 |
| Title: | It's a cold world : Mommy, can U hear me? / Jamie Principle. |
| Description: | 1 sound cassette + lyrics (2 p.) |
| Copyright Claimant: | Bryan Walton |
| Date of Creation: | 1985 |
| Authorship on Application: | music, song lyrics & arr.: Bryan Walton a.k.a. Jamie Principle. |
| Other Title: | Mommy, can U hear me? |
| Names: | Walton, Bryan, 1960-<br>Principle, Jamie, pseud. |

==================================================================

10/26/2020

| | |
|---|---|
| Type of Work: | Music |
| Registration Number / Date: | PAu000697991 / 1985-03-01 |
| Title: | Baby wants to ride / by Bryan Walton a.k.a. Jamie Principle [pseud.], words, music, and arr. |
| Description: | 1 sound cassette + lyrics (5 p.) |
| Copyright Claimant: | Bryan Walton |
| Date of Creation: | 1984 |
| Names: | Walton, Bryan, 1960-<br>Principle, Jamie, pseud. |

==============================================================================

10/26/2020

| | |
|---|---|
| Type of Work: | Music |
| Registration Number / Date: | PAu000657068 / 1984-10-02 |
| Title: | Bad boy / words and music by Bryan Walton a.k.a. Jamie Principle. |
| Description: | 1 sound cassette + lyrics (3 p.) |
| Notes: | Title on lyrics: Bad boys. |
| Copyright Claimant: | Bryan Walton |
| Date of Creation: | 1984 |
| Authorship on Application: | words, music & arr.: Bryan Walton a.k.a. Jamie Principle, pseud. |
| Other Title: | Bad boys |
| Names: | Walton, Bryan, 1960-<br>Principle, Jamie, pseud. |

================================================

10/26/2020

| | |
|---|---|
| Type of Work: | Music |
| Registration Number / Date: | PAu000657068 / 1984-10-02 |
| Title: | Bad boy / words and music by Bryan Walton a.k.a. Jamie Principle. |
| Description: | 1 sound cassette + lyrics (3 p.) |
| Notes: | Title on lyrics: Bad boys. |
| Copyright Claimant: | Bryan Walton |
| Date of Creation: | 1984 |
| Authorship on Application: | words, music & arr.: Bryan Walton a.k.a. Jamie Principle, pseud. |
| Other Title: | Bad boys |
| Names: | Walton, Bryan, 1960-<br>Principle, Jamie, pseud. |

==============================================================================

https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

| | |
|---|---|
| Type of Work: | Sound Recording and Music |
| Registration Number / Date: | SRu000992741 / 2010-11-08 |
| Application Title: | Jamie Principle Songs 2010 Collection. |
| Title: | I'll Take U There lyrics, et al. |
| Description: | 13 Electronic files (eService) |
| Copyright Claimant: | Jamie Principle, 1960- . |
| Date of Creation: | 2010 |
| Authorship on Application: | Jamie Principle, 1960- ; Domicile: United States; Citizenship: United States. Authorship: sound recording, performance, production, music, lyrics. |
| Rights and Permissions: | Jamie Principle, (773) 251-9552, lilgirlpro@jamieprinciple.com |
| Names: | Principle, Jamie, 1960- |

================================================================================