# EXHIBIT

# T








Case: 1:22-cv-05660 Document #: 78 Filed: 06/02/25 Page 4 of 6 PageID #:1496



On May 31, 2025, at 9:42 AM, Sean Mulroney <sean@seanmulroney.com> wrote:

Can you send me the color copies of these?

Sean M. Mulroney, Esq.
Sean Mulroney & Associates Inc.
516 N. Ogden Avenue #191
Chicago, IL, 60642
o) 312 756-0011
c) 312 731-3197

The information contained in this correspondence is confidential, (including any attachments) and is intended for the exclusive use of the recipient of the correspondence, as identified above. Any copying, distribution or other use of this correspondence by persons other than the intended recipient is prohibited. Please contact me with any questions regarding this correspondence. Thank you.
<Exhibit CC.pdf>

Vince Lawrence
Founder at Slang Music Group

🌐 slangmusicgroup.com    🌐 slangmusicvault.com
☎ 312-806-8856






On May 31, 2025, at 9:42 AM, Sean Mulroney <sean@seanmulroney.com> wrote:

Can you send me the color copies of these?

Sean M. Mulroney, Esq.
Sean Mulroney & Associates Inc.
516 N. Ogden Avenue #191
Chicago, IL, 60642
o) 312 756-0011
c) 312 731-3197

The information contained in this correspondence is confidential, (including any attachments) and is intended for the exclusive use of the recipient of the correspondence, as identified above. Any copying, distribution or other use of this correspondence by persons other than the intended recipient is prohibited. Please contact me with any questions regarding this correspondence. Thank you.
<Exhibit CC.pdf>

**Vince Lawrence**
Founder at Slang Music Group

🌐 slangmusicgroup.com   🌐 slangmusicvault.com
📱 312-806-8856

  

The information transmitted (including attachments) is covered by the Electronic Communications Privacy Act, 18 .S.C. 510-2521, is intended only for the person(s) or entity/entities to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient(s) is prohibited. If you received this in error, please contact the sender and delete the material from any computer.